Andrew G. Deiss (Utah Bar # 7184)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com

*Attorney for Plaintiffs*

**IN THE THIRD JUDICIAL DISTRICT COURT**
**IN AND FOR SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| KENDRICK BROS. ROOFING, INC.; BRAD KENDRICK INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HWJR, LLC; AND JENIFER H. KENDRICK INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HWJR, LLC;<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>GREGORY W. KENDRICK; JENNIFER L. KENDRICK; ETHAN KENDRICK; JENNIFER HIGASHIYAMA; ORCHARD ELMS, LLC; BOBCAT INVESTMENTS IRREVOCABLE TRUST; BYLB LIVING TRUST; DOCW35 TRUST, MDAA LIVING TRUST; SJK TRUST; GJK LIVING TRUST AND KBR CONSTRUCTION SERVICES LLC;<br><br>*Defendants,*<br><br>*And* | **DECLARATION OF JULIE HOTCHKISS**<br><br>Case No.<br><br>Judge |

| | |
|---|---|
| HWJR, LLC;<br><br>*Nominal Defendant.* | |

*I, Julie Hotchkiss, declare as follows:*

1. I am 18 years of age or older and make the following declaration on the basis of my own personal knowledge.

2. Starting about October of 2013, I was employed at Kendrick Bros. Roofing, Inc. ("KBR") in its main office.

3. KBR is a roofing company that is owned by my two brothers, Brad Kendrick ("Brad") and Gregory Kendrick ("Greg"). Brad is the President and Greg is the Treasurer and Secretary.

4. Greg and his wife, Jennifer Kendrick ("Bylb"), frequently supervised my work and gave me instructions during my time as a KBR employee.

5. In about 2014, Greg began giving me KBR checks that he and Bylb had signed that were outside regular payroll checks, sometimes in total amounts up to $30,000 per week.

6. I was instructed by Greg and Bylb to deposit these checks in bank accounts that were in my name at various banks.

7. The banks included Goldenwest Credit Union, Wasatch Peaks Credit Union, Wells Fargo, Zions Bank, Weber State Credit Union, Mountain America Credit Union, U.S. Bank, KeyBank, Bank of Utah, and my own personal account at America First Credit Union.

8. Greg instructed me to then withdraw cash from those accounts in amounts less than $10,000 and return the withdrawn cash to Greg's safe at the KBR office.

9. I believe only Bylb, Greg, I, and possibly Greg's son Ethan Kendrick knew the code to this safe. Cori Holman knew about this depositing process but to my understanding did not know the code.

10. I believe that Greg instructed me to withdraw amounts less than $10,000 in order to avoid detection from automatic bank systems that flag large transactions.

11. Greg told me he used these cash withdrawals to pay employees for overtime hours.

12. I believe that Greg used this deposit and withdrawal method to avoid paying payroll taxes for overtime employees.

13. Receipts for many of the deposits and withdrawals I made are attached to this Declaration as Exhibit 1.

14. I was concerned that what Greg and Bylb had been instructing me to do was illegal, but I was afraid and believed my job would be at risk if I did not obey Greg.

15. I told Greg many times that I did not like what I was being told to do and I did not want to do it. Greg responded by assuring me that it would be fine and that I shouldn't worry about it. I felt I had no choice but to comply.

16. My work responsibilities also included notarizing signatures on documents for KBR.

17. I became a notary public and received my notary stamp on November 9, 2015.

18. Starting around 2015 or 2016, and continuously for several years, Greg and Bylb instructed me to sign and notarize documents in improper ways.

19. Sometimes, Greg or Bylb would insist that I notarize a signature on a document that had not yet been signed.

20. Sometimes, Greg or Bylb would insist that I notarize a signature on a document, but not allow me to read the document first.

21. On some documents with missing signatures that Greg or Bylb instructed me to notarize, the missing signature was Brad's. In these cases, Greg or Bylb would tell me that Brad knew about the document I was notarizing, and it was fine to notarize it prior to Brad signing it.

22. On some documents Greg or Bylb instructed me to improperly notarize, it appeared to me that the documents were being used to acquire land, loans, equipment, and trucks.

23. I was under the assumption that Brad knew that these notarizations were happening because Greg and Bylb presented it to me that way. At the time, I didn't tell Brad because I thought he knew about what I was being asked to do.

24. Greg and Bylb were generally secretive in their management of KBR and in their instructions to me specifically.

25. Often, I was asked to notarize documents at Greg's house, rather than at KBR's office.

26. Sometimes, when Bylb seemed to be in a hurry to have something notarized, she would bring the document to me at KBR's office instead.

27. Now it is apparent to me that this was to reduce the likelihood that Brad would discover what was going on.

28. Around this time part of my work responsibilities included cleaning Brad's house. Greg decided to remove that as part of my responsibilities. I believe that this was done to limit my contact with Brad and make it less likely that he would find out about the improperly notarized documents.

29. I continued to be concerned that what Greg and Bylb had been instructing me to do was illegal, but felt I had no choice but to comply.

30. In part, I felt I had to comply because Greg was my supervisor.

31. In part, I felt I had to comply because Greg has a domineering personality that does not tolerate disagreement. He often talks over others or interrupts them and is unwilling to listen to their ideas.

32. Greg also routinely insulted and humiliated me and intimidated me into complying with his instructions.

33. On one occasion, he wrote me up without good cause.

34. At times, he told me that I wouldn't be able to get a job anywhere else.

35. He often micromanaged me by asking for excessively detailed reports and questioning me about minor, nonessential aspects of my schedule and work behavior.

36. He often insulted my family, including my four children.

37. At times I would go home and cry all night because of the stress I was experiencing and how unhappy I was.

38. I needed the money from my KBR employment particularly because of certain loans that Greg pressured me into accepting in order to renovate my house.

39. Greg told me that he wanted to help me renovate the house by loaning me the money to do so. He recommended new carpet, paint, and other finishes including lights from Italy totaling over $50,000.

40. At times I felt that certain renovations were "over the top" or unnecessary and I was reluctant to go forward with them, but Greg insisted each time that I accept his suggestions. As was typical with my interactions with Greg, I did not feel that I could disagree or voice my opinion.

41. The receipts of many of these renovations on my home are attached to this Declaration as Exhibit 2.

42. Greg also insisted that I accept a loan from him to buy a Ford Explorer. I wasn't looking to buy a new vehicle, but Greg said that he would help support the purchase. He said that I could pay him back each month, interest free. It seemed like a good deal at the time and that he was doing me a favor.

43. Once again, given his personality and bullying nature, I did not feel that I could say no. In reality, it has become clear that he loaned me the money so that he could increase his control over me.

44. The receipt for the Ford Explorer and the check made out to us are attached to this Declaration as Exhibit 3.

45. The need to pay these loans was another reason that I felt I had to stay employed at KBR and comply with Greg's and Bylb's instructions. I was so indebted that I felt I had to do everything they said. At times I was paying $1,000 in cash each month to repay the loans.

46. To my knowledge, the money for the Ford Explorer and for all of the materials and services for the home renovations came from KBR. I received

checks from KBR to reimburse me and check stubs of those checks are attached to this declaration as Exhibit 4.

47. However, to repay the loan, Greg had me pay him in cash.

48. According to Greg's instructions, I would put the cash payments in an envelope and deposit them in Greg's safe at KBR's offices.

49. Greg also took my and Casey's Christmas and safety bonuses and used them to repay the balance of the loan.

50. When I eventually quit working at KBR in about January 2023, Bylb wrote up a promissory note for the amount that she said I still owed, approximately $119,000, and told me and Casey to sign it.

51. The promissory note is attached to this Declaration as Exhibit 5.

52. The promissory note was for a lump sum, with no breakdown or itemization.

53. On the promissory note, Bylb signed as the lender.

**SIGNATURES**

| | |
|---|---|
| DocuSigned by: Julie Hotchkiss<br>Borrower Signature / Borrower Representative Signature | Julie Hotchkiss<br>Borrower Full Name |
| DocuSigned by:<br>Borrower Signature / Borrower Representative Signature | Casey Hotchkiss<br>Borrower Full Name |
| DocuSigned by: Jennifer Kendrick<br>Lender Signature / Lender Representative Signature | Jennifer Kendrick<br>Lender Full Name |

54. To pay the amount of the promissory note, I wanted to make out a check to Greg and Brad. However, Bylb insisted that I make the check out to her, which I did, as shown below and attached as Exhibit 6.




55. I do not think that Brad or KBR ever received any of the money I paid to Greg and Bylb on these loans.

56. Greg also routinely insulted and humiliated Brad and Pearl to me and to others in front of me, often by saying that they were incompetent and unable to do their jobs.

57. While I worked for KBR, my desk was outside the conference room. There were many times where Greg and Brad along with other KBR employees including Cori Holma met virtually with Home Depot representatives. After these meetings, Greg told those in the room how he did not want Brad to be on the Home Depot calls anymore because, Greg said, Brad was stupid and unable to do his job.

58. On other occasions, Greg told me that Brad and Pearl did a poor job billing invoices for KBR. Eventually, he assigned Zac Clawson to bill invoices.

59. To my knowledge, Brad and Pearl performed invoice work correctly.

60. Greg also would tell me that Pearl was a lazy worker. He said that her company, Arrow Disposal, wasn't growing as a company because she managed it so poorly.

61. Over my time at KBR, I observed Greg and Bylb engage in many activities that seemed secretive or unethical.

62. In or around 2020 or 2021, Greg purchased around $750,000 worth of heavy equipment for KBR and secured a loan to do so.

63. Around that time, I was on a phone call with Bylb. She told me that a loan officer would be coming to the KBR office to speak with Brad about the loan needed for the equipment. Bylb told me to get the paperwork from the officer and hurry the loan officer out of KBR offices to avoid interacting with Brad.




64. The text message of this conversation between Bylb, Greg and I is attached to this Declaration as Exhibit 7.

65. When I received the loan paperwork for the equipment, Bylb instructed me to put it in a folder and deliver it to Greg's safe in the office.

66. Brad's signature was needed for the loan paperwork, but Greg and Bylb did not want him to know about the purchase, so they hid it from him.

67. On December 22, 2021, Bylb instructed me to bring a check from Greg's safe at KBR offices to her. She asked for it to be in an envelope. The check was made out to Brad and Pearl.




68. The text message of this conversation between Bylb and I are attached to this Declaration as Exhibit 8.

69. In another instance, Bylb instructed me to retrieve and deposit a tax check from a KBR safe that was made out to Brad for about $26,000 to KBR's Zion's Bank Business Account. I asked my husband Casey to deliver that check. Zion's Bank told Casey that they couldn't accept the check unless it was signed by Brad. Casey returned the check to Greg's safe at the KBR office and I told Bylb that the check would require Brad's signature.

70. I believe Bylb deposited or cashed these checks by forging Brad and Pearl's signature.

71. While I worked for KBR, one of its clients was the Alpine School District.

72. During that time, Alpine School District would often pay KBR by check.

73. While working on payroll for this account, I received these checks in the mail that ranged from around $2,500 to over $1,000,000.

74. Greg told me to take photos of the mailed checks and send them to either himself or Bylb through email, text or Snapchat. Over time, he increasingly asked them to be sent on Snapchat. I believe this was because

Snapchat deletes past messages and so there would be no evidence of what he was doing.

75. After I send the photos of checks, Greg and Bylb would tell me where to put the checks. Sometimes they would tell me to put the physical checks in Greg's safe at the KBR office and sometimes they would tell me to deposit the checks to business accounts at Zions Bank and America First Credit Union.

76. One such text message of this conversation between Bylb and I is attached to this Declaration as Exhibit 8.




77. I believe these funds deposited in the business accounts at America First Credit Union were transferred to personal accounts that were owned by Bylb or Greg.

78. Though not specifically said to me, on one occasion, I overheard Bylb and Greg in their kitchen discussing their intent to transfer funds to Jennifer Higashiyama ("Mona") to pay for her expenses.

79. My understanding was that they were referring to KBR funds. Mona was not working at the time.

80. On another occasions, through the responsibilities of my job, I was asked by Cori Holman to allocate certain KBR material purchases to Alpine School District projects that properly belonged to other projects for other KBR customers.

81. I believe this allocation was done to avoid state tax on these material purchases.

82. I had considered quitting for a long time but didn't until January 2023, when the accumulated stress and mistreatment became too much for me. Greg and Bylb's mistreatment of me had gotten increasingly worse, and the amount of secretive and potentially illegal conduct seemed to increase as well.

83. On the day I quit, Greg assured me that my husband Casey Hotchkiss, who was also employed at KBR, would be treated better and given a

raise. Greg claimed that he always felt he had to split raises between myself and Casey and that now that I wasn't employed at KBR he could give Casey a raise.

84. Instead, over the following months, Greg and Bylb mistreated my husband Casey and attempted to force him out of his job at KBR by taking away his work responsibilities.

85. Greg and Bylb's hostile treatment of Casey increased through April 2023, when the situation became so stressful to me that I called Brad and told him that he could go ahead and fire Casey if he needed to. I just wanted it to be over and didn't want Casey to continue being mistreated.

86. As I spoke with Brad for about two hours, I realized that Brad did not know about many things that Greg and Bylb had done. Specifically, he did not know about many real estate purchases, loans, and other transactions for which I had notarized documents and that Greg had assured me Brad knew about.

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.*

DATED this July 15, 2024.

*/s/ Julie Hotchkiss*

By: Julie Hotchkiss (with permission)

# EXHIBIT 1

Goldenwest Credit Union

Member Name: WARNER, JULIE K

Account: 2802194

Contact Goldenwest | Apply for a Loan | Help | **Sign Out**

Goldenwest
We'll take care of you.

Accounts Transfers Loans Bill Pay Checks Alerts Statements Budget

Account Summary | Transaction History | Checks | Assets

**Search Transactions:** [ ] Search How do I search? Recent searches Expand search

Previous | 1 | 2 | 3 | Next | Go to page ...

## Transaction History Savings : 0001 SAVINGS XXXXXX2194-S0001 Balance : $7,831.62

**Open Date:** 11/12/2014
**Balance:** $7,831.62
**Available Balance:** $7,826.62
**Dividend Last Year:** $31.54

**Last Dividend Date:** 12/31/2015
**Last Dividend Amount:** $24.50
**Dividend Year to Date:** $0.00
**Dividend From Open:** $34.32

**Account Type:** Savings
**Transfer:** Transfer In
**Transfer:** Transfer Out

Options | Switch Account | Print | Add Transaction | Add Check

| Actions | Description / Notes | Date / Age | Flags | Category | Merchant | Amount | Balance / Available |
|---|---|---|---|---|---|---|---|
| | **Check Deposit**<br>- Check Received 5,525.11<br>- Check hold release 02/06/15 5,525.11 | 02/02/2015<br>345 days ago | | Deposit | DEPOSIT | **$5,525.11** | $10,768.67<br>$10,763.67 |
| | **Dividend Deposit**<br>APY Earned 0.10% 01/01/15 to 01/31/15 | 01/31/2015<br>347 days ago | | Dividends | DIVIDEND | **$0.45** | $5,243.56<br>$5,238.56 |
| | **Deposit**<br>ACH UNAUTH RTN STATE AUTO INS 12/29/15 | 01/27/2015<br>351 days ago | | Deposit | DEPOSIT | **$113.06** | $5,243.11<br>$5,238.11 |
| | **Cash Withdrawal** | 01/21/2015<br>357 days ago | | None | | **($5,200.00)** | $5,130.05<br>$2.89 |
| | **Check Deposit**<br>- Check Received 5,122.16<br>- Check hold release 01/27/15 5,122.16 | 01/21/2015<br>357 days ago | | Deposit | DEPOSIT | **$5,122.16** | $10,330.05<br>$10,325.05 |
| | **Cash Withdrawal** | 01/05/2015<br>373 days ago | | None | | **($4,600.00)** | $5,207.89<br>$937.77 |
| | **Check Deposit**<br>- Check Received 4,265.12<br>- Check hold release 01/09/15 4,265.12 | 01/05/2015<br>373 days ago | | Deposit | DEPOSIT | **$4,265.12** | $9,807.89<br>$9,802.89 |
| | **Dividend Deposit 4% BONUS APY** | 12/31/2014<br>378 days ago | | Dividends | DIVIDEND | **$2.14** | $5,542.77<br>$5,537.77 |
| | **Dividend Deposit**<br>APY Earned 0.10% 12/01/14 to 12/31/14 | 12/31/2014<br>378 days ago | | Dividends | DIVIDEND | **$0.48** | $5,540.63<br>$5,535.63 |
| | **ACH Withdrawal STATE AUTO COS.**<br>- CO: STATE AUTO COS.<br>- DATA: INSURANCE PREMIUM<br>- TYPE: E-PAY ID: XXXXXXX080 | 12/29/2014<br>380 days ago | | None | $ | **($113.06)** | $5,540.15<br>$5,535.15 |
| | **Cash Withdrawal** | 12/22/2014<br>387 days ago | | None | | **($4,800.00)** | $5,653.21<br>$822.94 |
| | **Check Deposit**<br>- Check Received 4,825.27<br>- Check hold release 12/29/14 4,825.27 | 12/22/2014<br>387 days ago | | Deposit | DEPOSIT | **$4,825.27** | $10,453.21<br>$10,448.21 |
| | **Cash Withdrawal** | 12/15/2014<br>394 days ago | | None | | **($5,781.00)** | $5,627.94<br>$202.79 |
| | **Check Deposit**<br>- Check Received 5,420.15<br>- Check hold release 12/19/14 5,420.15 | 12/15/2014<br>394 days ago | | Deposit | DEPOSIT | **$5,420.15** | $11,408.94<br>$11,403.94 |
| | **Cash Withdrawal** | 12/08/2014<br>401 days ago | | None | | **($4,863.00)** | $5,988.79<br>$571.18 |
| | **Check Deposit**<br>- Check Received 5,412.61<br>- Check hold release 12/12/14 5,412.61 | 12/08/2014<br>401 days ago | | Deposit | DEPOSIT | **$5,412.61** | $10,851.79<br>$10,846.79 |
| | **Dividend Deposit**<br>APY Earned 0.10% 11/12/14 to 11/30/14 | 11/30/2014<br>409 days ago | | Dividends | DIVIDEND | **$0.16** | $5,439.18<br>$418.72 |
| | **ACH Withdrawal STATE AUTO COS.**<br>- CO: STATE AUTO COS.<br>- DATA: INSURANCE PREMIUM<br>- TYPE: E-PAY ID: XXXXXXX080 | 11/28/2014<br>411 days ago | | None | $ | **($76.44)** | $5,439.02<br>$418.56 |

emailed to this company so they can research and credit back 1-13-16

Goldenwest Credit Union
P.O. Box 1111 • Ogden, UT 84402

## Member Account Statement

Member Number: ######2194
Statement Date: 11/30/2014
Page: 1 of 1

OZ 01
JULIE KAY WARNER
2025 N 500 E
NORTH OGDEN UT 84414-3048
yaf4a
06326

**10 YEAR MORTGAGE**
**Refinance for as low as 3.49% APR. Details available on our website or visit any branch location.**

## ACCOUNT SUMMARY

| Account Name | Ending Balance | Account Name | Ending Balance |
|---|---|---|---|
| PRIMARY SHARE | $5,439.18 | | |

## 01 PRIMARY SHARE

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| **11/12** | **PREVIOUS BALANCE** | | | **0.00** |
| 11/12 | Deposit | 500.00 | | 500.00 |
| 11/21 | Deposit by Check | 5,015.46 | | 5,515.46 |
| 11/28 | Withdrawal ACH STATE AUTO COS.<br>TYPE: E-PAY ID: 1314316080<br>DATA: INSURANCE PREMIUM<br>CO: STATE AUTO COS. | | -76.44 | 5,439.02 |
| 11/30 | Deposit Dividend<br>Annual % Yield Earned Ending 11/30/2014 : 0.100% | 0.16 | | 5,439.18 |
| **11/30** | **Ending Balance** | | | **5,439.18** |
| | 3 Deposit(s) | 5,515.62 | | |
| | 1 Withdrawal(s) | | -76.44 | |
| | Dividends Earned Year-to-Date $0.16 | | | |

## WITHDRAWAL SUMMARY

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 11/28 | Withdrawal ACH | 76.44 | | | |

## DEPOSIT SUMMARY

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 11/12 | Deposit | 500.00 | 11/30 | Deposit Dividend | 0.16 |
| 11/21 | Deposit by Check | 5,015.46 | | | |

**3 Deposits and Other Credits $5,515.62**

Goldenwest Credit Union
P.O. Box 1111 • Ogden, UT 84402

**Member Account Statement**

Member Number: ######2194
Statement Date: 12/31/2014
Page: 1 of 1

**Members will earn 4.10% APY in December 2014 with the year-end bonus dividend. Happy New Year!**

OZ 01
JULIE KAY WARNER
2025 N 500 E
NORTH OGDEN UT 84414-3048
2m14b
07626

## ACCOUNT SUMMARY

| Account Name | Ending Balance | Account Name | Ending Balance |
|---|---|---|---|
| PRIMARY SHARE | $5,542.77 | | |

## 01 PRIMARY SHARE

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| **12/01** | **PREVIOUS BALANCE** | | | **5,439.18** |
| 12/08 | Deposit by Check | 5,412.61 | | 10,851.79 |
| 12/08 | Withdrawal | | -4,863.00 | 5,988.79 |
| 12/15 | Deposit by Check | 5,420.15 | | 11,408.94 |
| 12/15 | Withdrawal | | -5,781.00 | 5,627.94 |
| 12/22 | Deposit by Check | 4,825.27 | | 10,453.21 |
| 12/22 | Withdrawal | | -4,800.00 | 5,653.21 |
| 12/29 | Withdrawal ACH STATE AUTO COS.<br>TYPE: E-PAY ID: 1314316080<br>DATA: INSURANCE PREMIUM<br>CO: STATE AUTO COS. | | -113.06 | 5,540.15 |
| 12/31 | Deposit Dividend<br>Annual % Yield Earned Ending 12/31/2014 : 0.100%<br>Based on Avg Daily Balance year 2014 | 0.48 | | 5,540.63 |
| 12/31 | Deposit Dividend 4% BONUS APY | 2.14 | | 5,542.77 |
| **12/31** | **Ending Balance** | | | **5,542.77** |
| | 5 Deposit(s) | 15,660.65 | | |
| | 4 Withdrawal(s) | | -15,557.06 | |
| | Dividends Earned Year-to-Date $2.78 | | | |

? Called said come in to dispute. Not my charge

## WITHDRAWAL SUMMARY

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/08 | Withdrawal | 4,863.00 | 12/22 | Withdrawal | 4,800.00 |
| 12/15 | Withdrawal | 5,781.00 | 12/29 | Withdrawal ACH | 113.06 |

**4 Withdrawals and Other Charges $15,557.06**

## DEPOSIT SUMMARY

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/08 | Deposit by Check | 5,412.61 | 12/31 | Deposit Dividend | 0.48 |
| 12/15 | Deposit by Check | 5,420.15 | 12/31 | Deposit Dividend | 2.14 |
| 12/22 | Deposit by Check | 4,825.27 | | | |

**5 Deposits and Other Credits $15,660.65**

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 12/22/14 Date: 12/22/14
Tlr: 2180 Time: 11:28am

| | |
|---|---|
| Deposit to PRIMARY SHARE 01 | |
| Amount: | 4,825.27 |
| New Bal: | 10,453.21 |
| Avail Bal: | 822.94 |
| Seq: | 1121079 |
| Withdrwl from PRIMARY SHARE 01 | |
| Amount: | 4,800.00 |
| New Bal: | 5,653.21 |
| Avail Bal: | 822.94 |
| Seq: | 1121082 |
| Chk hld rls 12/29/14 | 4,825.27 |

| | |
|---|---|
| Check Received | 4,825.27 |
| Cash Disbursed | -4,800.00 |

[signature]

Cash Received by

ID Source:
[ ]Driver Lic ut152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 46 x100 | 4,600.00 |
| x 50 | | 4 x 50 | 200.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,800.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Goldenwest
Credit Union

Acct Y XX2194
Eff: 12/ 5/14
Tlr: 2105

WARNER,JULIE K
Date: 12/15/14
Time: 10:00am

---

| | |
|---|---|
| Deposit to PRIMARY SHARE 01 | |
| Amount: | 5,420.15 |
| New Bal: | 11,408.94 |
| Avail Bal: | 202.79 |
| Seq: | 1076413 |
| Withdrwl from PRIMARY SHARE 01 | |
| Amount: | 5,781.00 |
| New Bal: | 5,627.94 |
| Avail Bal: | 202.79 |
| Seq: | 1076416 |
| Chk hld rls 12/19/14 | 5,420.15 |

---

| | |
|---|---|
| Check Received | 5,420.15 |
| Cash Disbursed | -5,781.00 |

Cash Received by

ID Source:

[ ]Driver Lic ut152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 57 x100 | 5,700.00 |
| x 50 | | x 50 | |
| x 20 | | 4 x 20 | 80.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 1 x 1 | 1.00 |
| Cents | | Cents | |
| Total | | Total | 5,781.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194
Eff: 12/08/14
Tlr: 2218

WARNER, JULIE K
Date: 12/08/14
Time: 4:53pm

| | |
|---|---|
| Deposit to PRIMARY SHARE 01 | |
| Amount: | 5,412.61 |
| New Bal: | 10,851.79 |
| Avail Bal: | 571.18 |
| Seq: | 1289224 |
| Withdrwl from PRIMARY SHARE 01 | |
| Amount: | 4,863.00 |
| New Bal: | 5,988.79 |
| Avail Bal: | 571.18 |
| Seq: | 1289227 |
| Chk hld rls 12/12/14 due to New Account | 5,412.61 |

| | |
|---|---|
| Check Received | 5,412.61 |
| Cash Disbursed | -4,863.00 |

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 4
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | | Cash Disbursed | | |
|---|---|---|---|---|---|
| | x10 | | 4 | x10 | 4,800 |
| | x | | | x | |
| | x | | | x | 60. |
| | x | | | x | |
| | x | | | x | |
| | x | | | x | |
| | x | | | x | 3. |
| Cents | | | Cents | | |
| Total | | | Total | | 4,863 |

Ask me about eStatements!

Goldenwest
Credit Union

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 11/12/14 Date: 11/12/14
Tlr: 1555 Time: 2:07pm

Deposit to PRIMARY SHARE 01

| | |
|---|---|
| Amount: | 500.00 |
| New Bal: | 500.00 |
| Avail Bal: | 495.00 |
| Seq: | 1021763 |

Cash Received 500.00

| Cash Received | | | Cash Disbursed | | |
|---|---|---|---|---|---|
| 5 | x100 | 500.00 | | x100 | |
| | x 50 | | | x 50 | |
| | x 20 | | | x 20 | |
| | x 10 | | | x 10 | |
| | x 5 | | | x 5 | |
| | x 2 | | | x 2 | |
| | x 1 | | | x 1 | |
| Cents | | | Cents | | |
| Total | | 500.00 | Total | | |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 01/05/15
Tlr: 2218

WARNER, JULIE K
Date: 01/05/15
Time: 1:59pm

Deposit to PRIMARY SHARE 01

| | |
|---|---|
| Amount: | 4,265.12 |
| New Bal: | 9,807.89 |
| Avail Bal: | 937.77 |
| Seq: | 1155048 |

Withdrwl from PRIMARY SHARE 01

| | |
|---|---|
| Amount: | 4,600.00 |
| New Bal: | 5,207.89 |
| Avail Bal: | 937.77 |
| Seq: | 1155051 |
| Chk hld rls 01/09/15 due to New Account | 4,265.12 |

| | |
|---|---|
| Check Received | 4,265.12 |
| Cash Disbursed | -4,600.00 |

Cash Received by

ID Source:

[ ]Driver Lic UT 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 35 x100 | 3,500.00 |
| x 50 | | x 50 | |
| x 20 | | 50 x 20 | 1,000.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 100 x 1 | 100.00 |
| Cents | | Cents | |
| Total | | Total | 4,600.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 01 21/15 Date: 01/21/15
Tlr: 2218 Time: 9:41am

Deposit to PRIMARY SHARE 01

| | |
|---|---|
| Amount: | 5,122.16 |
| New Bal: | 10,330.05 |
| Avail Bal: | 2.89 |
| Seq: | #790543 |

Withdrwl from PRIMARY SHARE 01

| | |
|---|---|
| Amount: | 5,200.00 |
| New Bal: | 5,130.05 |
| Avail Bal: | 2.89 |
| Seq: | #790546 |
| Chk hld rls 01/27/15 due to New Account | 5,122.16 |

| | |
|---|---|
| Check Received | 5,122.16 |
| Cash Disbursed | -5,200.00 |

Cash Received by

ID Source:

[ ]Driver Lic Ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 32x100 | 3,200.00 |
| x 50 | | 20x 50 | 1,000.00 |
| x 20 | | 50x 20 | 1,000.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 5,200.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 02/02/15 Date: 02/02/15
Tlr: 2099 Time: 2:35pm

| | |
|---|---|
| Deposit to PRIMARY SHARE 01 | |
| Amount: | 5,525.11 |
| New Bal: | 10,768.67 |
| Avail Bal: | 38.56 |
| Seq: | 1209780 |
| Withdrwl from PRIMARY SHARE 01 | |
| Amount: | 5,200.00 |
| New Bal: | 5,568.67 |
| Avail Bal: | 38.56 |
| Seq: | 1209783 |
| Chk hld rls 02/06/15 due to New Account | 5,525.11 |

| | |
|---|---|
| Check Received | 5,525.11 |
| Cash Disbursed | -5,200.00 |

Cash Received by

ID Source:

[ ]Driver Lic ut 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 52 x100 | 5,200.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 5,200.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 02/18/15 Date: 02/18/15
Tlr: 2180 Time: 9:12am

| | |
|---|---|
| Deposit to PRIMARY SHARE 01 | |
| Amount: | 5,216.38 |
| New Bal: | 10,785.05 |
| Avail Bal: | 5,380.05 |
| Seq: | #791932 |
| Withdrwl from PRIMARY SHARE 01 | |
| Amount: | 5,400.00 |
| New Bal: | 5,385.05 |
| Avail Bal: | 5,380.05 |
| Seq: | #791934 |

| | |
|---|---|
| Check Received | 5,216.38 |
| Cash Disbursed | -5,400.00 |

Cash Received by

ID Source:
[ ]Driver Lic ut152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 40x100 | 4,000.00 |
| x 50 | | 28x 50 | 1,400.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 5,400.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 02/23/15
Tlr: 2105

WARNER, JULIE K
Date: 02/23/15
Time: 11:05am

Comment for PRIMARY SHARE 01
Checks Cashed 001 for 4,257.92

Check Received 4,257.92
Cash Disbursed -4,257.92

Cash Received by

ID Source:
[ ]Driver Lic ut152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 42x100 | 4,200.00 |
| x 50 | | 1x 50 | 50.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | 1x 5 | 5.00 |
| x 2 | | x 2 | |
| x 1 | | 2x 1 | 2.00 |
| Cents | | Cents | 0.92 |
| Total | | Total | 4,257.92 |

Ask me about eStatements!

H

Acct XXXXXX2194 WARNER,JULIE K
Eff: 03/16/15 Date: 03/16/15
Tlr: 2313 Time: 3:54pm

---

Deposit to PRIMARY SHARE 0001
Amount: 5,271.68
New Bal: 10,657.15
Avail Bal: 5,352.15
Seq: 1311187
Withdrwl from PRIMARY SHARE 0001
Amount: 5,300.00
New Bal: 5,357.15
Avail Bal: 5,352.15
Seq: 1311189

---

Check Received 5,271.68
Cash Disbursed -5,300.00

Cash Received by

ID Source:

[ ]Driver Lic ut 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 53 x100 | 5,300.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 5,300.00 |

Ask me about eStatements!

For Greg

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 03/25/15 Date: 03/25/15
Tlr: 2313 Time: 12:28pm

Comment for PRIMARY SHARE 0001
Checks Cashed 001 for 4,859.12

Check Received 4,859.12
Cash Disbursed -4,859.12

[signature]

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 46x100 | 4,600.00 |
| x 50 | | 5x 50 | 250.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | 1x 5 | 5.00 |
| x 2 | | x 2 | |
| x 1 | | 4x 1 | 4.00 |
| Cents | | Cents | 0.12 |
| Total | | Total | 4,859.12 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 03/30/15 Date: 03/30/15
Tlr: 2240 Time: 2:13pm

Deposit to PRIMARY SHARE 0001
Amount: 5,125.72
New Bal: 10,482.87
Avail Bal: 5,227.87
Seq: 1221928
Withdrwl from PRIMARY SHARE 0001
Amount: 5,250.00
New Bal: 5,232.87
Avail Bal: 5,227.87
Seq: 1221928

Check Received 5,125.72
Cash Disbursed -5,250.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 38x100 | 3,800.00 |
| x 50 | | 1x 50 | 50.00 |
| x 20 | | 50x 20 | 1,000.00 |
| x 10 | | 20x 10 | 200.00 |
| x 5 | | 20x 5 | 100.00 |
| x 2 | | x 2 | |
| x 1 | | 100x 1 | 100.00 |
| Cents | | Cents | |
| Total | | Total | 5,250.00 |

Ask me about eStatements!

**Goldenwest**
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 04/06/15 Date: 04/06/15
Tlr: 2304 Time: 11:08am

Comment for PRIMARY SHARE 0001
Checks Cashed 001 for 5,012.46

Check Received 5,012.46
Cash Disbursed -5,012.46

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| [illegible] 100 | | 50x 100 | 5,000.00 |
| [illegible] | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | 1x 10 | 10.00 |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 2x 1 | 2.00 |
| Cents | | Cents | 0.46 |
| Total | | Total | 5,012.46 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 04/15/15 Date: 04/15/15
Tlr: 2240 Time: 9:38am

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 3,452.95 |
| New Bal: | 8,686.28 |
| Avail Bal: | 5,229.28 |
| Seq: | #868921 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 3,452.00 |
| New Bal: | 5,234.28 |
| Avail Bal: | 5,229.28 |
| Seq: | #868923 |

| | |
|---|---|
| Check Received | 3,452.95 |
| Cash Disbursed | -3,452.00 |

Cash Received by

ID Source:
[ ]Driver Lic ut 152588?742
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 23x100 | 2,300.00 |
| x 50 | | 21x 50 | 1,050.00 |
| x 20 | | 2x 20 | 40.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 52x 1 | 52.00 |
| Cents | | Cents | 10.00 |
| Total | | Total | 3,452.00 |

Ask me about eStatements!

Goldenwest Credit Union

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 04/27/15 Date: 04/27/15
Tlr: 2105 Time: 12:19pm

Comment for PRIMARY SHARE 0001
Checks Cashed 001 for 4,972.91

Check Received 4,972.91
Cash Disbursed -4,972.91

Cash Received by

ID Source:

[ ]Driver Lic Ut152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 49 x100 | 4,900.00 |
| x 50 | | x 50 | |
| x 20 | | 3 x 20 | 60.00 |
| x 10 | | 1 x 10 | 10.00 |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 2 x 1 | 2.00 |
| Cents | | Cents | 0.91 |
| Total | | Total | 4,972.91 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 05/06/15
Tlr: 1940

WARNER, JULIE K
Date: 05/06/15
Time: 3:59pm

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 7,521.92 |
| New Bal: | 12,673.62 |
| Avail Bal: | 7,668.62 |
| Seq: | #986036 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 5,000.00 |
| New Bal: | 7,673.62 |
| Avail Bal: | 7,668.62 |
| Seq: | #986038 |

| | |
|---|---|
| Check Received | 7,521.92 |
| Cash Disbursed | -5,000.00 |

Cash Received by

ID Source:
[ ]Driver Lic 5
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 50x100 | 5,000.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 5,000.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 05/13/15 Date: 05/13/15
Tlr: 2313 Time: 10:38am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 0.11 |
| New Bal: | 7,673.73 |
| Avail Bal: | 7,668.73 |
| Seq: | #816949 |

| | |
|---|---|
| Check Received | 5,271.11 |
| Cash Disbursed | -5,271.00 |

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 51x100 | 5,100.00 |
| x 50 | | 1x 50 | 50.00 |
| x 20 | | 1x 20 | 20.00 |
| x 10 | | 10x 10 | 100.00 |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 1x 1 | 1.00 |
| Cents | | Cents | |
| Total | | Total | 5,271.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 05/20/15 Date: 05/20/15
Tlr: 2313 Time: 9:54am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 0.11 |
| New Bal: | 7,673.84 |
| Avail Bal: | 7,668.84 |
| Seq: | #C55146 |

| | |
|---|---|
| Check Received | 5,212.11 |
| Cash Disbursed | 5,212.00 |

Cash Received by

ID Source:
[ ]Driver Lic Ut 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 52x100 | 5,200.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | 1x 10 | 10.00 |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 2x 1 | 2.00 |
| Cents | | Cents | |
| Total | | Total | 5,212.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 05/27/15 Date: 05/27/15
Tlr: 2282 Time: 10:00am

Deposit to PRIMARY SHARE 0001
Amount: 1.00
New Bal: 12,784.60
Avail Bal: 7,669.60
Seq: #810988
Withdrwl fm PRIMARY SHARE 0001
Amount: 5,110.00
New Bal: 7,674.60
Avail Bal: 7,669.60
Seq: #810989

Cash Received 1.00
Cash Disbursed -5,110.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 40x100 | 4,000.00 |
| x 50 | | x 50 | |
| x 20 | | 50x 20 | 1,000.00 |
| x 10 | | 10x 10 | 100.00 |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| 1x 1 | 1.00 | x 1 | |
| Cents | | Cents | 10.00 |
| Total | 1.00 | Total | 5,110.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 07/06/15 Date: 07/06/15
Tlr: 2282 Time: 11:38am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 8,915.11 |
| New Bal: | 16,592.73 |
| Avail Bal: | 16,587.73 |
| Seq: | 1127910 |

Check Received 8,915.11

| Cash Received | Cash Disbursed |
|---|---|
| x100 | x100 |
| x 50 | x 50 |
| x 20 | x 20 |
| x 10 | x 10 |
| x 5 | x 5 |
| x 2 | x 2 |
| x 1 | x 1 |
| Cents | Cents |
| Total | Total |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 07/06/15 Date: 07/06/15
Tlr: 2282 Time: 11:40am

Withdrwl from PRIMARY SHARE 0001
Amount: 4,300.00
New Bal: 12,292.73
Avail Bal: 12,287.73
Seq: 1129422

Cash Disbursed -4,300.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 40 x100 | 4,000.00 |
| x 50 | | 6 x 50 | 300.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,300.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 07/08/15 Date: 07/08/15
Tlr: 1803 Time: 10:02am

Withdrwl from PRIMARY SHARE 0001
Amount: 4,600.00
New Bal: 7,692.73
Avail Bal: 7,687.73
Seq: #806459

Cash Disbursed -4,600.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| | Cash Received | | Cash Disbursed | |
|---|---|---|---|---|
| | x100 | 30 | x100 | 3,000.00 |
| | x 50 | 26 | x 50 | 1,300.00 |
| | x 20 | 15 | x 20 | 300.00 |
| | x 10 | | x 10 | |
| | x 5 | | x 5 | |
| | x 2 | | x 2 | |
| | x 1 | | x 1 | |
| Cents | | | Cents | |
| Total | | | Total | 4,600.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER [illegible]
Eff: 07/16/15 Date: 07/16/15
Tlr: 2282 Time: 10:02am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 7,829.11 |
| New Bal: | 15,521.84 |
| Avail Bal: | 11,687.84 |
| Seq: | #870037 |

Withdrwl from PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 3,829.00 |
| New Bal: | 11,692.84 |
| Avail Bal: | 11,687.84 |
| Seq: | #870039 |

| | |
|---|---|
| Check Received | 7,829.11 |
| Cash Disbursed | -3,829.00 |

[signature]

Cash Received by

ID Source:
[ ]Driver lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 16 x100 | 1,600.00 |
| x 50 | | 40 x 50 | 2,000.00 |
| x 20 | | 10 x 20 | 200.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 29 x 1 | 29.00 |
| Cents | | Cents | |
| Total | | Total | 3,829.00 |

Ask me about eStatements!

# Goldenwest

[redacted] WARNER,JULIE Kn i o [redacted]

Eff: 07/20/15 Date: 07/20/15
Tlr: 1828 Time: 4:47pm

Withdrwl from PRIMARY SHARE 0001
Amount: 4,000.00
New Bal: 7,692.84
Avail Bal: 7,687.84
Seq: 1357920

Cash Disbursed -4,000.00

Cash Received by

ID Source:
[ ]Driver L ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 20 x100 | 2,000.00 |
| x 50 | | 40 x 50 | 2,000.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,000.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 07/27/15 Date: 07/27/15
Tlr: 2240 Time: 10:14am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 8,752.99 |
| New Bal: | 16,445.83 |
| Avail Bal: | 16,440.83 |
| Seq: | 1088305 |

Check Received 8,752.99

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ____x100 | ____ | ____x100 | ____ |
| ____x 50 | ____ | ____x 50 | ____ |
| ____x 20 | ____ | ____x 20 | ____ |
| ____x 10 | ____ | ____x 10 | ____ |
| ____x 5 | ____ | ____x 5 | ____ |
| ____x 2 | ____ | ____x 2 | ____ |
| ____x 1 | ____ | ____x 1 | ____ |
| Cents | ____ | Cents | ____ |
| Total | ____ | Total | ____ |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 07/29/15 Date: 07/29/15
Tlr: 1219 Time: 9:25am

Withdrwl from PRIMARY SHARE 0001
Amount: 4,500.00
New Bal: 11,945.83
Avail Bal: 11,940.83
Seq: #791815

Cash Disbursed -4,500.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4-17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 45x100 | 4,500.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,500.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 07/31/15 Date: 07/31/15
Tlr: 2325 Time: 10:20am

Withdrwl from PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 4,250.00 |
| New Bal: | 7,695.83 |
| Avail Bal: | 7,690.83 |
| Seq: | #954641 |

Cash Disbursed -4,250.00

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 42x100 | 4,200.00 |
| x 50 | | 1x 50 | 50.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,250.00 |

Ask me about eStatements!

Goldenwest

Acct XXXXXX2194 WARNER,JULIE K
Cred t Uni
Eff: 09/01/15 Date: 09/01/15
Tlr: 1828 Time: 9:25am

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 12,719.15 |
| New Bal: | 7,693.15 |
| Avail Bal: | 1016570 |
| Seq: | |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 5,021.00 |
| New Bal: | 7,698.15 |
| Avail Bal: | 7,693.15 |
| Seq: | 1016572 |

| | |
|---|---|
| Check Received | 5,021.11 |
| Cash Disbursed | 5,021.00 |

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ____x100 | | 20x100 | 2,000.00 |
| ____x 50 | | 40x 50 | 2,000.00 |
| ____x 20 | | 51x 20 | 1,020.00 |
| ____x 10 | | ____x 10 | |
| ____x 5 | | ____x 5 | |
| ____x 2 | | ____x 2 | |
| ____x 1 | | 1x 1 | 1.00 |
| Cents | | Cents | |
| Total | | Total | 5,021.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2[illegible]
Eff: 09/14/15
Tlr: 1828

WARNER J[illegible]IE K
Date: 09/14/15
Time: 3:09pm

---

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 5,823.19 |
| New Bal: | 13,521.34 |
| Avail Bal: | 7,693.34 |
| Seq: | 1273550 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 5,823.00 |
| New Bal: | 7,698.34 |
| Avail Bal: | 7,693.34 |
| Seq: | 1273552 |

---

| | |
|---|---|
| Check Received | 5,823.19 |
| Cash Disbursed | -5,823.00 |

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ___x100 | | 40x100 | 4,000.00 |
| ___x 50 | | 36x 50 | 1,800.00 |
| ___x 20 | | 1x 20 | 20.00 |
| ___x 10 | | ___x 10 | |
| ___x 5 | | ___x 5 | |
| ___x 2 | | ___x 2 | |
| ___x 1 | | 3x 1 | 3.00 |
| Cents | | Cents | |
| Total | | Total | 5,823.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 09/30/15 Date: 09/30/15
Tlr: 2008 Time: 9:40am

Deposit to PRIMARY SHARE 0001
Amount: 4,902.76
New Bal: 12,601.10
Avail Bal: 7,693.34
#875926

Withdrawal from PRIMARY SHARE 0001
Amount: 4,902.76
New Bal: 7,698.34
Avail Bal: 7,693.34
Seq: #875927

Check Received 4,902.76
Cash Disbursed -4,902.76

[signature]

Cash Received by

ID Source:
[ ]Driver Lic 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 47x100 | 4,700.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | 10x 10 | 100.00 |
| x 5 | | 20x 5 | 100.00 |
| x 2 | | x 2 | |
| x 1 | | 2x 1 | 2.00 |
| Cents | | Cents | 0.76 |
| Total | | Total | 4,902.76 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 10/09/15 Date: 10/09/15
Tlr: 2008 Time: 9:29am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 93.12 |
| New Bal: | 7,792.09 |
| Avail Bal: | 7,787.09 |
| Seq: | #867592 |

| | |
|---|---|
| Check Received | 4,893.12 |
| Cash Disbursed | -4,800.00 |

Cash Received by

ID Source:
[ ]Driver Lic 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 30x100 | 3,000.00 |
| x 50 | | 36x 50 | 1,800.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,800.00 |

Ask me about eStatements!

ioldenwest
Credit Union

XXXXXX2194 WARNER,JULIE K
10/14/15 Date: 10/14/15
2247 Time: 9:09am

ent f-- PRIMARY SHARE 0001
'- Cashed Out for 3,213.98

k Received 3,213.98
Disbursed -3,213.98

Cash Received by

ource:
river Lic ut 152887742 4/17
igCard
nown
ther

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| _x100 | | 20x100 | 2,000.00 |
| _x 50 | | 20x 50 | 1,000.00 |
| _x 20 | | 8x 20 | 160.00 |
| _x 10 | | 2x 10 | 20.00 |
| _x 5 | | 1x 5 | 5.00 |
| _x 2 | | x 2 | |
| _x 1 | | 28x 1 | 28.00 |
| ts | | Cents | 0.98 |
| al | | Total | 3,213.98 |

me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 10/28/15 Date: 10/28/15
Tlr: 2247 Time: 9:21am

Comment for PRIMARY SHARE 0001
Checks Cashed 001 for 5,398.17

Check Received 5,398.17
Cash Disbursed -5,398.17

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 50 x100 | 5,000.00 |
| x 50 | | 6 x 50 | 300.00 |
| x 20 | | 4 x 20 | 80.00 |
| x 10 | | 1 x 10 | 10.00 |
| x 5 | | 1 x 5 | 5.00 |
| x 2 | | x 2 | |
| x 1 | | 3 x 1 | 3.00 |
| Cents | | Cents | 0.17 |
| Total | | Total | 5,398.17 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 11/09/15 Date: 11/09/15
Tlr: 2008 Time: 12.06pm

Deposit to PRIMARY SHARE 0001
Amount: 11.23
New Bal: 7,803.98
Avail Bal: 7,798.98
Seq: 1202368

Check Received 4,911.23
Cash Disbursed -4,900.00

Cash Received by

ID Source:
[ ]Driver Lic 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 48x100 | 4,800.00 |
| x 50 | | 2x 50 | 100.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,900.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 11/24/15 Date: 11/24/15
Tlr: 2325 Time: 10:20am

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 3,703.19 |
| New Bal: | 11,507.17 |
| Avail Bal: | 7,799.17 |
| Seq: | #823923 |

Withdrwl from PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 3,703.00 |
| New Bal: | 7,804.17 |
| Avail Bal: | 7,799.17 |
| Seq: | #823925 |

| | |
|---|---|
| Check Received | 3,703.19 |
| Cash Disbursed | 3,703.00 |

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 30x100 | 3,000.00 |
| x 50 | | x 50 | |
| x 20 | | 25x 20 | 500.00 |
| x 10 | | 20x 10 | 200.00 |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 3x 1 | 3.00 |
| Cents | | Cents | |
| Total | | Total | 3,703.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 02/03/16
Tlr: 2463

WAR ER,JULIE K
Date: 02/03/16
Time: 9:29am

---

Deposit to PRIMARY SHARE 0001
Amount: 3,691.12
New Bal: [illegible]
Avail Bal: [illegible]
Seq: #844227

Withdrwl from PRIMARY SHARE 0001
Amount: 3,691.00
New Bal: 7,832.41
Avail Bal: 7,827.41
Seq: #844229

---

Check Received 3,691.12
Cash Disbursed -3,691.00

Cash Received by

ID Source:
[ ]Driver Lic ut152887742 4-17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ___x100 | | 30x100 | 3,000.00 |
| ___x 50 | | 8x 50 | 400.00 |
| ___x 20 | | 4x 20 | 80.00 |
| ___x 10 | | 21x 10 | 210.00 |
| ___x 5 | | ___x 5 | |
| ___x 2 | | ___x 2 | |
| ___x 1 | | 1x 1 | 1.00 |
| Cents | | Cents | |
| Total | | Total | 3,691.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 02/12/16
Tlr: 2386

WARNER,JULIE K
Date: 02/12/16
Time: 12:04pm

Deposit to PRIMARY SHARE 0001
Amount: 4,683.26
New Bal: 12,515.67
Avail Bal: 10,510.67
Seq: #973417
Withdrwl from PRIMARY SHARE 0001
Amount: 2,000.00
New Bal: 10,515.67
Avail Bal: 10,510.67
Seq: #973419

Check Received 4,683.26
Cash Disbursed -2,000.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 10x100 | 1,000.00 |
| x 50 | | 20x 50 | 1,000.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 2,000.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194
Eff: 02/17/16
Tlr: 2282

WARNER,JULIE K
Date: 02/17/16
Time: 12:04pm

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 3,798.11 |
| New Bal: | 14,313.78 |
| Avail Bal: | 10,510.78 |
| Seq: | #936584 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 3,798.00 |
| New Bal: | 10,515.78 |
| Avail Bal: | 10,510.78 |
| Seq: | #936586 |

| | |
|---|---|
| Check Received | 3,798.11 |
| Cash Disbursed | -3,798.00 |

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 37x100 | 3,700.00 |
| x 50 | | x 50 | |
| x 20 | | 4x 20 | 80.00 |
| x 10 | | 1x 10 | 10.00 |
| x 5 | | 1x 5 | 5.00 |
| x 2 | | x 2 | |
| x 1 | | 3x 1 | 3.00 |
| Cents | | Cents | |
| Total | | Total | 3,798.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX WARN JULIE K
Eff: 06/24/1 Date: 06/24/
Tlr: 2329 Time: 1 31pm

Deposit to PRIMARY SHARE 000
Amount: 4,612.8
New Bal: 12,288.
Avail Bal: 7,671.99
Seq: #863224
Withdrwl from PRIMARY SHAR 0001
Amount: 4,612.00
Bal: 7,676.99
,671.99
3228

ive:

ID So

Driver Li
ard

Cash Disburse
3,30
700
1 x 10
x 5
2 x 1
Cents
Total

Statem

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 08/29/16 Date: 08/29/16
Tlr: 2463 Time: 4:28pm

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 6,483.17 |
| New Bal: | 17,009.40 |
| Avail Bal: | 10,521.40 |
| Seq: | 1410774 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 6,483.00 |
| New Bal: | 10,526.40 |
| Avail Bal: | 10,521.40 |
| Seq: | 1410776 |

| | |
|---|---|
| Check Received | 6,483.17 |
| Cash Disbursed | -6,483.00 |

Cash Received by

ID Source:

[ ]Driver Lic ut 152887742 4-17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 24x100 | 2,400.00 |
| x 50 | | 40x 50 | 2,000.00 |
| x 20 | | 104x 20 | 2,080.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | 3x 1 | 3.00 |
| Cents | | Cents | |
| Total | | Total | 6,483.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 09/12/16 Date: 09/12/16
Tlr: 2306 Time: 12:15pm

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 4,691.19 |
| New Bal: | 15,218.48 |
| Avail Bal: | 10,613.48 |
| Seq: | 1297545 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 4,600.00 |
| New Bal: | 10,618.48 |
| Avail Bal: | 10,613.48 |
| Seq: | 1297547 |

| | |
|---|---|
| Check Received | 4,691.19 |
| Cash Disbursed | -4,600.00 |

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 40x100 | 4,000.00 |
| x 50 | | 12x 50 | 600.00 |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,600.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 09/20/16 Date: 09/20/16
Tlr: 2313 Time: 12:01pm

| | |
|---|---|
| Deposit t[illegible] PRIMARY SHARE 000[illegible] | [illegible],892.[illegible] |
| Amount: | |
| New Bal: | 15,510.64 |
| Avail Bal: | 10 613.64 |
| Seq: | #944145 |
| Withdrwl from PRIMARY SHARE 0001 | |
| Amount: | 4,892.00 |
| New Bal: | 10,618.64 |
| Avail Bal: | 10,613.64 |
| Seq: | #944147 |

| | |
|---|---|
| Check Received | 4,892.16 |
| Cash Disbursed | -4,892.00 |

Cash Received by

ID Source:
[ ]Driver Lic UT 152887742 04/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ____x100 | | 33x100 | 3,300.00 |
| ____x 50 | | 30x 50 | 1,500.00 |
| ____x 20 | | 4x 20 | 80.00 |
| ____x 10 | | 1x 10 | 10.00 |
| ____x 5 | | ____x 5 | |
| ____x 2 | | ____x 2 | |
| ____x 1 | | 2x 1 | 2.00 |
| Cents | | Cents | |
| Total | | Total | 4,892.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 09/26/16 Date: 09/26/16
Tlr: 2560 Time: 1:32pm

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 226.11 |
| New Bal: | 10,844.75 |
| Avail Bal: | 10,839.75 |
| Seq: | 1355421 |

| | |
|---|---|
| Check Received | 4,326.11 |
| Cash Disbursed | -4,100.00 |

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 20x100 | 2,000.00 |
| x 50 | | 20x 50 | 1,000.00 |
| x 20 | | 55x 20 | 1,100.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,100.00 |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 10/20/16 Date: 10/20/16
Tlr: 2584 Time: 4:27pm

Deposit to PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 4,411.01 |
| New Bal: | 15,647.79 |
| Avail Bal: | 15,642.79 |
| Seq: | 1140747 |

Check Received 4,411.01

| Cash Received | Cash Disbursed |
|---|---|
| ____x100 ______ | ____x100 ______ |
| ____x 50 ______ | ____x 50 ______ |
| ____x 20 ______ | ____x 20 ______ |
| ____x 10 ______ | ____x 10 ______ |
| ____x 5 ______ | ____x 5 ______ |
| ____x 2 ______ | ____x 2 ______ |
| ____x 1 ______ | ____x 1 ______ |
| Cents ______ | Cents ______ |
| Total ______ | Total ______ |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194 WARNER,JULIE K
Eff: 10/24/16 Date: 10/24/16
Tlr: 2463 Time: 11:58am

Withdrwl from PRIMARY SHARE 0001
Amount: 4,000.00
New Bal: 11,647.79
Avail Bal: 11,642.79
Seq: 1309081

Cash Disbursed -4,000.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 4-17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | Cash Disbursed | |
|---|---|---|
| x100 | 8 x100 | 800.00 |
| x 50 | 22 x 50 | 1,100.00 |
| x 20 | 105 x 20 | 2,100.00 |
| x 10 | x 10 | |
| x 5 | x 5 | |
| x 2 | x 2 | |
| x 1 | x 1 | |
| Cents | Cents | |
| Total | Total | 4,000.00 |

Ask me about eStatements!

H

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 11/02/16
Tlr: 2597

WARNER,JULIE K
Date: 11/02/16
Time: 4:21pm

| | |
|---|---|
| Deposit to | PRIMARY SHARE 0001 |
| Amount: | 6,280.02 |
| New Bal: | 17,928.81 |
| Avail Bal: | 17,923.81 |
| Seq: | 1094215 |

Check Received 6,280.02

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ____ x100 | ____ | ____ x100 | ____ |
| ____ x 50 | ____ | ____ x 50 | ____ |
| ____ x 20 | ____ | ____ x 20 | ____ |
| ____ x 10 | ____ | ____ x 10 | ____ |
| ____ x 5 | ____ | ____ x 5 | ____ |
| ____ x 2 | ____ | ____ x 2 | ____ |
| ____ x 1 | ____ | ____ x 1 | ____ |
| Cents | ____ | Cents | ____ |
| Total | ____ | Total | ____ |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 11/21/16
Tlr: 2560

WARNER,JULIE K
Date: 11/21/16
Time: 9:15am

Withdrwl from PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 4,000.00 |
| New Bal: | 16,719.95 |
| Avail Bal: | 16,714.95 |
| Seq: | 1231068 |

Cash Disbursed -4,000.00

Cash Received by

ID Source:

[ ]Driver Lic ut 152887742 5/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | 10x100 | 1,000.00 |
| x 50 | | 20x 50 | 1,000.00 |
| x 20 | | 100x 20 | 2,000.00 |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 4,000.00 |

Ask me about eStatements!

H

Acct XXXXXX2194 HOTCHKISS,JULIE
Eff: 11/30/16 Date: 11/30/16
Tlr: 2701 Time: 1:43pm

Deposit to PRIMARY SHARE 0001
Amount: 6,327.30
New Bal: 23,047.25
Avail Bal: 21,042.25
Seq: 1119140
Withdrwl from PRIMARY SHARE 0001
Amount: 2,000.00
New Bal: 21,047.25
Avail Bal: 21,042.25
Seq: 1119142

Check Received 6,327.30
Cash Disbursed -2,000.00

Cash Received by

ID Source:

[ ]Driver Lic UT 152887742 05/17
[ ]SigCard
[ ]Known
[ ]Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| | x100 | 12 x100 | 1,200.00 |
| | x 50 | 10 x 50 | 500.00 |
| | x 20 | 15 x 20 | 300.00 |
| | x 10 | x 10 | |
| | x 5 | x 5 | |
| | x 2 | x 2 | |
| | x 1 | x 1 | |
| Cents | | Cents | |
| Total | | Total | 2,000.00 |

Ask me about eStatements!

Goldenwest
Credit Union

Acct XXXXXX2194 HOTCHKISS,JULIE
Eff: 02/13/17 Date: 02/13/17
Tlr: 2763 Time: 1:53pm

Withdrwl from PRIMARY SHARE 0001

| | |
|---|---|
| Amount: | 5,000.00 |
| New Bal: | 17,850.68 |
| Avail Bal: | 17,845.68 |
| Seq: | 1369240 |

Cash Disbursed -5,000.00

Cash Received by

ID Source:
[ ]Driver Lic ut 152887742 05/17
[ ]SigCard
[ ]Known
(O)ther

| Cash Received | | $ Disbursed | |
|---|---|---|---|
| x100 | | 50 x 100 | 5,000.00 |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | 5,000.00 |

Ask me about eStatements!

H

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 02/22/17
Tlr: 2701

HOTCHKISS, JULIE
Date: 02/22/17
Time: 10:56am

---

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 5,581.13 |
| New Bal: | 23,431.81 |
| Avail Bal: | 23,426.81 |
| Seq: | #989701 |

---

Check Received 5,581.13

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ____ x100 | ________ | ____ x100 | ________ |
| ____ x 50 | ________ | ____ x 50 | ________ |
| ____ x 20 | ________ | ____ x 20 | ________ |
| ____ x 10 | ________ | ____ x 10 | ________ |
| ____ x 5 | ________ | ____ x 5 | ________ |
| ____ x 2 | ________ | ____ x 2 | ________ |
| ____ x 1 | ________ | ____ x 1 | ________ |
| Cents | ________ | Cents | ________ |
| Total | ________ | Total | ________ |

Ask me about eStatements!

Goldenwest Credit Union

Acct XXXXXX2194
Eff: 03/22/17
Tlr: 2689

HOTCHKISS, JULIE
Date 0?/22/17
Time ?:11am

| | |
|---|---|
| Deposit to PRIMARY SHA | ?0.03 |
| Amount: | ?15.49 |
| New Bal: | ?,410.49 |
| Avail Bal: | #929418 |
| Seq: | |

| | |
|---|---|
| Check Received | 5,480.03 |

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x100 | | x100 | |
| x 50 | | x 50 | |
| x 20 | | x 20 | |
| x 10 | | x 10 | |
| x 5 | | x 5 | |
| x 2 | | x 2 | |
| x 1 | | x 1 | |
| Cents | | Cents | |
| Total | | Total | |

Ask me about eStatement

Goldenwest
Credit Union

Acct XXXXXX2194 HOTCHKISS,JULIE
Eff: 04/19/17 Date: 04/19/17
Tlr: 2592 Time: 11:36am

| | |
|---|---|
| Deposit to PRIMARY SHARE 0001 | |
| Amount: | 4,802.19 |
| New Bal: | 33,625.67 |
| Avail Bal: | 33,620.67 |
| Seq: | #969203 |

| | |
|---|---|
| Check Received | 4,802.19 |

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| ____x100 | ____ | ____x100 | ____ |
| ____x 50 | ____ | ____x 50 | ____ |
| ____x 20 | ____ | ____x 20 | ____ |
| ____x 10 | ____ | ____x 10 | ____ |
| ____x 5 | ____ | ____x 5 | ____ |
| ____x 2 | ____ | ____x 2 | ____ |
| ____x 1 | ____ | ____x 1 | ____ |
| Cents | ____ | Cents | ____ |
| Total | ____ | Total | ____ |

Ask me about eStatements!

WASATCH PEAKS
CREDIT UNION
REACH YOUR PEAK™

MEMBERSHIP CARD

4723 Harrison Boulevard
Ogden, Utah 84403
801.627.8700 • 800.331.7549
wasatchpeaks.com

Name Julie Warner

Member # 49797

**WASATCH PEAKS**
CREDIT UNION
*Reach your peak!™*

4723 HARRISON BLVD • OGDEN, UT 84403
801.627.8700 • 800.331.7549
wasatchpeaks.com

47_12699

Acct. No.: 49797

Statement Date
Jun 30, 2015

Page: 1

JULIE KAY WARNER
2025 N 500 E
NORTH OGDEN UT 84414-3048







## SUMMARY OF ACCOUNTS

| Account | Description | Balance | YTD Div | YTD W/H | Rate | Int Paid | Pmt Amount | Next Pmt |
|---|---|---|---|---|---|---|---|---|
| 1 :00 | Savings | 7045.24 | 1.52 | 0.00 | | | | |
| | YTD TOTALS | | 1.52 | 0.00 | | 0.00 | | |

## Savings - 1 :00

| Prev Balance | 5235.66 | 14 Deposits | 18325.58 | 4 WD/Other | 16516.00 | Balance | 7045.24 |
|---|---|---|---|---|---|---|---|

| Date | Amount | Balance | Description |
|---|---|---|---|
| 04/06 | 0.72 | 5236.38 | Deposit: Check |
| 04/15 | 3692.12 | 8928.50 | Deposit: Check |
| 04/15 | -3800.00 | 5128.50 | Withdrawal: Cash |
| 04/22 | 0.16 | 5128.66 | Deposit: Check |
| 04/27 | 0.17 | 5128.83 | Deposit: Check |
| 04/29 | 0.00 | 5128.83 | Memo Tran: - 1 check cashed for $5,002.19 |
| 04/30 | 0.21 | 5129.04 | Dividend: - Annual Percentage Yield Earned= 0.05% For 30 Days |
| 05/06 | 2511.99 | 7641.03 | Deposit: Check |
| 05/13 | 0.93 | 7641.96 | Deposit: Check |
| 05/20 | 0.27 | 7642.23 | Deposit: Check |
| 05/27 | 5216.11 | 12858.34 | Deposit: Check |
| 05/27 | -5216.00 | 7642.34 | Withdrawal: Cash |
| 05/31 | 0.31 | 7642.65 | Dividend: - Annual Percentage Yield Earned= 0.05% For 31 Days |
| 06/03 | 6902.16 | 14544.81 | Deposit: Check |
| 06/03 | -3400.00 | 11144.81 | Withdrawal: Cash |
| 06/08 | -4100.00 | 7044.81 | Withdrawal: Cash |
| 06/24 | 0.11 | 7044.92 | Deposit: Check |
| 06/30 | 0.32 | 7045.24 | Dividend: - Annual Percentage Yield Earned= 0.05% For 30 Days |

WASATCH PEAKS
CREDIT UNION
Reach your peak!™

*0 2 7 9 0*

JULIE KAY WARNER
2025 N 500 E
NORTH OGDEN, UT 84414

Acct. No.: 49797

Statement Date
Jun 30, 2015

Page: 2

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

APYE=Annual Percentage Yield Earned

| | |
|---|---|
| YTD Dividends | 1.52 |
| YTD Div W/H | 0.00 |

WASATCH PEAKS
CREDIT UNION
Reach your peak!

HOTCHKISS, JULIE KAY
Date & Time : 11/30/2016 at 13:31
Batch # : 6 MPC20161130133144
Cash Out $ 2,000.00
Check In $ 6,103.02
Teller Cash Out:
100's : 20 ($ 2,000.00)

Check Deposit Detail:
1) $ 6,103.02

Share Deposit - Check

| | |
|---|---|
| Account | : ####9797:1 :00 |
| Amount | $ 4,103.02 |
| Current Balance | $ 21,284.96 |
| Available Balance | $ 21,279.96 |

WASATCH PEAKS
CREDIT UNION
*Reach your peak!*

WARNER, JULIE KAY
Date & Time : 11/21/2016 at 09:05
Batch # : 0 JJM20161121090552
Cash Out $ 4,000.00
Teller Cash Out:
100's : 20 ($ 2,000.00)
20's : 100 ($ 2,000.00)

**Share Withdrawal : Cash**

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | -4,000.00 |
| Current Balance | $ | 17,181.94 |
| Available Balance | $ | 17,176.94 |

WASATCH PEAKS
CREDIT UNION
Reach your peak!

WARNER, JULIE KAY
Date & Time : 11/15/2016 at 09:04
Batch # : 6 AR 20161115090409
Check In $ 6,309.72

Check Deposit Detail:
1) $ 6,309.72

**Share Deposit Check**

| | | |
|---|---|---|
| Account | : | ###9797:1 :00 |
| Amount | $ | 6,309.72 |
| Current Balance | $ | 21,181.94 |
| Available Balance | $ | 21,176.94 |

WASATCH PEAKS
CREDIT UNION
Reach your peak!™

WARNER, JULIE KAY
Date & Time : 11/9/2016 at 10:55
Batch # : 6 SS320161109105521
Cash Out $ 3,500.00
Teller Cash Out:
100's : 35 ($ 3,500.00)

Share Withdrawal : Cash

Account : ###9797:1 :00
Amount $ -3,500.00
Current Balance $ 14,872.22
Available Balance $ 14,867.22

WASATCH PEAKS
CREDIT UNION
Reach your peak!

WARNER, JULIE KAY
Date & Time : 11/2/2016 at 16:14
Batch # : 6 TS320161102161404
Check In $ 6,493.00

Check Deposit Detail:
1) $ 6,493.00

Share Deposit: Check

| | | |
|---|---|---|
| Account | : ####9797:1 | :00 |
| Amount | $ | 6,493.00 |
| Current Balance | $ | 18,372.11 |
| Available Balance | $ | 18,367.11 |

WASATCH PEAKS
CREDIT UNION
Reach your peaks

WARNER, JULIE KAY
Da e & Time : 10/24/2016 at 12 11
Batch # : 0 NRN20161024121136
Cash Out $ 4,000.00
ller Cash Out:
00's : 18 ($ ,800.00)
20's : 100 ( 2,000.00)
10's : 20 ($ 200.00)

Account ###9797 1 :00
Amount $ -4,000.00
rent Balance $ 11,878.61
ilable Balance $ 11,873.61

WASATCH PEAKS
CREDIT UNION
*Reach your peak!*™

WARNER, JULIE KAY
Date & Time : 10/20/2016 at 16:19
Batch # : 6 LC120161020161936
Check In $ 4,502.16

Check Deposit Detail:
1) $ 4,502.16

**Share Deposit: Check**

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | 4,502.16 |
| Current Balance | $ | 15,878.61 |
| Available Balance | $ | 15,873.61 |

WASATCH PEAKS
CREDIT UNION
*Reach your peak!*™

WARNER, JULIE KAY
Date & Time : 9/28/2016 at 10:57
Batch # : 6 TS320160928105717
Cash Out $ 3,400.00
Check In $ 3,701.11
Teller Cash Out:
100's : 33 ($ 3,300.00)
1's : 100 ($ 100.00)

Check Deposit Detail:
1) $ 3,701.11

Share Deposit: Check

Account : ####9797:1 :00
Amount $ 301.11
Current Balance $ 10,883.89
Available Balance $ 10,878.89

Signature ______________________

WASATCH PEAKS
CREDIT UNION
*Reach your peak!*

WARNER, JULIE KAY
Date & Time : 9/12/2016 at 12:01
Batch # : 6 MPC20160912120107
Cash Out $ 4,701.11
Check In $ 4,701.11
Teller Cash Out:
100's : 47 ($ 4,700.00)
1's : 1 ($ 1.00)
Coins : $ 0.11

Check Deposit Detail:
1) $ 4,701.11

Cash Transfer

Account : 10113.1000
Amount $ -4,701.11
Current Balance
Available Balance

WASATCH PEAKS
CREDIT UNION
Reach your peak!™

WARNER, JULIE KAY
Date & Time : 8/29/2016 at 16:41
Batch # : 0 JN120160829164142
Check In $ 2,945.29

Check Deposit Detail:
1) $ 2,945.29

**Share Deposit: Check**

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | 2,945.29 |
| Current Balance | $ | 10,582.44 |
| Available Balance | $ | 10,577.44 |

2945 29

WASATCH PEAKS
CREDIT UNION
*Reach your peak!*

WARNER, JULIE KAY
Date & Time : 8/29/2016 at 11:36
Batch # : 0 HCC20160829113653
Cash Out $ 5,880.00
Check In $ 5,880.19
Teller Cash Out:
100's : 58 ($ 5,800.00)
20's : 4 ($ 80.00)

Check Deposit Detail:
1) $ 5,880.19

Share Deposit: Check

| | | |
|---|---|---|
| Account | | ####9797:1 :00 |
| Amount | $ | 0.19 |
| Current Balance | $ | 7,637.15 |
| Available Balance | $ | 7,632.15 |

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/17/2016 at 11:57
Batch # : 6 MPC20160217115756
Cash Out $ 3,896.71
Check In $ 3,896.71
Teller Cash Out:
100's : 38 ($ 3,800.00)
50's : 1 ($ 50.00)
20's : 2 ($ 40.00)
5's : 1 ($ 5.00)
1's : 1 ($ 1.00)
Coins : $ 0.71

Check Deposit Detail:
1) $ 3,896.71

Cash Transfer
Account : 10113.1000
Amount $ -3,896.71
Balance $ 0.00

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-391-7549
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 2/3/2016 at 09:46
Batch # : 0 HCC20160203094604
Cash Out $ 3,312.72
Check In $ 3,312.72
Teller Cash Out:
100's : 33 ($ 3,300.00)
5's : 2 ($ 10.00)
1's : 2 ($ 2.00)
Coins : $ 0.72

Check Deposit Detail:
1) $ 3,312.72

Cash Transfer
Account : 10112.0000
Amount $ -3,312.72
Balance $ 0.00

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/17/2016 at 11:57
Batch # : 6 MPC20160217115756
Cash Out $ 3,896.71
Check In $ 3,896.71
Teller Cash Out:
100's : 38 ($ 3,800.00)
50's : 1 ($ 50.00)
20's : 2 ($ 40.00)
5's : 1 ($ 5.00)
1's : 1 ($ 1.00)
Coins : $ 0.71

Check Deposit Detail:
1) $ 3,896.71

Cash Transfer
Account : 10113.1000
Amount $ -3,896.71
Balance $ 0.00

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 12/15/2014 at 10:11
Batch # : 6 AR 20141215101143
Cash Out $ 4,960.00
Teller Cash Out:
100's : 49 ($ 4,900.00)
20's : 3 ($ 60.00)

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -4,960.00
Balance $ 5,787.36

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 12/15/2014 at 10:10
Batch # : 6 AR 20141215101006
Check In $ 5,120.76

Check Deposit Detail:
1) $ 5,120.76

**Share Deposit: Check**
Account : ####9797:1 :00
Amount $ 5,120.76
Balance $ 10,747.36

* * * * * * * Hold Notice * * * * * * *
Check # 3748
Hold Amount $ 5,120.76
Expiration : 12/23/2014
Funds on this deposit will be held for
8 days for the following reason:
The checks you deposited on this day
exeed $5,000.

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 12/8/2014 at 17:06
Batch # : 6 AR 20141208170657
Cash Out $ 2,800.00
Teller Cash Out:
100's : 22 ($ 2,200.00)
50's : 12 ($ 600.00)

Share Withdrawal: Cash

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | -2,800.00 |
| Balance | $ | 5,626.60 |

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 12/8/2014 at 17:06
Batch # : 6 AR 20141208170637
Check In $ 5,320.26

Check Deposit Detail:
1) $ 5,320.26

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 5,320.26
Balance $ 8,426.60

* * * * * * * Hold Notice * * * * * * *
Check # 3744
Hold Amount $ 5,320.26
Expiration : 12/12/2014
Funds on this deposit will be held for
4 days for the following reason:
The checks you deposited on this day
exeed $5,000.

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 11/17/2014 at 13:11.
Batch # : 6 DV 20141117131130
Cash In $ 500.00
Teller Cash In:
100's : 5 ($ 500.00)

**Share Deposit: Cash**

Account : ####9797:1 :00
Amount $ 500.00
Balance $ 500.00

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 11/24/2015 at 10:08
Batch # : 6 MPC20151124100851
Cash Out $ 3,812.74
Check In $ 3,812.74
Teller Cash Out:
100's : 18 ($ 1,800.00)
20's : 100 ($ 2,000.00)
10's : 1 ($ 10.00)
1's : 2 ($ 2.00)
Coins : $ 0.74

Check Deposit Detail:
1) $ 3,812.74

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 11/9/2015 at 11:51
Batch # : 6 DDH20151109115123
Cash Out $ 4,982.71
Check In $ 4,982.71
Teller Cash Out:
100's : 49 ($ 4,900.00)
20's : 4 ($ 80.00)
1's : 2 ($ 2.00)
Coins : $ 0.71

Check Deposit Detail:
1) $ 4,982.71

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-331-7649
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 10/28/2015 at 09:32
Batch # : 0 HCC20151028093207
Cash Out $ 5,421.32
Check In $ 5,421.32
Teller Cash Out:
100's : 50 ($ 5,000.00)
20's : 1 ($ 20.00)
10's : 20 ($ 200.00)
5's : 40 ($ 200.00)
1's : 1 ($ 1.00)
Coins : $ 0.32

Check Deposit Detail:
1) $ 5,421.32

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 10/9/2015 at 09:09
Batch # : 6 JMM20151009090909
Cash Out $ 5,000.00
Check In $ 5,016.72
Teller Cash Out:
100's : 50 ($ 5,000.00)

Check Deposit Detail:
1) $ 5,016.72

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 16.72
Balance $ 7,630.55

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 9/30/2015 at 09:12
Batch # : 6 MPC20150930091259
Cash Out $ 4,892.00
Check In $ 4,892.16
Teller Cash Out:
100's : 48 ($ 4,800.00)
20's : 4 ($ 80.00)
10's : 1 ($ 10.00)
1's : 2 ($ 2.00)

Check Deposit Detail:
1) $ 4,892.16

**Share Deposit: Check**

Account : ####9797:1 :00
Amount $ 0.16
Balance $ 7,613.52

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-391-7649
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 9/14/2015 at 15:20
Batch # : 0 JDH20150914152020
Cash Out $ 5,600.00
Check In $ 5,628.98
Teller Cash Out:
100's : 56 ($ 5,600.00)

Check Deposit Detail:
1) $ 5,628.98

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 28.98
Balance $ 7,613.36

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 9/1/2015 at 09:43
Batch # : 0 MMH20150901094300
Cash Out $ 5,126.98
Teller Cash Out:

| | | |
|---|---|---|
| 100's : 40 | ($ | 4,000.00) |
| 20's : 46 | ($ | 920.00) |
| 10's : 20 | ($ | 200.00) |
| 5's : 1 | ($ | 5.00) |
| 1's : 1 | ($ | 1.00) |
| Coins : | $ | 0.98 |

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -5,126.98
Balance $ 7,584.38

Signature ______________________

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 9/1/2015 at 09:42
Batch # : 0 MMH20150901094250
Check In $ 5,126.98

Check Deposit Detail:
1) $ 5,126.98

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 5,126.98
Balance $ 12,711.36

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-391-7549
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 8/26/2015 at 15:38
Batch # : 6 AR 20150826153800
Check In $ 4,309.17

Check Deposit Detail:
1) $ 4,309.17

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 4,309.17
Balance $ 11,884.06

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-991-7549
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 8/26/2015 at 15:38
Batch # : 6 AR 20150826153845
Cash Out $ 4,300.00
Teller Cash Out:
100's : 43 ($ 4,300.00)

Share Withdrawal : Cash
Account : ####9797:1 :00
Amount $ -4,300.00
Balance $ 7,584.06

Signature ____________________

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 8/12/2015 at 10:45
Batch # : 6 MPC20150812104527
Check In $ 4,973.02

Check Deposit Detail:
1) $ 4,973.02

Share Deposit: Check

Account : ####9797:1 :00
Amount $ 4,973.02
Balance $ 12,547.89

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 8/12/2015 at 10:45
Batch # : 6 MPC20150812104535
Cash Out $ 4,973.00
Teller Cash Out:
100's : 49 ($ 4,900.00)
50's : 1 ($ 50.00)
20's : 1 ($ 20.00)
1's : 3 ($ 3.00)

Share Withdrawal: Cash
Account : ####9797:1 :00
Amount $ -4,973.00
Balance $ 7,574.89

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 7/31/2015 at 10:12
Batch # : 6 MPC20150731101207
Cash Out $ 4,000.00
Teller Cash Out:
100's : 40 ($ 4,000.00)

Share Withdrawal: Cash

Account : ####9797:1 :00
Amount $ -4,000.00
Balance $ 7,574.49

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 7/29/2015 at 09:39
Batch # : 0 MMH20150729093937
Cash Out $ 4,600.00
Teller/Cash Out:
100/s : 46 ($ 4,600.00)

Share Withdrawal : Cash

Account : ####9797:1 :00
Amount $ -4,600.00
Balance $ 11,574.49

Signature ______________________

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-331-7549
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 7/27/2015 at 10:20
Batch # : 6 AR 20150727102025
Check In $ 8,617.37

Check Deposit Detail:
1) $ 8,617.37

Share Deposit: Check

Account : ####9797:1 :00
Amount $ 8,617.37
Balance $ 16,174.49

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-331-7549
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 7/20/2015 at 16:53
Batch # : 0 HCC20150720165322
Cash Out $ 4,200.00
Teller Cash Out:
100's : 41 ($ 4,100.00)
50's : 2 ($ 100.00)

Share Withdrawal: Cash
Account : ####9797:1 :00
Amount $ -4,200.00
Balance $ 7,557.12

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 7/16/2015 at 10:14
Batch # : 6 MPC20150716101436
Cash Out $ 3,718.00
Check In $ 7,918.26
Teller Cash Out:
100's : 37 ($ 3,700.00)
10's : 1 ($ 10.00)
5's : 1 ($ 5.00)
1's : 3 ($ 3.00)

Check Deposit Detail:
1) $ 7,918.26

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 4,200.26
Balance $ 11,757.12

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-331-7549
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 7/8/2015 at 09:50
Batch # : 0 HLS20150708095053
Cash Out $ 3,500.00
Teller Cash Out:
100's : 35 ($ 3,500.00)

Share Withdrawal: Cash

Account : ####9797:1 :00
Amount $ -3,500.00
Balance $ 7,556.86

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 7/6/2015 at 11:48
Batch # : 6 MPC20150706114817
Cash Out $ 4,200.00
Check In $ 8,211.62
Teller Cash Out:
100's : 37 ($ 3,700.00)
20's : 25 ($ 500.00)

Check Deposit Detail:
1) $ 8,211.62

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 4,011.62
Balance $ 11,056.86

ASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-391-7549
wasatchpeaks.com

WAGNER, JULIE KAY
Date & Time : 6/8/2015 at 10:17
Batch # : 0 HC 20150608101744
Cash Out $ 4,100.00
Teller Cash
100 $ : 41 $ (4,100.00)

Share Withdrawal
Account : ##99797-1 :00
Amount $ -4,100.00
Balance $ 7,044.81

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 6/3/2015 at 11:39
Batch # : 6 MPC20150603113938
Cash Out $ 3,400.00
Teller Cash Out:
100's : 34 ($ 3,400.00)

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -3,400.00
Balance $ 11,144.81

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 6/3/2015 at 11:39
Batch # : 6 MPC20150603113931
Check In $ 6,902.16

Check Deposit Detail:
1) $ 6,902.16

**Share Deposit: Check**

| | | |
|---|---|---|
| Account | : ####9797:1 | :00 |
| Amount | $ | 6,902.16 |
| Balance | $ | 14,544.81 |

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 5/27/2015 at 10:09
Batch # \ : 6 MPC20150527100955
Cash Out $ 5,216.00
Teller Cash Out:
100's : 52 ($ 5,200.00)
10's : 1 ($ 10.00)
5's : 1 ($ 5.00)
1's : 1 ($ 1.00)

Share Withdrawal: Cash
Account : ####9797:1 :00
Amount $ -5,216.00
Balance $ 7,642.34

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 5/27/2015 at 10:09
Batch # : 6 MPC20150527100948
Check In $ 5,216.11

Check Deposit Detail:
1) $ 5,216.11

**Share Deposit: Check**

Account : ####9797:1 :00
Amount $ 5,216.11
Balance $ 12,858.34

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 5/20/2015 at 10:01
Batch # : 6 MPC20150520100109
Cash Out $ 5,048.00
Check In $ 5,048.27
Teller Cash Out:
100's : 50 ($ 5,000.00)
20's : 2 ($ 40.00)
5's : 1 ($ 5.00)
1's : 3 ($ 3.00)

Check Deposit Detail:
1) $ 5,048.27

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 0.27
Balance $ 7,642.23

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 5/13/2015 at 11:35
Batch # : 6 AR 20150513113535
Cash Out $ 5,213.00
Check In $ 5,213.93
Teller Cash Out:
100's : 50 ($ 5,000.00)
20's : 5 ($ 100.00)
10's : 10 ($ 100.00)
5's : 2 ($ 10.00)
1's : 3 ($ 3.00)

Check Deposit Detail:
1) $ 5,213.93

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 0.93
Balance $ 7,641.96

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 5/6/2015 at 15:46
Batch # : 6 DDH20150506154638
Cash Out $ 5,000.00
Check In $ 7,511.99
Teller Cash Out:
100's : 50 ($ 5,000.00)

Check Deposit Detail:
1) $ 7,511.99

**Share Deposit: Check**

Account : ####9797:1 :00
Amount $ 2,511.99
Balance $ 7,641.03

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 4/29/2015 at 10:05
Batch # : 0 HCC20150429100538
Cash Out $ 5,002.19
Check In $ 5,002.19
Teller Cash Out:
100's : 50 ($ 5,000.00)
1's : 2 ($ 2.00)
Coins : $ 0.19

Check Deposit Detail:
1) $ 5,002.19

Signature ______________________

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 4/27/2015 at 12:27
Batch # : 6 MPC20150427122701
Cash Out $ 5,123.00
Check In $ 5,123.17
Teller Cash Out:
100's : 51 ($ 5,100.00)
20's : 1 ($ 20.00)
1's : 3 ($ 3.00)

Check Deposit Detail:
1) $ 5,123.17

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 0.17
Balance $ 5,128.83

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-331-7649
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 4/6/2015 at 11:15
Batch # : 6 AR 20150406111516
Cash Out $ 5,026.00
Check In $ 5,026.72
Teller Cash Out:
100's : 50 ($ 5,000.00)
20's : 1 ($ 20.00)
5's : 1 ($ 5.00)
1's : 1 ($ 1.00)

Check Deposit Detail:
1) $ 5,026.72

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 0.72
Balance $ 5,236.38

Signature ____________________

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 3/30/2015 at 14:26
Batch # : 6 MPC20150330142626
Cash Out $ 5,200.00
Teller Cash Out:
100's : 52 ($ 5,200.00)

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -5,200.00
Balance $ 5,235.43

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 3/30/2015 at 14:26
Batch # : 6 MPC20150330142620
Check In $ 5,080.92

Check Deposit Detail:
1) $ 5,080.92

**Share Deposit: Check**

Account : ####9797:1 :00
Amount $ 5,080.92
Balance $ 10,435.43

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 3/16/2015 at 16:04
Batch # : 6 DDH20150316160415
Cash Out $ 5,300.00
Teller Cash Out:
100's : 53 ($ 5,300.00)

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -5,300.00
Balance $ 5,354.51

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/23/2015 at 10:54
Batch # : 6 AR 20150223105422
Cash Out $ 3,872.19
Check In $ 3,872.19
Teller Cash Out:
100's : 38 ($ 3,800.00)
50's : 1 ($ 50.00)
20's : 1 ($ 20.00)
1's : 2 ($ 2.00)
Coins : $ 0.19

Check Deposit Detail:
1) $ 3,872.19

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/18/2015 at 09:23
Batch # : 6 MTM20150218092305
Cash Out $ 5,300.00
Teller Cash Out:
100's : 53 ($ 5,300.00)

Share Withdrawal: Cash
Account : ####9797:1 :00
Amount $ -5,300.00
Balance $ 5,437.04

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/18/2015 at 09:22
Batch # : 6 MTM20150218092239
Check In $ 5,127.19

Check Deposit Detail:
1) $ 5,127.19

Share Deposit: Check

Account : ####9797:1 :00
Amount $ 5,127.19
Balance $ 10,737.04

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/2/2015 at 14:49
Batch # : 6 BCS20150202144909
Cash Out $ 5,400.00
Teller Cash Out:
100's : 54 ($ 5,400.00)

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -5,400.00
Balance $ 5,609.85

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 2/2/2015 at 14:48
Batch # : 6 BCS20150202144804
Check In $ 5,363.17

Check Deposit Detail:
1) $ 5,363.17

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 5,363.17
Balance $ 11,009.85

* * * * * * * Hold Notice * * * * * * *
Check # 3916
Hold Amount $ 5,363.17
Expiration : 2/5/2015
Funds on this deposit will be held for
3 days for the following reason:
Other.

WASATCH PEAKS
CREDIT UNION

WARNER, JULIE KAY
Date & Time : 1/21/2015 at 09:29
Batch # : 6 MTM20150121092932
Cash Out $ 5,400.00
Teller Cash Out:
100's : 40 ($ 4,000.00)
50's : 2 ($ 100.00)
20's : 50 ($ 1,000.00)
10's : 20 ($ 200.00)
5's : 20 ($ 100.00)

**Share Withdrawal: Cash**

Account : ####9797:1 :00
Amount $ -5,400.00
Balance $ 5,646.44

WASATCH PEAKS
CREDIT UNION

2780 Adams Avenue
Ogden, UT 84403
800-331-7649
wasatchpeaks.com

WARNER, JULIE KAY
Date & Time : 1/5/2015 at 14:09
Batch # : 6 AR 20150105140945
Cash Out $ 1,200.00
Check In $ 1,232.76
Teller Cash Out:
100's : 10 ($ 1,000.00)
20's : 10 ($ 200.00)

Check Deposit Detail:
1) $ 1,232.76

Share Deposit: Check
Account : ####9797:1 :00
Amount $ 32.76
Balance $ 5,820.34

Signature ______________________

WASATCH PEAKS
CREDIT UNION
Reach your peak!

HOTCHKISS, JULIE KAY
Date & Time : 4/19/2017 at 11:31
Batch # : 6 LC120170419113108
Check In $ 4,736.12

Check Deposit Detail:
1) $ 4,736.12

Share Deposit: Check

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | 4,736.12 |
| Current Balance | $ | 33,322.10 |
| Available Balance | $ | 33,317.10 |

WASATCH PEAKS
CREDIT UNION
Reach your peak!™

HOTCHKISS, JULIE KAY
Date & Time : 3/22/2017 at 11:[illegible]
Batch # : 6 TS3201703221[illegible]
Check In $ 5,392.98

Check Deposit Detail:
1) $ 5,392.98

**Share Deposit: Check**

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | 5,392.98 |
| Current Balance | $ | 29,278.16 |
| Available Balance | $ | 29,273.16 |

WASATCH PEAKS
CREDIT UNION
Reach your peak!™

HOTCHKISS, JULIE KAY
Date & Time : 2/22/2017 at 12:04
Batch # : 6 SS320170222120411
Check In $ 5,502.93

Check Deposit Detail:
1) $ 5,502.93

**Share Deposit : Check**

| | | |
|---|---|---|
| Account | : | ####9797:1 :00 |
| Amount | $ | 5,502.93 |
| Current Balance | $ | 28,388.14 |
| Available Balance | $ | 28,383.14 |

WELLS FARGO

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

0414164723

JENIFER KENDRICK
4946 N 3300 E
LIBERTY, UT 84310-9706

Subject: Resolution to your inquiry for Bruce L Kendrick
Case Number: 04202107239480044
Account number ending in: XXXXXXXXX4723

Dear Jenifer Kendrick:

On behalf of Wells Fargo, we would like to express our condolences for your loss. We realize this can be a difficult time. Thank you for contacting us with your request.

**What you should know:**

- We've updated the account with the information that has passed away.

**What you need to do:**

- Please contact us at the number listed below so we can assist you with any account updates you may need.

**We're here to help**

If you have questions, you may reach our Customer Service department at 1-866-234-8271. Representatives are ready to help you Monday through Friday, 6:00 a.m. to 10:00 p.m.; and Saturday 8:00 a.m. to 2:00 p.m. Central Time.

Thank you.

Wells Fargo Estate Care Center

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

CSECC_Cf/CVX3SRsOEdEINtYfdAQ==

Wells Fargo Bank
Transaction Receipt

Store #0003507 5 Deposit

Account Number XXXXXX6811
CHK 00119
Number of Checks 1
Check Listing
$4,781.13

Total Checks Amount $4,781.13
Total Deposit $4,781.13

Deposit Availability
$400.00 of your deposit is
included in your available balance.

$4,381.13 will be available on
Thursday, 04/20/17

Transaction # 045 0048
11:43AM 04/19/17
Deposit Credit Date: 04/19/17

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, LORENA

Wells Fargo Bank
Transaction Receipt

Store #0003507 05 Balance Inquiry

Account Number
XXXX-XX6811
00119

Transaction # 999 0049
11:43AM 04/19/17

| | |
|---|---|
| Current Balance | $26,674.83 |
| Available Balance | $22,293.70 |

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, LORENA

Transaction Receipt

Store #0003507 3 Cash Chk

Check Amount(s)

$600.00

Check(s) Total $600.00

Fee Total $0.00

Loose Currency

| | |
|---|---|
| $100 | $500.00 |
| $50 | $50.00 |
| $1 | $50.00 |
| Sub total | $600.00 |

Cash Paid to Customer $600.00

Transaction # 067 0070
03:37PM 04/10/17

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, MCKENZIE

Wells Fargo Bank
Transaction Receipt

| | |
|---|---|
| Store #0003507 5 | Deposit |
| Account Number | XXXXXX6811 |
| CHK 00119 | |
| Number of Checks | 1 |
| Check Listing | |
| | $5,390.72 |
| Total Checks Amount | $5,390.72 |
| Total Deposit | $5,390.72 |

Deposit will be available:

| Date | Amount |
|---|---|
| 03/22/2017 | $1,000.00 |
| 03/23/2017 | $4,390.72 |

Transaction # 028 0030
09:34AM 03/22/17
Deposit Credit Date: 03/22/17

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, LORENA

Wells Fargo Bank
Transaction Receipt

| | |
|---|---|
| Store #0003507 5 | Deposit |
| Account Number | XXXXXX6811 |
| CHK 00119 | |
| Number of Checks | 1 |
| Check Listing | |
| | $5,391.11 |
| Total Checks Amount | $5,391.11 |
| Total Deposit | $5,391.11 |

Deposit will be available:

| Date | Amount |
|---|---|
| 02/22/2017 | $1,000.00 |
| 02/23/2017 | $4,391.11 |

Transaction # 044 0048
11:55AM 02/22/17
Deposit Credit Date: 02/22/17

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, LORENA

Wells Fargo Bank
Transaction Receipt

Store #0005865 5 Deposit

Account Number XXXXXX6811
CHK 00119
Number of Checks 1
Check Listing

$6,093.16

Total Checks Amount $6,093.16
Total Deposit $6,093.16

Deposit will be available:

| Date | Amount |
|---|---|
| 12/02/2016 | $1,000.00 |
| 12/03/2016 | $5,093.16 |

Transaction # 078 0095
04:25PM 12/02/16
Deposit Credit Date: 12/02/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, SITHLALI

Wells Fargo Bank
Transaction Receipt

Store #0003507 5 Cash Chk

| | |
|---|---|
| | Check Amount(s) |
| | $3,800.00 |
| Check(s) Total | $3,800.00 |
| Fee Total | $0.00 |

Loose Currency

| | |
|---|---|
| $100 | $3,800.00 |
| Sub total | $3,800.00 |

Cash Paid to Customer
$3,800.00

Transaction # 034 0043
10:59AM 11/21/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, LORENA

Wells Fargo Bank
Transaction Receipt

Store #0003507 7 Cash Chk

Check Amount(s)

$3,800.00

Check(s) Total $3,800.00

**Fee Total $0.00**

Loose Currency
$100 $3,800.00
Sub total $3,800.00
**Cash Paid to Customer**
$3,800.00

Transaction # 180 0205
04:28PM 11/07/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

**Thank you, NICOLE**

Wells Fargo Bank
Transaction Receipt

| | |
|---|---|
| Store #0003507 4 | Deposit |
| Account Number | XXXXXX6811 |
| CHK 00119 | |
| Number of Checks | 1 |
| Check Listing | |
| | $6,395.76 |
| Total Checks Amount | $6,395.76 |
| Total Deposit | $6,395.76 |

Deposit will be available:

| Date | Amount |
|---|---|
| 11/02/2016 | $1,000.00 |
| 11/03/2016 | $5,395.76 |

Transaction # 040 0043
04:29PM 11/02/16
Deposit Credit Date: 11/02/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, NATALEE

Wells Fargo Bank
Transaction Receipt

Store #0003507 7 Deposit

Account Number XXXXXX6811
CHK 00119
Number of Checks 1
Check Listing
$4,391.38

Total Checks Amount $4,391.38
Total Deposit $4,391.38

Deposit will be available:

| Date | Amount |
|---|---|
| 10/20/2016 | $400.00 |
| 10/21/2016 | $3,991.38 |

Transaction # 043 0048
04:49PM 10/20/16
Deposit Credit Date: 10/20/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, NICOLE

Wells Fargo Bank
Transaction Receipt

Store #0003507 5 Cash Chk

Check Amount(s)

**$3,600.00**

Check(s) Total $3,600.00

**Fee Total $0.00**

Loose Currency

| | |
|---|---|
| $100 | $2,600.00 |
| $20 | $1,000.00 |
| Sub total | $3,600.00 |

Cash Paid to Customer
**$3,600.00**

Transaction # 001 0003
09:29AM 10/12/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, LORENA

Wells Fargo Bank
Transaction Receipt

Store #0003507 2 Deposit

| | |
|---|---|
| Account Number | XXXXXX6811 |
| CHK 00119 | |
| Number of Checks | 1 |
| Check Listing | |
| | $3,892.16 |
| Total Checks Amount | $3,892.16 |
| Total Deposit | $3,892.16 |

Deposit will be available:

| Date | Amount |
|---|---|
| 10/07/2016 | $1,000.00 |
| 10/08/2016 | $2,892.16 |

Transaction # 010 0013
09:35AM 10/07/16
Deposit Credit Date: 10/07/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, NICOLE

Wells Fargo Bank
Transaction Receipt

Store #0008491 1 Cash Chk

Check Amount(s)

$4,698.17

Check(s) Total $4,698.17

**Fee Total** **$0.00**

Loose Currency
$100 $4,600.00
$1 $98.00
Sub total $4,698.00

Loose Coin
$0.01 $0.17
Sub total $0.17
**Cash Paid to Customer**
$4,698.17

Transaction # 002 0004
09:20AM 09/13/16

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, KATHERINE

Wells Fargo Bank
Transaction Receipt

Store #0008491 1 Cash Chk

Check Amount(s)

$9,718.72

Check(s) Total $9,718.72

Fee Total $0.00

Loose Currency

| | |
|---|---|
| $100 | $9,700.00 |
| $1 | $18.00 |
| Sub total | $9,718.00 |

Loose Coin

| | |
|---|---|
| $0.01 | $0.72 |
| Sub total | $0.72 |

Cash Paid to Customer
$9,718.72

Transaction # 013 0030
09:43AM 02/16/16

TIP: By creating a budget and tracking your daily spending, you may discover places to save.

Thank you, KATHERINE

Wells Fargo Bank
Transaction Receipt

| | |
|---|---|
| Store #0003507 5 | Deposit |
| Account Number | XXXXXX6811 |
| CHK 00119 | |
| Cash In | $2,001.00 |
| Loose Currency | |
| $100 | $2,000.00 |
| $1 | $1.00 |
| Sub total | $2,001.00 |
| Total Deposit | $2,001.00 |

Deposit will be available:

| Date | Amount |
|---|---|
| 02/03/2016 | $2,001.00 |

Transaction # 087 0102
05:22PM 02/03/16
Deposit Credit Date: 02/03/16

TIP: By creating a budget and tracking your daily spending, you may discover places to save.

Thank you, LORENA

Wells Fargo Bank
Transaction Receipt

Store #0008491 20 Cash Chk

Check Amount(s)

$9,296.12

Check(s) Total $9,296.12

Fee Total $0.00

| Loose Currency | |
|---|---|
| $100 | $9,200.00 |
| $20 | $80.00 |
| $10 | $10.00 |
| $1 | $6.00 |
| Sub total | $9,296.00 |

| Loose Coin | |
|---|---|
| $0.01 | $0.12 |
| Sub total | $0.12 |

Cash Paid to Customer
$9,296.12

Transaction # 014 0016
10:57AM 08/25/15

Thank you, TRESSA

wellsfargo.com
Recycled paper
wellsfargo.com
Recycled paper

Wells Fargo Bank
Transaction Receipt

wellsfargo.com

Recycled Paper

Store #0006201 4 Deposit

Account Number XXXXXX6811
CHK 00119
Cash In $500.00
Total Deposit $500.00

Deposit will be available:
Date Amount
03/27/2015 $500.00

Transaction # 055 0071
01:28PM 03/27/15
Deposit Credit Date: 03/27/15

Thank you, Shay

Recycled Paper

# ZIONS BANK®

P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**

This Statement: December 31, 2014
Last Statement: November 9, 2014

Primary Account 5791740326

P78360 05-1000-ZFN-PG0010-00000
0078282 01 AV 0.378 **AUTO T2 0 1401 84414-304825

JULIE WARNER
2025 N 500 E
OGDEN UT 84414-3048

For 24-hour account information, please contact:

1-800-789-BANK (2265)

**zionsbank.com**

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Statement Savings | 5791740326 | $3,227.10 | |

## STATEMENT SAVINGS 5791740326

810

| *Previous Balance* | *Deposits/Credits* | *Withdrawals/Charges* | *Ending Balance* |
|---|---|---|---|
| 0.00 | 6,242.10 | 3,015.00 | 3,227.10 |

**4 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 11/10 | 500.00 | DEPOSIT 7676184800 |
| 11/21 | 2,515.20 | DEPOSIT 7676085779 |
| 12/08 | 3,226.70 | DEPOSIT 7676440517 |
| 12/31 | 0.20 | INTEREST PAYMENT 0000237371 |

**1 WITHDRAWAL/CHARGE**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 12/08 | 3,015.00 | WITHDRAWAL 7676440534 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 11/10 | 500.00 | 12/08 | 3,226.90 | 12/31 | 3,227.10 |
| 11/21 | 3,015.20 | | | | |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.20 | Number Of Days This Interest Period | 52 |
| Interest Paid Year-To-Date 2014 | $0.20 | Annual Percentage Yield Earned | 0.06% |

Current interest rate is 0.060%

| Interest rate changes this interest period: | *Date* | *New Interest Rate* |
|---|---|---|
| | 11/10 | 0.060% |

EQUAL HOUSING LENDER

MEMBER FDIC

0078282-0000001-0149135

# ZIONS BANK®

P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2

This Statement: December 31, 2014

Last Statement: November 9, 2014

Primary Account 5791740326

0088876 1401-06-1000-ZFN-PG0010-00000

JULIE WARNER
2025 N 500 E
OGDEN UT 84414-3048

For 24-hour account information, please contact:

1-800-789-BANK (2265)

**zionsbank.com**

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Statement Savings | 5791740326 | $3,227.10 | |

## STATEMENT SAVINGS 5791740326

510

| *Previous Balance* | *Deposits/Credits* | *Withdrawals/Charges* | *Ending Balance* |
|---|---|---|---|
| 0.00 | 6,242.10 | 3,015.00 | 3,227.10 |

**4 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 11/10 | 500.00 | DEPOSIT 7676184800 |
| 11/21 | 2,515.20 | DEPOSIT 7676085779 |
| 12/08 | 3,226.70 | DEPOSIT 7676440517 |
| 12/31 | 0.20 | INTEREST PAYMENT 0000237371 |

**1 WITHDRAWAL/CHARGE**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 12/08 | 3,015.00 | WITHDRAWAL 7676440534 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 11/10 | 500.00 | 12/08 | 3,226.90 | 12/31 | 3,227.10 |
| 11/21 | 3,015.20 | | | | |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.20 | Number Of Days This Interest Period | 52 |
| Interest Paid Year-To-Date 2014 | $0.20 | Annual Percentage Yield Earned | 0.06% |

Current interest rate is 0.060%

| Interest rate changes this interest period: | *Date* | *New Interest Rate* |
|---|---|---|
| | 11/10 | 0.060% |

To log on to your account, go to

**www.zionsbank.com**

and enter the following:

Login ID: juleskay

Temporary Password: jmbn0456

For security reasons, you will be asked to change your password the first time you log in. You may also change your Login ID

**Questions or Comments?**

**visit** www.zionsbank.com
**call** 800-840-4999
**e-mail** info@zionsbank.com

Grossarth B

Now that you've enrolled in Online Banking, don't forget to try Free Bill Pay, the quick, secure, easy way to pay your bills. To get started, just log into your account and click "Pay Bills" on Bill Pay panel.

ZIONS BANK®
WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.®

Member FDIC

To log on to your account, go to

**www.zionsbank.com**

and enter the following:

Login ID: Juleskay

Temporary Password: 691778

For security reasons, you will be asked to change your password the first time you log in. You may also change your Login ID

**Questions or Comments?**

**visit** www.zionsbank.com
**call** 800-840-4999
**e-mail** info@zionsbank.com

Now that you've enrolled in Online Banking, don't forget to try Free Bill Pay, the quick, secure, easy way to pay your bills. To get started, just log into your account and click "Pay Bills" on Bill Pay panel.

ZIONS BANK®
WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.®

Member FDIC EQUAL HOUSING LENDER

manage, grow and protect your money.

**We're available for you!**

Thank you for choosing us for your banking needs. We look forward to serving you for years to come.

**Product #: FDWNK**

SAVINGS DEPOSIT

CASH

31-5/1240

CHECKS

CHECK OR TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$

DATE

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

© DELUXE SDT-101

ZIONS BANK.
WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®
1-800-789-BANK(2265)
zionsbank.com

⑆50005⑈0001⑆ ⑈5791740326⑈352

SAVINGS WITHDRAWAL must be presented by the savings customer in person or by mail.

31-5/1240

DATE

Dollars $

DEDUCT ABOVE SUM FROM MY SAVINGS ACCOUNT ON DEPOSIT WITH:

© DELUXE SW-101

ZIONS BANK.
WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®
1-800-789-BANK(2265)
zionsbank.com

SIGN HERE

ADDRESS

⑆50005⑈9001⑆ ⑈5791740326⑈

**Please keep this ID card in a safe place. It contains your account number.**

ZIONS BANK.
WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®
1-800-789-BANK(2265)
zionsbank.com

**Routing Number**
**124000054**

**Your Account Number**
**5791740326**

**Please keep this ID card in a safe place. It contains your account number.**

ZIONS BANK.
WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®
1-800-789-BANK(2265)
zionsbank.com

**Routing Number**
**124000054**

**Your Account Number**
**5791740326**

DC Debit Card | ATM Teller Withdrawal | AD Automatic Deposit | AP Automatic Payment | BP Online Bill Pay | XFER Online or Phone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

_1255394
2791662 000095

ZIONS BANK® WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS

Thank you for choosing to bank with us.
WE APPRECIATE YOUR BUSINESS.

# Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

Savings Deposit 0326 03/22/17
Amount $5,406.11
Balance Current $22,433.17
Available $17,027.06
09:41 546 02 5144

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.®

Thank you for choosing to bank with us.
**WE APPRECIATE YOUR BUSINESS.**

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

| | | |
|---|---|---|
| Savings Deposit | 0326 | 12/02/16 |
| Amount | | $6,276.02 |
| Balance Current | | $20,793.39 |
| Available | | $14,517.37 |
| 16:45 | 546 02 | 1137 |

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.®

Thank you for choosing to bank with us.
WE APPRECIATE YOUR BUSINESS.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

WE'RE AVAILABLE 24/7 TO HELP YOU.
Call 800-974-8800 or visit www.zionsbank.com.

Savings Deposit 0326 11/14/16
Amount $6,293.16
Balance Current $18,516.63
Available $12,223.47
10:42 546 13 0294

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®

Thank you for choosing to bank with us.
**WE APPRECIATE YOUR BUSINESS.**

# Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

Savings Withdrawal 11/07/16
C
0326 Amount $4,000.00
Balance Current $12,223.47
Available $12,223.47
16:39 546 438 0026

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®

Thank you for choosing to bank with us.
**WE APPRECIATE YOUR BUSINESS.**

# Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

Savings Deposit 0326 11/02/16
Amount $6,011.19
Balance Current $16,223.47
Available $10,212.28
16:38 546 01 1488

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®

Thank you for choosing to bank with us.
**WE APPRECIATE YOUR BUSINESS.**

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

Checking Deposit 3376 10/19/16
Amount $804,506.00
Balance Current
Available
17:43 546 02 9261

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS®

Thank you for choosing to bank with us.
WE APPRECIATE YOUR BUSINESS.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

WE'RE AVAILABLE 24/7 TO HELP YOU.
Call 800-974-8800 or visit www.zionsbank.com.

Savings Deposit 0326 10/19/16
Amount $4,301.18
Balance Current $14,211.74
Available $9,910.56
14:12 546 450 0045

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.®

Thank you for choosing to bank with us.
WE APPRECIATE YOUR BUSINESS.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

```
Savings Deposit   0326  10/07/16
Amount                    $3,907.11
Balance Current          $13,510.56
Available                 $9,603.45
09:22               546   296  0904
```

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. | WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.®

Thank you for choosing to bank with us.
WE APPRECIATE YOUR BUSINESS.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

WE'RE AVAILABLE 24/7 TO HELP YOU.
Call 800-974-8800 or visit www.zionsbank.com.

Savings Withdrawal 09/28/16
C
0326 Amount $4,000.00
Balance Current $9,602.99
Available $9,602.99
09:51 546 296 0377

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

ZIONS BANK. WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS.

Thank you for choosing to bank with us.
WE APPRECIATE YOUR BUSINESS.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

WE'RE AVAILABLE 24/7 TO HELP YOU.
Call 800-974-8800 or visit www.zionsbank.com.

| | | |
|---|---|---|
| Savings Deposit | 0326 | 09/26/16 |
| Amount | | $4,601.03 |
| Balance Current | | $13,602.99 |
| Available | | $9,001.96 |
| 13:54 | 546 02 | 8571 |

990166 Rev 1/2016

A division of ZB, N.A. Member FDIC. Equal Housing Lender

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Planning on traveling internationally and need foreign currency?

We can help. Call 800-818-0344, or inquire at any Zions Bank financial center.

| | | |
|---|---|---|
| Savings Deposit | 0326 | 08/13/15 |
| Amount | | $3,682.36 |
| Balance Current | | $8,995.91 |
| Available | | $5,313.55 |
| 09:26 | 546 | 437 0195 |

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Online Banking, Bill Pay, Mobile and Tablet Banking and eStatements are just a click away at www.zionsbank.com

Savings Withdrawal 08/04/15
C
0326 Amount $4,000.00
Balance Current $5,313.55
Available $5,313.55
09:09 546 01 1566

990166 Rev 06/13

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**Does your business accept credit cards** as a form of payment?

We can help with affordable Merchant Services from Transfirst®, LLC. **Call 888-232-0434**, or inquire at any Zions Bank financial center.

Savings Deposit 0326 07/31/15
Amount $4,311.76
Balance Current $9,313.55
Available $5,001.79
15:35 378 07 4973

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Saving is as easy as A-B-C with Zions Bank Kids and Student Savings Accounts.

Savings Withdrawal 07/20/15
C
0326 Amount $2,520.00
Balance Current $5,001.79
Available $5,001.79
13:53 546 01 0872

990166 Rev 06/13

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Zions Bank offers a complete range of solutions for your business. Ask us how we can help your business work smarter.

Savings Deposit 0326 07/16/15
Amount $2,000.13
Balance Current $7,521.79
Available $5,521.66
11:18 378 03 8353

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**Does your business accept credit cards** as a form of payment?

We can help with affordable Merchant Services from Transfirst®, LLC. **Call 888-232-0434**, or inquire at any Zions Bank financial center.

Savings Deposit 0326 07/07/15
Amount $2,526.98
Balance Current $8,021.66
Available $5,494.68
09:52 553 02 0714

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Download the **FREE** Zions Amazing Deals™ Mobile App

Text **ZIONSBANK DEALS** to **368266**

Message or data rates from your wireless provider may apply.

Savings Withdrawal 05/20/15
C
0326 Amount $2,581.19
Balance Current $5,493.97
Available $3,012.78
10:43 546 454 5825

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**Buying** a new home or **remodeling** your current home?

**We have a loan for you.** Ask us for information.

Loans subject to credit approval. Restrictions apply. See banker for details.

Savings Deposit 0326 05/20/15
Amount $2,481.19
Balance Current $8,075.16
Available $5,593.97
10:41 546 336 0009

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Download the **FREE** Zions Amazing Deals™ Mobile App.

Text **ZIONSBANK DEALS** to **368266**

Message or data rates from your wireless provider may apply.

Savings Deposit 0326 04/27/15
Amount $2,402.76
Balance Current $5,593.97
Available $3,191.21
13:07 546 454 4352

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Thank you for banking with us.

Savings Withdrawal 02/25/15
C
0326 Amount $3,100.00
Balance Current $3,190.74
Available $203.22
09:49
546 04 1096

990166 Rev 10/14

zionsbank.com Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

**Buying** a new home or **remodeling** your current home?

**We have a loan for you.** Ask us for information.

Loans subject to credit approval. Restrictions apply. See banker for details.

Savings Deposit 0326 02/25/15
Amount $2,987.52
Balance Current $6,290.74
Available $3,303.22
09:48 546 04 1089

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Zions Bank is here to help your business thrive. Call us to find out how you can put our products, services and resources to work for your business.

1-888-232-0434.

Savings Deposit 0326 02/19/15
Amount
2 $76.1
Balance Current $3,303.22
Available $3,227.10
09:17
546 04 0903

990166 Rev 10/14

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

**Zions First National Bank**

**Hold Notice**

| | | | |
|---|---|---|---|
| COST CENTER: 546 | BUSINESS DAY OF DEPOSIT / HOLD: 12/08/2014 | TOTAL DEPOSIT AMOUNT: $3,226.70 | PREPARED BY: Kara Vanbeekum |
| ACCOUNT NUMBER: ******0326 | ACCOUNT TYPE: ☐ CHECKING ☒ SAVINGS | TOTAL AMOUNT HELD: $3,026.70 | APPROVED BY: |
| FEDERAL RESERVE ROUTING NUMBER: 124002971 | MAKER NAME: WELLS FARGO | | |

| | HOLD REASON CODE (DESCRIPTION ON REVERSE) | NO. OF BUSINESS DAYS CHECK HELD | AMOUNT OF HOLD | IF CHECK IS NOT RETURNED TO US, YOUR FUNDS WILL BE AVAILABLE ON: |
|---|---|---|---|---|
| STANDARD HOLD | | | | |
| EXTENDED HOLD | B<br>*CODES B – P* | 9 | $3,026.70 | 12/19/2014 |

DEAR DEPOSITOR:
We have placed a hold for the amount shown above.
Please see the other side of this form for information
On how this affects your use of those funds.
If you have any questions, please contact your branch
or call Customer Service at 1-800-789-BANK (2265).

JULIE WARNER
2025 N 500 E
OGDEN UT 84414-3048

04-01

**CLIENT COPY**

P – Information from the paying bank ...

**HOLDS** – We are delaying the availability of funds from your deposit. The funds will be available as shown on the front of this form.

(If you did not receive this notice at the time you made the deposit and the check you deposited is paid, we will refund to you any fees for overdrafts or returned checks that result solely from the additional delay we are imposing. To obtain a refund of such fees, see a branch officer.)

**STANDARD HOLD – CHECKING ACCOUNTS**

A – Uncollected Funds:
2 Business Days

**EXTENDED HOLD**

B – Your account relationship is new (30 days or less)
C – The check deposited was previously returned unpaid.
D – You have overdrawn your account repeatedly in the last six months.
E – The checks you deposited on this day exceed $5,000.
F – An emergency, such as failure of computer equipment, has occurred.
G – We have received notice that the check is being returned unpaid.
H – The check is stale-dated or has a post date.
I – We have confidential information that the check may not be paid.
J – Check is drawn on an account with repeated overdrafts.
K – We are unable to verify the endorsement of a joint payee.
L – Some data on the check is not consistent with other data on the check.
M – There are erasures or alterations on the check.
N – The routing number on the check is not a current routing number.
O – The check has been lost or damaged in collection.
P – Information from the paying bank indicated the check may not be paid.

**What Happens After The Hold Is Released?**

Once the hold is released, you may use these funds. However, if a check you deposited is returned, you are responsible for the amount of the check and we may charge your account even if you already used the funds.

**What Happens If You Write A Check?**

If you write a check before these funds are available, we may return the check unpaid and may deduct a non-sufficient funds charge from your account.

**What Can You Do If You Need Funds Immediately?**

Please talk with a bank officer to see what alternative may be available.

# ZIONS BANK.

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Is it time to update your business banking?
1-888-232-0434

Savings Withdrawal 12/08/14
C
0326 Amount $3,015.00
Balance Current $3,226.90
Available $0.20

15:07 [illegible] 01 [illegible]

990166 Rev 06/13

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Saving is as easy as A-B-C with Zions Bank Kids and Student Savings Accounts.

Savings Deposit 0326 12/08/14
Amount $3,226.70
Balance Current $6,241.90
Available $3,015.20
15:02 546 01 6124

990166 Rev 06/13

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

ZIONS BANK.

Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The validation hereon displays the date, location, type, and amount of transaction. All items received are subject to terms and conditions furnished by Zions Bank.

Get closer to your long-term savings goals with a Zions Bank Money Market Account, CD or IRA.

SAV-NRA Deposit 11/10/14 C
Account Number 0326
Deposit Amount $500.00
553 02 0112 11:49

990166 Rev 06/13

zionsbank.com® Member FDIC EQUAL HOUSING LENDER

*Welcome to your credit union.*

**Your Account Number is:**

34961

**(801) 399-9728**

WEBER STATE
CREDIT UNION

WEBER STATE CREDIT UNION
4140 Harrison Blvd
Ogden, UT 84403
(801) 399-9728
1-888-978-9728

# Account Disclosure Rate Supplement and Schedule of Fees and Charges

**INSTRUCTIONS** This supplement is incorporated into, becomes a part of, and should be attached to Your Agreements and Disclosures. The Annual Percentage Yields and corresponding Dividend Rates for each Account are shown below.

☒ **New Account** ☐ **Request for Information**

EFFECTIVE DATE: 05/06/2015

| Account Type | VARIABLE RATE<br>BALANCE | ANNUAL PERCENTAGE YIELD | INTEREST RATE | *DECLARED* DIVIDEND RATE |
|---|---|---|---|---|
| ☒ Share Savings (1) | | 0.05 % | | 0.05 % |
| ☐ My Fund (1) | $0.00 - $4,999.99 | 0.10 % | 0.10 % | |
| | $5,000.00 & Greater | 0.05 % | 0.05 % | |
| ☐ Interest Checking (1) | | 0.05 % | 0.05 % | |
| ☐ Rewards Money Market (1) | $0.00 - $4,999.99 | 0.00 % | 0.00 % | |
| | $5,000.00 - $9,999.99 | 0.05 % | 0.05 % | |
| | $10,000.00 - $24,999.99 | 0.05 % | 0.05 % | |
| | $25,000.00 - $49,999.99 | 0.10 % | 0.10 % | |
| | $50,000.00 - $99,999.99 | 0.15 % | 0.15 % | |
| | $100,000.00 - $249,999.99 | 0.20 % | 0.20 % | |
| | $250,000.00 & Greater | 0.20 % | 0.20 % | |
| ☐ V.I.P. Money Market (1) | $0.00 - $4,999.99 | 0.00 % | 0.00 % | |
| | $5,000.00 - $9,999.99 | 0.15 % | 0.15 % | |
| | $10,000.00 - $24,999.99 | 0.15 % | 0.15 % | |
| | $25,000.00 - $49,999.99 | 0.20 % | 0.20 % | |
| | $50,000.00 - $99,999.99 | 0.25 % | 0.25 % | |
| | $100,000.00 - $249,999.99 | 0.30 % | 0.30 % | |
| | $250,000.00 & Greater | 0.30 % | 0.30 % | |

| Account Type | FIXED RATE<br>MINIMUM BALANCE REQUIREMENTS | TERM | ANNUAL PERCENTAGE YIELD | INTEREST RATE |
|---|---|---|---|---|
| ☐ Term Share Certificate (2) | $ 500.00 | 3 Months | 0.05 % | 0.05 % |
| | $ 500.00 | 6 Months | 0.10 % | 0.10 % |
| | $ 500.00 | 12 Months | 0.30 % | 0.30 % |
| | $ 500.00 | 18 Months | 0.35 % | 0.35 % |
| | $ 500.00 | 24 Months | 0.40 % | 0.40 % |
| | $ 500.00 | 36 Months | 0.70 % | 0.70 % |
| | $ 500.00 | 48 Months | 1.00 % | 1.00 % |
| | $ 500.00 | 60 Months | 1.45 % | 1.44 % |
| | $____ | ____ Months | ____% | ____% |
| ☐ V.I.P. Term Share Certificate (2) | $ 500.00 | 3 Months | 0.15 % | 0.15 % |
| | $ 500.00 | 6 Months | 0.20 % | 0.20 % |
| | $ 500.00 | 12 Months | 0.40 % | 0.40 % |
| | $ 500.00 | 18 Months | 0.45 % | 0.45 % |
| | $ 500.00 | 24 Months | 0.50 % | 0.50 % |
| | $ 500.00 | 36 Months | 0.80 % | 0.80 % |
| | $ 500.00 | 48 Months | 1.10 % | 1.10 % |
| | $ 500.00 | 60 Months | 1.55 % | 1.54 % |
| | $____ | ____ Months | ____% | ____% |

(1) For the purposes of this disclosure, this is a rate and APY as of the last dividend declaration date of 5/6/2015. These Dividend Rate(s) and Annual Percentage Yield(s) shown above may change at any time as determined by Our Board of Directors

(2) For the purposes of this disclosure, this is a rate and APY that was offered within the most recent seven calendar days and was accurate as of the effective date shown herein. For more current rates, please call (801) 399-9728.

Copyright Oak Tree Business Systems, Inc., 2011-2015. All Rights Reserved.

PRIVACY POLICY DISCLOSURE

[Revised 12/10]

| FACTS | WHAT DOES WEBER STATE FEDERAL CREDIT UNION DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share Your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires Us to tell You how We collect, share, and protect Your personal information. Please read this notice carefully to understand what We do. |
| **What?** | The types of personal information We collect and share depend on the product or service You have with Us. This information can include:<br>• Social Security number and income<br>• account balances and payment history<br>• transaction or loss history and credit history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, We list the reasons financial companies can share their customers' personal information, the reasons Weber State Federal Credit Union chooses to share, and whether You can limit this sharing. |

| Reasons We can share Your personal information | Does the Credit Union share? | Can You limit this sharing? |
|---|---|---|
| **For Our everyday business purposes** - such as to process Your transactions, maintain Your account(s), respond to court orders and legal investigations, or report to credit bureaus | **YES** | **NO** |
| **For Our marketing purposes** - to offer Our products and services to You | **YES** | **NO** |
| **For joint marketing with other financial companies** | **YES** | **NO** |
| **For Our affiliates' everyday business purposes** - information about Your transactions and experiences | **NO** | **WE DON'T SHARE** |
| **For Our affiliates' everyday business purposes** - information about Your creditworthiness | **NO** | **WE DON'T SHARE** |
| **For Our affiliates to market to You** | **NO** | **WE DON'T SHARE** |
| **For non-affiliates to market to You** | **NO** | **WE DON'T SHARE** |

| Questions? | Call (801) 399-9728 or (888) 978-9728; or visit Us at 4140 Harrison Blvd., Ogden, UT 84408 |
|---|---|

| What We do | |
|---|---|
| **How does Weber State Federal Credit Union protect my personal information?** | To protect Your personal information from unauthorized access and use, We use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Weber State Federal Credit Union collect my personal information?** | We collect Your personal information, for example, when You<br>• open an account or deposit money<br>• pay Your bills or apply for a loan<br>• use Your credit or debit card<br>We also collect Your personal information from others, such as credit bureaus or other companies. |
| **Why can't I limit all sharing?** | Federal law gives You the right to limit only<br>• sharing for affiliates' everyday business purposes - information about Your credit worthiness<br>• affiliates from using Your information to market to You<br>• sharing for non-affiliates to market to You<br>State laws and individual companies may give You additional rights to limit sharing. |

Copyright Oak Tree Business Systems, Inc., 2011-2015. All Rights Reserved. 

**Page 2**

| **Definitions** | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and non-financial companies.<br>*Weber State Federal Credit Union has no affiliates.* |
| **Non-Affiliates** | Companies not related by common ownership or control. They can be financial and non-financial companies.<br>*Weber State Federal Credit Union does not share with non-affiliates so they can market to You.* |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to You.<br>*Our joint marketing partners include categories of companies, such as:*<br>• *financial service providers*<br>• *insurance companies* |

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Copyright Oak Tree Business Systems, Inc., 2011-2015. All Rights Reserved.

WEBER STATE
CREDIT UNION

Mail correspondence to:
4140 Harrison Blvd.
Ogden, UT 84403

Contact us:
(801) 399-9728
1-888-978-9728
www.weberstatecu.com

| | Acct. Suffix | Amount |
|---|---|---|
| Loan Payment | | |
| Share Deposit | | |
| Total | | |

Please return this portion with your payment or deposit.

*10590*

9_2777

JULIE KAY WARNER
2025 N 500 E
NORTH OGDEN UT 84414-3048

ACCOUNT NUMBER 34961

STATEMENT DATE: PAGE 1
FROM 05/06/2015 TO 06/30/2015




Ultimate Adventure Contest

You could win an all expenses paid* trip for 2 to Alaska, Riviera Maya or Costa Rica when you invite your friends and family to become members of WSCU. Gain more entries by opening a new product or service!

*Contest dates are July 1, 2015 - September 15, 2015.*
**Full details at weberstatecu.com*




## SUMMARY OF ACCOUNT BALANCES

| ID | DESCRIPTION | MONTH END BALANCE |
|---|---|---|
| 0000 | PRIMARY SHARE SAVINGS | 4736.66 |

## ID 0000 PRIMARY SHARE SAVINGS

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/06 | PREVIOUS BALANCE | | 0.00 |
| 05/06 | Deposit by Check | 5026.13 | 5026.13 |
| 05/20 | Deposit by Check | 2511.76 | 7537.89 |
| 05/20 | Withdrawal | -2611.00 | 4926.89 |
| 05/27 | Deposit by Check | 2498.12 | 7425.01 |
| 05/27 | Withdrawal | -2300.00 | 5125.01 |
| 05/31 | Deposit Dividend | 0.18 | 5125.19 |
| 06/10 | Deposit by Check | 2892.17 | 8017.36 |
| 06/10 | Withdrawal | -3000.00 | 5017.36 |
| 06/22 | Deposit by Check | 3519.10 | 8536.46 |
| 06/22 | Withdrawal | -3800.00 | 4736.46 |
| 06/30 | Deposit Dividend | 0.20 | 4736.66 |
| 06/30 | NEW BALANCE | | 4736.66 |

YTD DIVIDENDS PAID: 0.38
ANNUAL PERCENTAGE YIELD EARNED 0.050%
ANNUAL PERCENTAGE YIELD EARNED 0.050%

## YTD TAX INFORMATION

**Our newsletter has gone digital!**
**Please download it at www.weberstatecu.com/Newsletter.html**

Please see reverse side for important information.

WEBER STATE CREDIT UNION

Mail correspondence to:
4140 Harrison Blvd.
Ogden, UT 84403

Contact us:
(801) 399-9728
1-888-978-9728
www.weberstatecu.com

| | Acct. Suffx | Amount |
|---|---|---|
| Loan Payment | | |
| Share Deposit | | |
| **Total** | | |

Please return this portion with your payment or deposit.

8_2216

JULIE KAY WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

ACCOUNT NUMBER 34961

STATEMENT DATE: PAGE 1
FROM 07/01/2016 TO 09/30/2016



**2X the Fun 2X the Points**

October 15 thru December 31, earn double rewards points when you shop with a WSCU Visa Rewards or Wildcat Card

**Apply Today at weberstatecu.com/Visa.html**

**SUMMARY OF ACCOUNT BALANCES**

| ID | DESCRIPTION | MONTH END BALANCE |
|---|---|---|
| 0000 | PRIMARY SHARE SAVINGS | 10958.27 |

**ID 0000 PRIMARY SHARE SAVINGS**

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/01 | PREVIOUS BALANCE | | 4400.63 |
| 07/06 | Deposit by Check | 0.16 | 4400.79 |
| 07/31 | Deposit Dividend | 0.19 | 4400.98 |
| 08/01 | Deposit by Check | 4692.81 | 9093.79 |
| 08/01 | Withdrawal | -4692.00 | 4401.79 |
| 08/15 | Deposit by Check | 0.11 | 4401.90 |
| 08/29 | Deposit by Check | 0.27 | 4402.17 |
| 08/29 | Deposit by Check | 5963.29 | 10365.46 |
| 08/31 | Deposit Dividend | 0.21 | 10365.67 |
| 09/14 | Deposit by Check | 4592.16 | 14957.83 |
| 09/14 | Withdrawal | -4000.00 | 10957.83 |
| 09/30 | Deposit Dividend | 0.44 | 10958.27 |
| 09/30 | NEW BALANCE | | 10958.27 |

YTD DIVIDENDS PAID: 1.95
ANNUAL PERCENTAGE YIELD EARNED 0.050%
ANNUAL PERCENTAGE YIELD EARNED 0.050%
ANNUAL PERCENTAGE YIELD EARNED 0.050%

**YTD TAX INFORMATION**

**Our newsletter has gone digital!**
**Please download it at www.weberstatecu.com/Newsletter.html**

Please see reverse side for important information.

*Welcome to your credit union.*

**Your Account Number is:**

34961

**(801) 399-9728**

WEBER STATE
CREDIT UNION

WEBER STATE CREDIT UNION
4140 Harrison Blvd
Ogden, UT 84403
(801) 399-9728
1-888-978-9728

# Account Disclosure Rate Supplement and Schedule of Fees and Charges

**INSTRUCTIONS** This supplement is incorporated into, becomes a part of, and should be attached to Your Agreements and Disclosures. The Annual Percentage Yields and corresponding Dividend Rates for each Account are shown below.

☒ New Account ☐ Request for Information

EFFECTIVE DATE: 05/06/2015

**VARIABLE RATE**

| Account Type | BALANCE | ANNUAL PERCENTAGE YIELD | INTEREST RATE | DECLARED DIVIDEND RATE |
|---|---|---|---|---|
| ☒ Share Savings (1) | | 0.05 % | | 0.05 % |
| ☐ My Fund (1) | $0.00 - $4,999.99 | 0.10 % | 0.10 % | |
| | $5,000.00 & Greater | 0.05 % | 0.05 % | |
| ☐ Interest Checking (1) | | 0.05 % | 0.05 % | |
| ☐ Rewards Money Market (1) | $0.00 - $4,999.99 | 0.00 % | 0.00 % | |
| | $5,000.00 - $9,999.99 | 0.05 % | 0.05 % | |
| | $10,000.00 - $24,999.99 | 0.05 % | 0.05 % | |
| | $25,000.00 - $49,999.99 | 0.10 % | 0.10 % | |
| | $50,000.00 - $99,999.99 | 0.15 % | 0.15 % | |
| | $100,000.00 - $249,999.99 | 0.20 % | 0.20 % | |
| | $250,000.00 & Greater | 0.20 % | 0.20 % | |
| ☐ V.I.P. Money Market (1) | $0.00 - $4,999.99 | 0.00 % | 0.00 % | |
| | $5,000.00 - $9,999.99 | 0.15 % | 0.15 % | |
| | $10,000.00 - $24,999.99 | 0.15 % | 0.15 % | |
| | $25,000.00 - $49,999.99 | 0.20 % | 0.20 % | |
| | $50,000.00 - $99,999.99 | 0.25 % | 0.25 % | |
| | $100,000.00 - $249,999.99 | 0.30 % | 0.30 % | |
| | $250,000.00 & Greater | 0.30 % | 0.30 % | |

**FIXED RATE**

| Account Type | MINIMUM BALANCE REQUIREMENTS | TERM | ANNUAL PERCENTAGE YIELD | INTEREST RATE |
|---|---|---|---|---|
| ☐ Term Share Certificate (2) | $ 500.00 | 3 Months | 0.05 % | 0.05 % |
| | $ 500.00 | 6 Months | 0.10 % | 0.10 % |
| | $ 500.00 | 12 Months | 0.30 % | 0.30 % |
| | $ 500.00 | 18 Months | 0.35 % | 0.35 % |
| | $ 500.00 | 24 Months | 0.40 % | 0.40 % |
| | $ 500.00 | 36 Months | 0.70 % | 0.70 % |
| | $ 500.00 | 48 Months | 1.00 % | 1.00 % |
| | $ 500.00 | 60 Months | 1.45 % | 1.44 % |
| | $____ | ____ Months | ____ % | ____ % |
| ☐ V.I.P. Term Share Certificate (2) | $ 500.00 | 3 Months | 0.15 % | 0.15 % |
| | $ 500.00 | 6 Months | 0.20 % | 0.20 % |
| | $ 500.00 | 12 Months | 0.40 % | 0.40 % |
| | $ 500.00 | 18 Months | 0.45 % | 0.45 % |
| | $ 500.00 | 24 Months | 0.50 % | 0.50 % |
| | $ 500.00 | 36 Months | 0.80 % | 0.80 % |
| | $ 500.00 | 48 Months | 1.10 % | 1.10 % |
| | $ 500.00 | 60 Months | 1.55 % | 1.54 % |
| | $____ | ____ Months | ____ % | ____ % |

(1) For the purposes of this disclosure, this is a rate and APY as of the last dividend declaration date of 5/6/2015. These Dividend Rate(s) and Annual Percentage Yield(s) shown above may change at any time as determined by Our Board of Directors

(2) For the purposes of this disclosure, this is a rate and APY that was offered within the most recent seven calendar days and was accurate as of the effective date shown herein. For more current rates, please call (801) 399-9728.

Copyright Oak Tree Business Systems, Inc., 2011-2015. All Rights Reserved.

PRIVACY POLICY DISCLOSURE

[Revised 12/10]

| FACTS | WHAT DOES WEBER STATE FEDERAL CREDIT UNION DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share Your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires Us to tell You how We collect, share, and protect Your personal information. Please read this notice carefully to understand what We do. |
| **What?** | The types of personal information We collect and share depend on the product or service You have with Us. This information can include:<br>• Social Security number and income<br>• account balances and payment history<br>• transaction or loss history and credit history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, We list the reasons financial companies can share their customers' personal information, the reasons Weber State Federal Credit Union chooses to share, and whether You can limit this sharing. |

| Reasons We can share Your personal information | Does the Credit Union share? | Can You limit this sharing? |
|---|---|---|
| **For Our everyday business purposes** - such as to process Your transactions, maintain Your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For Our marketing purposes** - to offer Our products and services to You | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For Our affiliates' everyday business purposes** - information about Your transactions and experiences | NO | WE DON'T SHARE |
| **For Our affiliates' everyday business purposes** - information about Your creditworthiness | NO | WE DON'T SHARE |
| **For Our affiliates to market to You** | NO | WE DON'T SHARE |
| **For non-affiliates to market to You** | NO | WE DON'T SHARE |

| Questions? | Call (801) 399-9728 or (888) 978-9728; or visit Us at 4140 Harrison Blvd., Ogden, UT 84408 |
|---|---|

| What We do | |
|---|---|
| **How does Weber State Federal Credit Union protect my personal information?** | To protect Your personal information from unauthorized access and use, We use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Weber State Federal Credit Union collect my personal information?** | We collect Your personal information, for example, when You<br>• open an account or deposit money<br>• pay Your bills or apply for a loan<br>• use Your credit or debit card<br>We also collect Your personal information from others, such as credit bureaus or other companies. |
| **Why can't I limit all sharing?** | Federal law gives You the right to limit only<br>• sharing for affiliates' everyday business purposes - information about Your credit worthiness<br>• affiliates from using Your information to market to You<br>• sharing for non-affiliates to market to You<br>State laws and individual companies may give You additional rights to limit sharing. |

Copyright Oak Tree Business Systems, Inc., 2011-2015. All Rights Reserved.

**Page 2**

| **Definitions** | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and non-financial companies.<br>*Weber State Federal Credit Union has no affiliates.* |
| **Non-Affiliates** | Companies not related by common ownership or control. They can be financial and non-financial companies.<br>*Weber State Federal Credit Union does not share with non-affiliates so they can market to You.* |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to You.<br>*Our joint marketing partners include categories of companies, such as:*<br>• *financial service providers*<br>• *insurance companies* |

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Copyright Oak Tree Business Systems, Inc., 2011-2015. All Rights Reserved.

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 04/10/17 Post: 04/10/17
Tlr: 0310 Time: 3:20 PM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 40,945.04 |
| Amount: | 4,000.00 |
| Sequence: | #32795 |

Cash Disbursed 4,000.00-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| $ OUT: | 23 | 10 | 50 | 20 | | | | | $4,000.00 |
| $ IN: | | | | | | | | | $0.00 |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 03/22/17 Post: 03/22/17
Tlr: 0310 Time: 9:24 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 5,398.01 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 39,737.42 |
| Amount: | 5,398.01 |
| Sequence: | #21614 |

| | |
|---|---|
| Check Received | 5,398.01 |

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 02/22/17 Post: 02/22/17
Tlr: 0308 Time: 11:50 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 5,472.98 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 37,834.26 |
| Amount: | 5,472.98 |
| Sequence: | #28432 |

Check Received 5,472.98

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 11/21/16 Post: 11/21/16
Tlr: 0298 Time: 10:47 AM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 16,363.74 |
| Amount: | 4,000.00 |
| Sequence: | #28103 |

Cash Disbursed 4,000.00-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 40 | | | | | | | .00 | $4,000.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 11/14/16 Post: 11/14/16
Tlr: 0292 Time: 10:44 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 6,481.11 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 20,363.74 |
| Amount: | 6,481.11 |
| Sequence: | #29056 |

Check Received 6,481.11

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 11/07/16 Post: 11/07/16
Tlr: 0174 Time: 2:44 PM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,900.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 13,882.63 |
| Amount: | 3,900.00 |
| Sequence: | #34023 |

Cash Disbursed 3,900.00-

SIGNATURE

Tell us how we did today! Simply scan the QR Code or access the URL below to fill out a short survey to be entered in a weekly prize drawing!

http://qrs.ly/r124gcq

www.weberstatecu.com

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 39 | | | | | | | .00 | $3,900.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 11/02/16 Post: 11/02/16
Tlr: 0292 Time: 4:31 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 6,003.02 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 17,782.63 |
| Amount: | 6,003.02 |
| Sequence: | #35979 |

Check Received 6,003.02

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 10/24/16 Post: 10/24/16
Tlr: 0292 Time: 9:45 AM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 11,779.09 |
| Amount: | 4,000.00 |
| Sequence: | #25520 |

Cash Disbursed 4,000.00-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 40 | | | | | | | .00 | $4,000.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 10/19/16 Post: 10/19/16
Tlr: 0292 Time: 2:15 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,411.10 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 15,779.09 |
| Amount: | 4,411.10 |
| Sequence: | #27285 |

Check Received 4,411.10

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 10/11/16 Post: 10/11/16
Tlr: 0292 Time: 9:31 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,309.72 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 15,267.99 |
| Amount: | 4,309.72 |
| Sequence: | #25648 |

Check Received 4,309.72

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 09/14/16 Post: 09/14/16
Tlr: 0265 Time: 12:56 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,592.16 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 14,957.83 |
| Amount: | 4,592.16 |
| Sequence: | #23860 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 10,957.83 |
| Amount: | 4,000.00 |
| Sequence: | #23862 |

| | |
|---|---|
| Check Received | 4,592.16 |
| Cash Disbursed | 4,000.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 30 | | 50 | | | | | .00 | $4,000.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/29/16 Post: 08/29/16
Tlr: 0294 Time: 1:20 PM

| | |
|---|---|
| Deposit to PRIMARY SHARE SAVINGS 0000 | |
| Principal: | 5,963.29 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 10,365.46 |
| Amount: | 5,963.29 |
| Sequence: | #28749 |

| | |
|---|---|
| Check Received | 5,963.29 |

SIGNATURE

5963.29

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/29/16 Post: 08/29/16
Tlr: 0290 Time: 11:07 AM

| | |
|---|---|
| Deposit to PRIMARY SHARE SAVINGS 0000 | |
| Principal: | 0.27 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,402.17 |
| Amount: | 0.27 |
| Sequence: | #26314 |

| | |
|---|---|
| Check Received | 5,983.27 |
| Cash Disbursed | 5,983.00- |

SIGNATURE

Tell us how we did today! Simply scan the QR Code or access the URL below to fill out a short survey to be entered in a weekly prize drawing!

http://qrs.ly/r124gcq

www.weberstatecu.com

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 59 | | 4 | | | | 3 | .00 | $5,983.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 02/17/16 Post: 02/17/16
Tlr: 0265 Time: 11:45 AM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,900.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,396.96 |
| Amount: | 2,900.00 |
| Sequence: | #32948 |

Cash Disbursed 2,900.00-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 20 | 18 | | | | | | .00 | $2,900.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 02/13/16 Post: 02/13/16
Tlr: 0265 Time: 12:23 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,992.11 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 9,296.96 |
| Amount: | 4,992.11 |
| Sequence: | #15762 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,296.96 |
| Amount: | 2,000.00 |
| Sequence: | #15764 |

| | |
|---|---|
| Check Received | 4,992.11 |
| Cash Disbursed | 2,000.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 3 | 24 | 25 | | | | | .00 | $2,000.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 11/16/15 Post: 11/16/15
Tlr: 0271 Time: 3:04 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 123.98 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,246.91 |
| Amount: | 123.98 |
| Sequence: | #33125 |

| | |
|---|---|
| Check Received | 4,123.98 |
| Cash Disbursed | 4,000.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 40 | | | | | | | .00 | $4,000.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Eff: 11/09/15 Post: 11/09/15
Tlr: 0204 Time: 12:42 PM
Seq: 30059

Check Received 3,986.72
Cash Disbursed 3,986.72-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 39 | | 4 | | 1 | | 1 | .72 | $3,986.72 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 10/26/15 Post: 10/26/15
Tlr: 0273 Time: 11:59 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,821.16 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,943.73 |
| Amount: | 3,821.16 |
| Sequence: | #25993 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,821.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,122.73 |
| Amount: | 3,821.00 |
| Sequence: | #25995 |

| | |
|---|---|
| Check Received | 3,821.16 |
| Cash Disbursed | 3,821.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 22 | 24 | 21 | | | | 1 | .00 | $3,821.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 10/14/15 Post: 10/14/15
Tlr: 0265 Time: 9:29 AM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,800.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,122.57 |
| Amount: | 2,800.00 |
| Sequence: | #21317 |

Cash Disbursed 2,800.00-

SIGNATURE

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 10/10/15 Post: 10/10/15
Tlr: 0267 Time: 11:09 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,102.53 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 8,922.57 |
| Amount: | 4,102.53 |
| Sequence: | #14490 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 6,922.57 |
| Amount: | 2,000.00 |
| Sequence: | #14492 |

| | |
|---|---|
| Check Received | 4,102.53 |
| Cash Disbursed | 2,000.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 10 | 20 | | | | | | .00 | $2,000.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 09/28/15 Post: 09/28/15
Tlr: 0273 Time: 1:10 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,981.13 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 8,719.84 |
| Amount: | 3,981.13 |
| Sequence: | #27144 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,900.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,819.84 |
| Amount: | 3,900.00 |
| Sequence: | #27146 |

| | |
|---|---|
| Check Received | 3,981.13 |
| Cash Disbursed | 3,900.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 24 | 24 | 14 | 2 | | | | .00 | $3,900.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/31/15 Post: 08/31/15
Tlr: 0265 Time: 1:43 PM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,398.72 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,137.22 |
| Amount: | 2,398.72 |
| Sequence: | #35748 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,398.72- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,738.50 |
| Amount: | 2,398.72 |
| Sequence: | #35750 |

| | |
|---|---|
| Check Received | 2,398.72 |
| Cash Disbursed | 2,398.72- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 23 | | 4 | 1 | 1 | | 3 | .72 | $2,398.72 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/26/15 Post: 08/26/15
Tlr: 0273 Time: 10:23 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,698.21 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 8,436.50 |
| Amount: | 3,698.21 |
| Sequence: | #19621 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,698.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,738.50 |
| Amount: | 3,698.00 |
| Sequence: | #19623 |

| | |
|---|---|
| Check Received | 3,698.21 |
| Cash Disbursed | 3,698.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 24 | 25 | 2 | | 1 | | 3 | .00 | $3,698.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/12/15 Post: 08/12/15
Tlr: 0265 Time: 10:02 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,896.13 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 9,634.29 |
| Amount: | 4,896.13 |
| Sequence: | #18920 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,896.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,738.29 |
| Amount: | 4,896.00 |
| Sequence: | #18922 |

| | |
|---|---|
| Check Received | 4,896.13 |
| Cash Disbursed | 4,896.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 40 | 17 | 2 | | 1 | | 1 | .00 | $4,896.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/12/15 Post: 08/12/15
Tlr: 0265 Time: 10:02 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,896.13 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 9,634.29 |
| Amount: | 4,896.13 |
| Sequence: | #18920 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 4,896.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,738.29 |
| Amount: | 4,896.00 |
| Sequence: | #18922 |

| | |
|---|---|
| Check Received | 4,896.13 |
| Cash Disbursed | 4,896.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 40 | 17 | 2 | | 1 | | 1 | .00 | $4,896.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 08/04/15 Post: 08/04/15
Tlr: 0265 Time: 9:12 AM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,738.16 |
| Amount: | 3,000.00 |
| Sequence: | #10484 |

Cash Disbursed 3,000.00-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 30 | | | | | | | .00 | $3,000.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 07/31/15 Post: 07/31/15
Tlr: 0271 Time: 3:18 PM

---

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,001.16 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,737.94 |
| Amount: | 3,001.16 |
| Sequence: | #34435 |

---

| | |
|---|---|
| Check Received | 6,981.16 |
| Cash Disbursed | 3,980.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 39 | | 4 | | | | | .00 | $3,980.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 07/20/15 Post: 07/20/15
Tlr: 0267 Time: 1:58 PM

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,800.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,736.78 |
| Amount: | 2,800.00 |
| Sequence: | #31090 |

Cash Disbursed 2,800.00-

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 28 | | | | | | | .00 | $2,800.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 07/16/15 Post: 07/16/15
Tlr: 0273 Time: 10:31 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 5,692.12 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 10,428.78 |
| Amount: | 5,692.12 |
| Sequence: | #29780 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,892.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,536.78 |
| Amount: | 2,892.00 |
| Sequence: | #29782 |

| | |
|---|---|
| Check Received | 5,692.12 |
| Cash Disbursed | 2,892.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 28 | | 4 | 1 | | | 2 | .00 | $2,892.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 06/10/15 Post: 06/10 15
Tlr: 0265 Time: 9:29 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | ,892.17 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 8,017.36 |
| Amount: | 2,8[illegible] |
| Sequence: | #1[illegible]714 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 3,000.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 5,017.36 |
| Amount: | 3,000.00 |
| Sequence: | #18717 |

Check hold to be released 06/12/15
2,892.17

| | |
|---|---|
| Check Received | 2,892.17 |
| Cash Disbursed | 3,000.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 10 | 15 | 50 | 10 | 20 | | 50 | .00 | $3,000.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 05/27/15 Post: 05/27/15
Tlr: 0265 Time: 11:20 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,498.12 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,425.01 |
| Amount: | 2,498.12 |
| Sequence: | #22396 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,300.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 5,125.01 |
| Amount: | 2,300.00 |
| Sequence: | #22399 |

Check hold to be released 06/04/15
2,498.12

| | |
|---|---|
| Check Received | 2,498.12 |
| Cash Disbursed | 2,300.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 23 | | | | | | | .00 | $2,300.00 |
| IN | | | | | | | | .00 | $.00 |

Comment:

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 05/20/15 Post: 05/20/15
Tlr: 0273 Time: 10:49 AM

Deposit to PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,511.76 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 7,537.89 |
| Amount: | 2,511.76 |
| Sequence: | #21695 |

Withdrawal from PRIMARY SHARE SAVINGS 0000

| | |
|---|---|
| Principal: | 2,611.00- |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 4,926.89 |
| Amount: | 2,611.00 |
| Sequence: | #21698 |

Check hold to be released 05/28/15
2,511.76

| | |
|---|---|
| Check Received | 2,511.76 |
| Cash Disbursed | 2,611.00- |

SIGNATURE

| | $100 | $50 | $20 | $10 | $5 | $2 | $1 | Coins | Total |
|---|---|---|---|---|---|---|---|---|---|
| OUT | 26 | | | 1 | | | 1 | .00 | $2,611.00 |
| IN | | | | | | | | .00 | $.00 |
| Comment: | | | | | | | | | |

WEBER STATE
CREDIT UNION

Talk to a Member Service Representative about a
New VISA Platinum Rewards card today!

Account 00000XX961 WARNER,JULIE K
Eff: 05/06/15 Post: 05/06/15
Tlr: 0248 Time: 3:07 PM

---

| | |
|---|---|
| Deposit to PRIMARY SHARE SAVINGS 0000 | |
| Principal: | 5,026.13 |
| Interest: | 0.00 |
| Fees: | 0.00 |
| Balance: | 5,026.13 |
| Amount: | 5,026.13 |
| Sequence: | #28422 |
| Check hold to be released 05/13/15 due to New Account | 5,026.13 |
| Check Received | 5,026.13 |

SIGNATURE

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

MOUNTAIN AMERICA
CREDIT UNION

Acct ******3629 WARNER,JULIE K
Effective: 03/22/17 Post: 03/22/17
Teller: 2968 Time: 10:40am

---

Deposit to S07 Money Market
New Balance: 17,218.87
Available Bal: 17,218.87
Tran Amount: 5,391.12
Sequence: 5335804

---

Check Received: 5,391.12

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER, JULIE K
Effective: 02/22/17 Post: 02/22/17
Teller: 2876 Time: 11:35am

Deposit to S07 Money Market
New Balance: 16,417.12
Available Bal: 16,417.12
Tran Amount: 5,521.02
Sequence: 5829847

Check Received: 5,521.02

MOUNTAIN AMERICA

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 12/02/16 Post: 12/02/16
Teller: 2753 Time: 4:16pm

---

Deposit to S07 Money Market
New Balance: 17,705.19
Available Bal: 17,705.19
Tran Amount: 4,280.12
Sequence: 6734999

MOUNTAIN AMERICA
CREDIT UNION

---

Check Received: 6,280.12
Cash Dispense Clearing:2,000.00-

Cash Received by: ____________________

CREDIT UNION

Mountain America Credit Union
Ogden - 40th Street Branch
455 East 40th Street
South Ogden, UT 84403

Acct ******3629 WARNER,JULIE K
Effective: 11/07/16 Post: 11/07/16
Teller: 2517 Time: 2:31pm

---

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 17,423.47 |
| Available Bal: | 13,423.47 |
| Tran Amount: | 6,303.27 |
| Sequence: | 5901500 |

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 13,423.47 |
| Available Bal: | 13,423.47 |
| Tran Amount: | 4,000.00 |
| Sequence: | 5901501 |

---

| | |
|---|---|
| Check Received: | 6,303.27 |
| Cash Disbursed: | 4,000.00- |

Cash Received by: ______________________

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/24/16 Post: 10/24/16
Teller: 0390 Time: 10:31am

---

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 11,118.73 |
| Available Bal: | 11,118.73 |
| Tran Amount: | 4,000.00 |
| Sequence: | 5074805 |

---

Cash Dispense Clearing:4,000.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/19/16 Post: 10/19/16
Teller: 2896 Time: 4:32pm

---

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 15,118.73 |
| Available Bal: | 15,118.73 |
| Tran Amount: | 4,401.98 |
| Sequence: | 5985648 |

---

Check Received: 4,401.98

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/12/16 Post: 10/12/16
Teller: 2520 Time: 10:58am

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 10,716.75 |
| Available Bal: | 10,716.75 |
| Tran Amount: | 3,900.00 |
| Sequence: | 5086722 |

Cash Disbursed: 3,900.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/11/16 Post: 10/11/16
Teller: 2520 Time: 9:11am

---

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 14,616.75 |
| Available Bal: | 14,616.75 |
| Tran Amount: | 4,298.11 |
| Sequence: | 5279467 |

---

Check Received: 4,298.11

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 09/26/16 Post: 09/26/16
Teller: 2520 Time: 1:18pm

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 10,317.40 |
| Available Bal: | 10,317.40 |
| Tran Amount: | 91.13 |
| Sequence: | 5286578 |

| | |
|---|---|
| Check Received: | 4,091.13 |
| Cash Disbursed: | 4,000.00- |

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 09/14/16 Post: 09/14/16
Teller: 2753 Time: 11:59am

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 10,226.27 |
| Available Bal: | 10,226.27 |
| Tran Amount: | 502.13 |
| Sequence: | 5243954 |

| | |
|---|---|
| Check Received: | 4,702.13 |
| Cash Disbursed: | 4,200.00- |

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 08/29/16 Post: 08/29/16
Teller: 2279 Time: 4:09pm

Deposit to S07 Money Market
New Balance: 9,722.90
Available Bal: 9,722.90
Tran Amount: 0.33
Sequence: 5689361

Check Received: 6,491.33
Cash Dispense Clearing:6,491.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 02/16/16 Post: 02/16/16
Teller: 0350 Time: 9:05am

---

Deposit to S07 Money Market
New Balance: 9,702.22
Available Bal: 9,702.22
Tran Amount: 0.13
Sequence: 4619062

---

Check Received: 4,691.13
Cash Disbursed: 4,691.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 02/03/16 Post: 02/03/16
Teller: 2197 Time: 9:10am

MOUNTAIN AMERICA
CREDIT UNION

Comment for S01 Primary Savings
Checks Cashed 001 for 4,206.98

| | |
|---|---|
| Check Received: | 4,206.98 |
| Cash Disbursed: | 4,206.98- |

MOUNTAIN AMERICA

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 12/02/16 Post: 12/02/16
Teller: 2753 Time: 4:16pm

---

Deposit to S07 Money Market
New Balance: 17,705.19
Available Bal: 17,705.19
Tran Amount: 4,280.12
Sequence: 6734999

---

Check Received: 6,280.12
Cash Dispense Clearing:2,000.00-

Cash Received by: ____________________

Mountain America Credit Union
Ogden - 40th Street Branch
455 East 40th Street
South Ogden, UT 84403

Acct ******3629 WARNER,JULIE K
Effective: 11/07/16 Post: 11/07/16
Teller: 2517 Time: 2:31pm

---

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 17,423.47 |
| Available Bal: | 13,423.47 |
| Tran Amount: | 6,303.27 |
| Sequence: | 5901500 |

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 13,423.47 |
| Available Bal: | 13,423.47 |
| Tran Amount: | 4,000.00 |
| Sequence: | 5901501 |

---

| | |
|---|---|
| Check Received: | 6,303.27 |
| Cash Disbursed: | 4,000.00- |

Cash Received by: ____________________

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/24/16 Post: 10/24/16
Teller: 0390 Time: 10:31am

---

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 11,118.73 |
| Available Bal: | 11,118.73 |
| Tran Amount: | 4,000.00 |
| Sequence: | 5074805 |

---

Cash Dispense Clearing:4,000.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/19/16 Post: 10/19/16
Teller: 2896 Time: 4:32pm

---

| | |
|---|---|
| Deposit to S07 Money Market | |
| New Balance: | 15,118.73 |
| Available Bal: | 15,118.73 |
| Tran Amount: | 4,401.98 |
| Sequence: | 5985648 |

---

Check Received: 4,401.98

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/12/16 Post: 10/12/16
Teller: 2520 Time: 10:58am

---

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 10,716.75 |
| Available Bal: | 10,716.75 |
| Tran Amount: | 3,900.00 |
| Sequence: | 5086722 |

---

Cash Disbursed: 3,900.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/11/16 Post: 10/11/16
Teller: 2520 Time: 9:11am

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 14,616.75 |
| Available Bal: | 14,616.75 |
| Tran Amount: | 4,298.11 |
| Sequence: | 5279467 |

Check Received: 4,298.11

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 09/26/16 Post: 09/26/16
Teller: 2520 Time: 1:18pm

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 10,317.40 |
| Available Bal: | 10,317.40 |
| Tran Amount: | 91.13 |
| Sequence: | 5286578 |

| | |
|---|---|
| Check Received: | 4,091.13 |
| Cash Disbursed: | 4,000.00- |

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 09/14/16 Post: 09/14/16
Teller: 2753 Time: 11:59am

---

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 10,226.27 |
| Available Bal: | 10,226.27 |
| Tran Amount: | 502.13 |
| Sequence: | 5243954 |

---

| | |
|---|---|
| Check Received: | 4,702.13 |
| Cash Disbursed: | 4,200.00- |

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 08/29/16 Post: 08/29/16
Teller: 2279 Time: 4:09pm

---

Deposit to S07 Money Market
New Balance: 9,722.90
Available Bal: 9,722.90
Tran Amount: 0.33
Sequence: 5689361

---

Check Received: 6,491.33
Cash Dispense Clearing:6,491.00-

CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 02/16/16 Post: 02/16/16
Teller: 0350 Time: 9:05am

Deposit to S07 Money Market
New Balance: 9,702.22
Available Bal: 9,702.22
Tran Amount: 0.13
Sequence: 4619062

MOUNTAIN AMERICA
CREDIT UNION

Check Received: 4,691.13
Cash Disbursed: 4,691.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 02/03/16 Post: 02/03/16
Teller: 2197 Time: 9:10am

MOUNTAIN AMERICA
CREDIT UNION

Comment for S01 Primary Savings
Checks Cashed 001 for 4,206.98

Check Received: 4,206.98
Cash Disbursed: 4,206.98-

MOUNTAIN AMERICA

MOUNTAIN AMERICA
CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 11/24/15 Post: 11/24/15
Teller: 0350 Time: 9:47am

Comment for S01 Primary Savings
Checks Cashed 001 for 4,982.17

Check Received: 4,982.17
Cash Dispense Clearing: 4,982.00-
Cash Disbursed: 0.17-

Cash Received by: ____________

MOUNTAIN AMERICA
CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

MOUNTAIN AMERICA
CREDIT UNION

Acct ******3629 WARNER,JULIE K
Effective: 11/09/15 Post: 11/09/15
Teller: 0760 Time: 3:28pm

Comment for S01 Primary Savings
Checks Cashed 001 for 4,823.98

Check Received: 4,823.98
Cash Disbursed: 4,823.98-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/26/15 Post: 10/26/15
Teller: 0717 Time: 12:43pm

---

Deposit to S07 Money Market
New Balance: 10,868.22
Available Bal: 10,868.22
Tran Amount: 0.74
Sequence: 4430541

---

Check Received: 5,098.74
Cash Disbursed: 5,098.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 10/14/15 Post: 10/14/15
Teller: 2300 Time: 9:20am

MOUNTAIN AMERICA
CREDIT UNION

Deposit to S07 Money Market
New Balance: 10,867.48
Available Bal: 10,867.48
Tran Amount: 0.19
Sequence: 4093537

Check Received: 5,026.19
Cash Disbursed: 5,026.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 09/28/15 Post: 09/28/15
Teller: 0717 Time: 4:16pm

---

Deposit to S07 Money Market

| | |
|---|---|
| New Balance: | 16,865.95 |
| Available Bal: | 4,841.80 |
| Tran Amount: | 6,024.15 |
| Sequence: | 4773116 |

Withdrawal from S07 Money Market

| | |
|---|---|
| New Balance: | 10,865.95 |
| Available Bal: | 4,841.80 |
| Tran Amount: | 6,000.00 |
| Sequence: | 4773117 |

Check hold to be released 09/30/15 due to
New Account
6,024.15

---

| | |
|---|---|
| Check Received: | 6,024.15 |
| Cash Disbursed: | 6,000.00- |

MOUNTAIN AMERICA
CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 09/14/15 Post: 09/14/15
Teller: 0360 Time: 2:52pm

---

Deposit to [illegible] Money Market
New Balance: 10,731.80
Available Bal: 4,949.69
Tran Amount: 5,892.11
Sequence: 4736635

Withdrawal from S07 Money Market
New Balance: 10,841.80
Available Bal: [illegible]
Tran Amount: 5,890.00
Sequence: [illegible]

Check hold to be released 09/16/15 due to
New Account
5,892.11

---

Check Received: 5,892.11
Cash Disbursed: 5,890.00-

MOUNTAIN AMERICA
CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Bra
321 E 2nd S t
Ogden, UT 8

Acct ******36 WARNER,JULIE K
Effective: 09/02/15 Post: 09/02/15
Teller: 0777 Time: 9:16am

---

Deposit to S07 Money Market
New Balance: 15,039.69
Available Bal: 6,628.36
Tran Amount: 4,211.33
Sequence: 4310574

Withdrawal from S07 Money Market
New Balance: 10,839.69
Available Bal: 6,628.36
Tran Amount: 4,200.00
Sequence: 4310575

Check hold to be released 09/0 /15 due to
New Account
4,211.33

---

Check Received: 4,211.33
Cash Disbursed: 4,200.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 08/26/15 Post: 08/26/15
Teller: 0717 Time: 2:13pm

---

Withd [illegible]
New Balance: 3,831.42
Available Bal: 0.00
Tran Amount: 10,828.09
Sequence: 4644998

Deposit to S07 Money Market
New Balance: 10,828.09
Available Bal: 10,828.09
Tran Amount: 10,828.09
Sequence: [illegible]

---

Authorized by: ______________________

MOUNTAIN AMERICA
CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 08/26/15 Post: 08/26/15
Teller: 0717 Time: 2:10pm

---

Deposit to S01 Primary Savings

| | |
|---|---|
| New Balance: | 18,659.51 |
| Available Bal: | 10,828.09 |
| Tran Amount: | 3,826.42 |
| Sequence: | 4634066 |

MOUNTAIN AMERICA
CREDIT UNION

Withdrawal from S01 Primary Savings

| | |
|---|---|
| New Balance: | 14,659.51 |
| Available Bal: | 10,828.09 |
| Tran Amount: | 4,000.00 |
| Sequence: | 4634067 |

Check hold to be released 08/28/15 due to
New Account

3,826.42

Check Received: 3,826.42
Cash Dispense Clearing: 4,000.00-

Cash Received by: ______________

MOUNTAIN AMERICA
CREDIT UNION

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 08/07/15 Post: 08/07/15
Teller: 0350 Time: 9:45am

---

Deposit to S01 Primary Savings
New Balance: 18,833.09
Available Bal: 6,738.96
Tran Amount: 8,089.13
Sequence: 4011489

Withdrawal from S01 Primary Savings
New Balance: 14,833.09
Available Bal: 6,738.96
Tran Amount: 4,000.00
Sequence: 4011490

Check hold to be released 08/11/15 due to
New Account
8,089.13

---

Check Received: 8,089.13
Cash Disbursed: 4,000.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 07/31/15 Post: 07/31/15
Teller: 0350 Time: 9:43am

---

Deposit to S01 Primary Savings
New Balance: 15,743.67
Available Bal: 3,518.76
Tran Amount: 7,219.91
Sequence: 4054932

Withdrawal from S01 Primary Savings
New Balance: 10,743.67
Available Bal: 3,518.76
Tran Amount: 5,000.00
Sequence: 4054933

Check hold to be released 08/04/15 due to
New Account 7,219.91

---

Check Received: 7,219.91
Cash Disbursed: 5,000.00-

Mountain America Credit Union
Ogden - Five Points Branch
321 E 2nd Street
Ogden, UT 84404

Acct ******3629 WARNER,JULIE K
Effective: 07/20/15 Post: 07/20/15
Teller: 0230 Time: 4:35pm

---

Deposit to S01 Primary Savings
New Balance: 8,523.76
Available Bal: 0.00
Tran Amount: 8,523.76
Sequence: [illegible]

Check hold to be released 07/22/15 due to
New Account
8,523.76

---

Check Received: 8,523.76


usbank
debit
4317 1987 4098 3186
4317
VALID THRU 08/17
PREFERRED CUSTOMER
DEBIT
VISA

usbank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6810 TRN X ST01

000046479 01 AV 0.376 106481738263416 P
JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

**Uni-Statement**

Account Number:
2 531 5237 2848
Statement Period:
Sep 27, 2016
through
Oct 26, 2016



***To Contact U.S. Bank***

***By Phone:*** *1-800-US BANKS (1-800-872-2657)*

***Telecommunications Device for the Deaf:*** *1-800-685-5065*

***Internet:*** *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Effective November 14th, 2016 for Overdraft Paid Fee and Overdraft Return Fee asterisk (*) and footnote in the Consumer Pricing Information brochure will be updated and enhanced to read as follows:**
-U.S. Bank limits the number of charges to a daily maximum of 4 Overdraft Fees per day, no matter how many items we pay or return on your behalf. The Overdraft Fees assessed can be Overdraft Paid Fees, Overdraft Return Fees or a combination of both.

**Effective November 14th 2016,** there will no longer be a Debit Card Replacement Card fee.

**Effective November 14th, 2016,** the **"Your Deposit Account Agreement"** booklet includes a number of updates and may affect your rights. As of November 14th, 2016 you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## U.S. BANK PACKAGE MONEY MARKET SAVINGS

***Member FDIC***

U.S. Bank National Association

**Account Number 2-531-5237-2848**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Sep 27 | $ | 0.00 | Number of Days in Statement Period | 30 |
| **Ending Balance on Oct 26, 2016** | **$** | **0.00** | | |

## ADDITIONAL INFORMATION

**Effective November 14th, 2016** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Updates and clarification to: "Terms Applicable to All Deposit Accounts"
- Updates to: "Deposit of Checks at ATM's"
- Significant changes to: "Insufficient Funds and Overdrafts", including updated definitions and clarity in Available Balance
- Additional explanation: "ATM and Debit Card Overdraft Coverage"
- Changes to: "Return All Option"
- Addition of business accounts to: "Accrual of Interest"
- Updates to: "Dormant Accounts and Escheat"
- Changes to the agreement language for: "Your Duty to Examine Your Statement"
- Changes to: "Savings Withdrawal Limitations"
- Clarification of: "Time Deposits"
- Change in email contact in: "Electronic Messages and Agreements"
- Title change and clarification to: "Additional Terms for Business Accounts"
- Updates to: "Deposit and Preparation, Sorting, and Endorsements" within the "Additional Terms for Business Accounts"
- Addition of: "Customer Segregated Accounts"
- Change in starting time of the 24 hr period for purchases and/or cash advances for U.S. Bank Debit or U.S. Bank ATM Cards per day
- Updates to: "Use of Account"
- Change in address and updates to: "Your Billing Rights" section of the "U.S. Bank Consumer Reserve Line Agreement"

JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

**Uni-Statement**
Account Number:
2 531 5237 2848

Statement Period:
Sep 27, 2016
through
Oct 26, 2016



## ADDITIONAL INFORMATION (CONTINUED)

As of November 14th, 2016 you may pick up copies at your local branch, view the updated booklet at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

**usbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6810 TRN X ST01

000056943 01 AT 0.399 106481722137800 P
JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

**Uni-Statement**

Account Number:
1 531 5422 9295
Statement Period:
Sep 15, 2016
through
Oct 14, 2016



***To Contact U.S. Bank***

| | |
|---|---|
| ***By Phone:*** | *1-800-US BANKS (1-800-872-2657)* |
| ***Telecommunications Device for the Deaf:*** | *1-800-685-5065* |
| ***Internet:*** | *usbank.com* |

## INFORMATION YOU SHOULD KNOW

**Effective November 14th, 2016 for Overdraft Paid Fee and Overdraft Return Fee asterisk (*) and footnote in the Consumer Pricing Information brochure will be updated and enhanced to read as follows:**
-U.S. Bank limits the number of charges to a daily maximum of 4 Overdraft Fees per day, no matter how many items we pay or return on your behalf. The Overdraft Fees assessed can be Overdraft Paid Fees, Overdraft Return Fees or a combination of both.

**Effective November 14th 2016,** there will no longer be a Debit Card Replacement Card fee.

**Effective November 14th, 2016,** the **"Your Deposit Account Agreement"** booklet includes a number of updates and may affect your rights. As of November 14th, 2016 you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## U.S. BANK SILVER CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number 1-531-5422-9295**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 15 | $ | 5,760.29 | Interest Paid this Year | $ | 75.00 |
| Deposits / Credits | | 7,682.42 | Number of Days in Statement Period | | 30 |
| Other Withdrawals | | 6,700.00- | Average Account Balance | $ | 6,118.86 |
| **Ending Balance on Oct 14, 2016** | **$** | **6,742.71** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | *Ref Number* | *Amount* |
|---|---|---|---|
| Sep 28 | Adjusted Interest | | $ 75.00 |
| Sep 28 | Deposit | 8654262864 | 3,498.19 |
| Oct 11 | Deposit | 8452026397 | 4,109.23 |
| | | **Total Deposits / Credits** | **$ 7,682.42** |

### Other Withdrawals

| *Date* | *Description of Transaction* | *Ref Number* | *Amount* |
|---|---|---|---|
| Sep 28 | Customer Withdrawal | 8654262863 | $ 3,000.00- |
| Oct 11 | Customer Withdrawal | 8452026396 | 3,700.00- |
| | | **Total Other Withdrawals** | **$ 6,700.00-** |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|
| Sep 28 | 6,333.48 | Oct 11 | 6,742.71 |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

**Effective November 14th, 2016** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

usbank

JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

**Uni-Statement**
Account Number:
1 531 5422 9295

Statement Period:
Sep 15, 2016
through
Oct 14, 2016



## ADDITIONAL INFORMATION (CONTINUED)

- Updates and clarification to: "Terms Applicable to All Deposit Accounts"
- Updates to: "Deposit of Checks at ATM's"
- Significant changes to: "Insufficient Funds and Overdrafts", including updated definitions and clarity in Available Balance
- Additional explanation: "ATM and Debit Card Overdraft Coverage"
- Changes to: "Return All Option"
- Addition of business accounts to: "Accrual of Interest"
- Updates to: "Dormant Accounts and Escheat"
- Changes to the agreement language for: "Your Duty to Examine Your Statement"
- Changes to: "Savings Withdrawal Limitations"
- Clarification of: "Time Deposits"
- Change in email contact in: "Electronic Messages and Agreements"
- Title change and clarification to: "Additional Terms for Business Accounts"
- Updates to: "Deposit and Preparation, Sorting, and Endorsements" within the "Additional Terms for Business Accounts"
- Addition of: "Customer Segregated Accounts"
- Change in starting time of the 24 hr period for purchases and/or cash advances for U.S. Bank Debit or U.S. Bank ATM Cards per day
- Updates to: "Use of Account"
- Change in address and updates to: "Your Billing Rights" section of the "U.S. Bank Consumer Reserve Line Agreement"

As of November 14th, 2016 you may pick up copies at your local branch, view the updated booklet at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

**usbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6810 TRN X ST01

000054687 01 SP 0.465 106481764458922 P
JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

**Uni-Statement**
Account Number:
1 531 5422 9295
Statement Period:
Oct 15, 2016
through
Nov 14, 2016

Page 1 of 1

***To Contact U.S. Bank***

| | |
|---|---|
| ***By Phone:*** | *1-800-US BANKS (1-800-872-2657)* |
| ***Telecommunications Device for the Deaf:*** | *1-800-685-5065* |
| ***Internet:*** | *usbank.com* |

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## U.S. BANK SILVER CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number 1-531-5422-9295**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct 15 | $ | 6,742.71 | Interest Paid this Year | $ | 75.00 |
| Deposits / Credits | | 4,401.16 | Number of Days in Statement Period | | 31 |
| Other Withdrawals | | 4,000.00- | Average Account Balance | $ | 7,463.63 |
| **Ending Balance on Nov 14, 2016** | **$** | **7,143.87** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | *Ref Number* | | *Amount* |
|---|---|---|---|---|
| Oct 21 | Deposit | 9254597182 | $ | 4,401.16 |
| | | **Total Deposits / Credits** | **$** | **4,401.16** |

### Other Withdrawals

| *Date* | *Description of Transaction* | *Ref Number* | | *Amount* |
|---|---|---|---|---|
| Oct 24 | Customer Withdrawal | 8057700163 | $ | 4,000.00- |
| | | **Total Other Withdrawals** | **$** | **4,000.00-** |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|
| Oct 21 | 11,143.87 | Oct 24 | 7,143.87 |

Balances only appear for days reflecting change.

usbank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6810 TRN X ST01

**Uni-Statement**
Account Number:
1 531 5422 9295
Statement Period:
Aug 29, 2016
through
Sep 14, 2016

Page 1 of 2

000066127 01 AT 0.399 106481678921780 P
JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

***To Contact U.S. Bank***

| | |
|---|---|
| ***By Phone:*** | *1-800-US BANKS (1-800-872-2657)* |
| ***Telecommunications Device for the Deaf:*** | *1-800-685-5065* |
| ***Internet:*** | *usbank.com* |

## INFORMATION YOU SHOULD KNOW

**Effective November 14th, 2016 for Overdraft Paid Fee and Overdraft Return Fee asterisk (*) and footnote in the Consumer Pricing Information brochure will be updated and enhanced to read as follows:**
-U.S. Bank limits the number of charges to a daily maximum of 4 Overdraft Fees per day, no matter how many items we pay or return on your behalf. The Overdraft Fees assessed can be Overdraft Paid Fees, Overdraft Return Fees or a combination of both.

**Effective November 14th 2016,** there will no longer be a Debit Card Replacement Card fee.

**Effective November 14th, 2016,** the **"Your Deposit Account Agreement"** booklet includes a number of updates and may affect your rights. As of November 14th, 2016 you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

## U.S. BANK SILVER CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number 1-531-5422-9295**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 29 | $ | 0.00 | Number of Days in Statement Period | | 17 |
| Deposits / Credits | | 5,835.29 | Average Account Balance | $ | 5,764.97 |
| Card Withdrawals | | 75.00- | | | |
| **Ending Balance on Sep 14, 2016** | **$** | **5,760.29** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | *Ref Number* | | *Amount* |
|---|---|---|---|---|
| Aug 29 | Deposit | 8058705948 | $ | 5,835.29 |
| | | **Total Deposits / Credits** | **$** | **5,835.29** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3186

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Aug 30 | Debit Purchase 241984 | SMITHS 2434 NORT NORTH OGDEN UT On 082916 ILNKILNK REF 624300241984 | 8408291928 | $ | 75.00- |
| | | **Card 3186 Withdrawals Subtotal** | | **$** | **75.00-** |
| | | **Total Card Withdrawals** | | **$** | **75.00-** |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|
| Aug 29 | 5,835.29 | Aug 30 | 5,760.29 |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

**Effective November 14th, 2016** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Updates and clarification to: "Terms Applicable to All Deposit Accounts"
- Updates to: "Deposit of Checks at ATM's"

usbank

JULIE WARNER
1190 N 100 E
HARRISVILLE UT 84404-2717

**Uni-Statement**
Account Number:
1 531 5422 9295

Statement Period:
Aug 29, 2016
through
Sep 14, 2016



## ADDITIONAL INFORMATION (CONTINUED)

- Significant changes to: "Insufficient Funds and Overdrafts", including updated definitions and clarity in Available Balance
- Additional explanation: "ATM and Debit Card Overdraft Coverage"
- Changes to: "Return All Option"
- Addition of business accounts to: "Accrual of Interest"
- Updates to: "Dormant Accounts and Escheat"
- Changes to the agreement language for: "Your Duty to Examine Your Statement"
- Changes to: "Savings Withdrawal Limitations"
- Clarification of: "Time Deposits"
- Change in email contact in: "Electronic Messages and Agreements"
- Title change and clarification to: "Additional Terms for Business Accounts"
- Updates to: "Deposit and Preparation, Sorting, and Endorsements" within the "Additional Terms for Business Accounts"
- Addition of: "Customer Segregated Accounts"
- Change in starting time of the 24 hr period for purchases and/or cash advances for U.S. Bank Debit or U.S. Bank ATM Cards per day
- Updates to: "Use of Account"
- Change in address and updates to: "Your Billing Rights" section of the "U.S. Bank Consumer Reserve Line Agreement"

As of November 14th, 2016 you may pick up copies at your local branch, view the updated booklet at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

PURPOSE/REMITTER: 1531543229295

usbank. KBR **CASHIER'S CHECK** No. 6810506098

93-38
929

DATE: April 13, 2018

PAY FOUR THOUSAND FOURTEEN AND 72 CENTS

$ 4,014.72

CUSTOMER COPY

TO THE ORDER OF: JULIE WARNER

Location: 06810-N Ogden Smith's
U.S. Bank, National Association
Minneapolis, MN 55480

Closed Account
* Cashed check gave to Greg *

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

HARLAND CLARKE 20745 (01/13) 70003239

usbank

Official Receipt

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Member FDIC

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification.

Want this receipt via email/text?
Enroll in eReceipts through Online Banking or with a Banker!

usbank.com

00070 06810 0003 10/24/2016 09:33 USB
US BANK CK H
*************9295

$4,000.00

HC 20133 (4/16) 60101330

| | |
|---|---|
| Account # | ************9295 |
| Date | 10/24/16 |
| Balance | $7,143.87 |
| Avail Bal | $7,143.87 |

usbank.

Official Receipt

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Member FDIC

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification.

Want this receipt via email/text?
Enroll in eReceipts through Online Banking or with a Banker!

usbank.com

00008 06810 0003 10/21/2016 06:46 USB
DEPOSIT H
************9295

$4,401.16

HC 20133 (4/16) 60101330

usbank

Member FDIC

**Official Receipt**

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification.

Want this receipt via email/text?
Enroll in eReceipts through Online
Banking or with a Banker!

**usbank.com**

00053 06810 0001 10/11/2016 12:14 USB
US BANK CK H
*************9295

$3,700.00

HC 20133 (4/16) 60101330

| | |
|---|---|
| Account # | ************9295 |
| Date | 10/10/16 |
| Balance | $6,742.71 |
| Avail Bal | $2,833.48 |

usbank

Official Receipt

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Member FDIC

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification.

Want this receipt via email/text?
Enroll in eReceipts through Online Banking or with a Banker!

00052 06810 0001 10/11/2016 12:02 USB
DEPOSIT H
************9295

$4,109.23

usbank.com

HC 20133 (4/16) 60101330

usbank.

Member FDIC

**Official Receipt**

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification.

You pick the car. Let us close the deal!
Call 888-444-BANK (2265) and ask about our great rates on auto loans.

00021 06810 0004 09/28/2016 10:07 USB
DEPOSIT H
*************9295
$3,498.19

usbank.com
All of us serving you®

HC-20133 (11/14) 50319899

00022 06810 0004 09/28/2016 10:10 USB
US BANK CK H
*************9295
$3,000.00

Account # ************9295
Date 09/28/16
Balance $4,258.48
Avail Bal $2,960.29

EST. 1863 | usbank

Official Receipt

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Member FDIC

Checks and other items received for deposit are subject to the terms and conditions of this bank's rules and regulations governing bank accounts, "Customer Agreement," as they may be amended from time to time. All items accepted for deposit are subject to later count and verification.

Bank on your schedule with Free Online and Mobile Banking and Free Bill Pay, available with any checking account.

usbank.com/online

All of us serving you®

00081 06810 0004 08/29/2016 05:58 USB

DEPOSIT H

*************9295

$5,835.29

HC 20133 (2/13) 13354597

| | |
|---|---|
| Account # | ************9295 |
| Date | 08/29/16 |
| Balance | $5,835.29 |
| Avail Bal | $200.00 |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

# Key Silver Money Market Savings Statement

November 23, 2016

12787716

680 1 AB 0.399 T3 P2 AUTO T 0021 0000 R 56 T1
JULIE K HOTCHKISS
1190 N 100 E
HARRISVILLE UT 84404-2717

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 30815*
*Salt Lake City, UT 84130-0815*

*Get less mail and enroll in Online Statements today!*

## Key Silver Money Market Savings — Account number: 440213010364

*Account title: JULIE K HOTCHKISS*

| | |
|---|---|
| Balance on Oct 26, 2016 | $0.00 |
| Additions | |
| Deposits | 23,820.88 |
| Interest | 2.14 |
| Deductions | |
| Withdrawals | 3,000.00 |
| Balance on Nov 23, 2016 | $20,823.02 |

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.15% |
| Number of days this statement period | 29 |
| Interest paid (11-23-16) | $2.14 |
| Interest earned this statement period | $2.14 |
| Interest paid year-to-date | $2.14 |

## Deposits

| *Date* | *Description* | | *Amount* |
|---|---|---|---|
| 10-26 | Trf Fr DDA 0000440212020935 | 4451 | $0.01 |
| 10-26 | Trf Fr DDA 0000440212020935 | 4451 | 15,900.64 |
| 11-7 | Deposit Branch 0001 Utah | | 1,509.07 |
| 11-16 | Deposit Branch 0021 Utah | | 6,411.16 |
| Total | | | $23,820.88 |

## Withdrawals

| *Date* | *Description* | *Amount* |
|---|---|---|
| 11-21 | Withdrawal Branch 0021 Utah | $3,000.00 |
| Total | | $3,000.00 |

## KeyNotes

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

# KeyBank Hassle-Free Account Statement

September 27, 2016

8196897

5244 1 AV 0.376 T15 P1 AUTO T 0021 0000 R 58 T1
JULIE K WARNER
CASEY HOTCHKISS
NICK MARRIOTT
1190 N 100 E
HARRISVILLE UT 84404-2717

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 30815*
*Salt Lake City, UT 84130-0815*

*Get less mail and enroll in Online Statements today!*

## KeyBank Hassle-Free Account — Account number: 440212020935

*Account title:* *JULIE K WARNER*
*CASEY HOTCHKISS*
*NICK MARRIOTT*

| | |
|---|---|
| Balance on Aug 29, 2016 | $0.00 |
| Additions | |
| Deposits | 15,990.41 |
| Deductions | |
| Withdrawals | 3,180.00 |
| Balance on Sep 27, 2016 | $12,810.41 |

## Deposits

| *Date* | *Description* | *Amount* |
|---|---|---|
| 8-29 | Deposit Branch 0021 Utah | $5,836.29 |
| 9-1 | Deposit Branch 0021 Utah | 9,653.01 |
| 9-14 | Deposit Branch 0001 Utah | 501.11 |
| Total | | $15,990.41 |

## Withdrawals

| *Date* | *Description* | *Amount* |
|---|---|---|
| 9-2 | Withdrawal Branch 0775 New York | $3,180.00 |
| Total | | $3,180.00 |

## KeyNotes


KeyBank
DEBIT
5102 7781 9705 0229
Debit
GOOD THRU 08/19
JULIE K WARNER
MasterCard

## CONSUMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in- Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number ;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV - Transfer to Savings Account
XFER FROM SAV- Transfer from Savings Account
XFER TO CKG - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**If you are in Bankruptcy:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation. However, if you have a secured loan, KeyBank retains rights under its security instrument, including the right to foreclose its lien.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

1. **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.
2. **Enter into your check register and SUBTRACT:**
   - Checks or other deductions shown on our statement that you have *not* already entered.
   - The "Service charges", if any, shown on your statement.
3. **Enter into your check register and ADD:**
   - Deposits or other credits shown on your statement that you have *not* already entered.
   - The "Interest earned" shown on your statement, if any.

4 List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL → | $ |

5 List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL → | $ |

6 Enter ending balance shown on your statement.
$

7 Add 5 and 6 and enter total here.
$

8 Enter total from 4.
$

9 Subtract 8 from 7 and enter difference here.
$

This amount should agree with your check register balance.

## CONSUMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in- Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number ;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV - Transfer to Savings Account
XFER FROM SAV - Transfer from Savings Account
XFER TO CKG - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**If you are in Bankruptcy:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation. However, if you have a secured loan, KeyBank retains rights under its security instrument, including the right to foreclose its lien.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

❷ **Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

❸ **Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

❺ List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

❻ Enter ending balance shown on your statement.
$

❼ Add 5 and 6 and enter total here.
$

❽ Enter total from 4.
$

❾ Subtract 8 from 7 and enter difference here.
$
This amount should agree with your check register balance.

EQUAL HOUSING LENDER Member FDIC 000440213010364-04451
1822

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

02/13/2017 11:42 AM CC #0002144
Teller: WILSOPE Seq #00071

Withdrawal-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 5,000.00 |
| Available Balance | $ | 20,258.31 |
| Paid To Client | $ | 5,000.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

04/19/2017 11:57 AM CC #0002144
Teller: QUIGLCO Seq #00034

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 4,789.02 |
| Checks on deposit | $ | 4,789.02 |
| Available Balance | $ | 37,289.76 |
| | | 41,978.78 |
| Paid To Client | $ | 0.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on
KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

03/22/2017 10:35 AM CC #0002144
Teller: STEPHES Seq #00030

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 5,389.06 |
| Checks on deposit | $ | 5,389.06 |
| Available Balance | $ | 31,411.60 |

Paid To Client $ 0.00

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

$36,700

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

02/22/2017 11:31 AM CC #0002144
Teller: STEPHES Seq #00051

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 5,472.11 |
| Checks on deposit | $ | 5,472.11 |
| Paid To Client | $ | 0.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

11/30/2016 03:40 PM CC #0002144
Teller: WILSOPE Seq #00141

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 5,981.13 |
| Checks on deposit | $ | 5,981.13 |
| Paid To Client | $ | 0.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

11/21/2016 09:40 AM CC #0002144
Teller: STEPHES Seq #00105

Withdrawal-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 3,000.00 |
| Available Balance | $ | 20,820.88 |
| Paid To Client | $ | 3,000.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on
KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

| | | |
|---|---|---|
| 11/16/2016 | 10:40 AM | CC #0002144 |
| Teller: WILSOPE | | Seq #00021 |

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0364 | $ | 6,411.16 |
| Checks on deposit | $ | 6,411.16 |
| Paid To Client | $ | 0.00 |

23,820.16

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

**KeyBank**

2491 Washington Blvd.
Ogden, UT 84401
Tel: 1-800-KEY2YOU

11/07/2016 02:00 PM CC #0000144
Teller: TP51AWW Seq #00070/00071

| | | |
|---|---|---|
| Cashed Checks | $ | 6,509.07 |
| Deposit-Checking/Money Market Acct # ***** 0364 | $ | 1,509.07 |
| Paid To Client | $ | 5,000.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

10/26/2016 03:39 PM CC #0002144
Teller: WILSOPE Seq #00139

Withdrawal-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0935 | $ | 2,000.00 |
| Available Balance | $ | 15,900.65 |
| Paid To Client | $ | 2,000.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

10/19/2016 04:?6 PM CC #0002144
Teller: WILSOPE Seq #00156

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 093? | $ | 4,692.11 |
| Checks on deposit | $ | 4,692.11 |
| Paid To Client | $ | 0.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

**KeyBank**

2491 Washington Blvd.
Ogden, UT 84401
Tel: 1-800-KEY2YOU

09/14/2016 12:19 PM CC #0000144
Teller: TP51AWW Seq #00087

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0935 | $ | 501.11 |
| Checks on deposit | $ | 4,801.11 |
| Paid To Client | $ | 4,300.00 |

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

2491 Washington Blvd.
Ogden, UT 84401
Tel: 1-800-KEY2YOU

*** DUPLICATE ***

09/14/2016 12:19 PM CC #0000144
Teller: TP51AWW Seq #00087

Deposit-Checking/Money Market

| | | |
|---|---|---|
| Acct # ***** 0935 | $ | 501.11 |
| Checks on deposit | $ | 4,801.11 |
| Available Balance | $ | 12,409.30 |
| Paid To Client | $ | 4,300.00 |

*** DUPLICATE ***

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

09/01/2016 09:06 AM CC #0002144
Teller: WILSOPE Seq #00014

Deposit-Checking/Money Market
Acct # ****0935 $ 9,653.01
Checks on deposit $ 9,653.01

Paid To Client $ 0.00

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on
KeyBank Relationship Rewards

KeyBank

175 Harrisville Rd.
Ogden, UT 84404
Tel: 1-800-KEY2YOU

08/29/2016 03:56 PM CC #000 144
Teller: WILSOPE Seq # 148

Deposit-Checking/Money Market
Acct # ***** 0935 $ 5,836.29
Checks on deposit $ 5,836.29

Paid To Client $ 0.00

The transaction for which this receipt is issued is subject to the rules, regulations and practices of KeyCorp in force at the time of this transaction. Retain this receipt until verified with your statement of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on KeyBank Relationship Rewards

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR
ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL

04/19/2017 11:52 AM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 705 TRANSACTION 20

Account XXXXXX4068
DDA Deposit 4,781.98

Current Balance 38,269.95

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

03/22/2017 10:29 AM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 705 TRANSACTION 20

Account XXXXXX4068
DDA Deposit 5,412.36

Current Balance 32,191.16

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR
ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL

02/22/2017 11:39 AM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 707 TRANSACTION 30

Account XXXXXX4068
DDA Deposit 5,506.17

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR
ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL

11/30/2016 3:32 PM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 707 TRANSACTION 62

Account XXXXXX4068
DDA Deposit 5,809.11

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR
ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL

11/16/2016 10:26 AM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 706 TRANSACTION 8

Account XXXXXX4068
DDA Deposit 6,301.92

Current Balance 22,489.56

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR
ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL

11/02/2016 3:51 PM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 707 TRANSACTION 51

Account XXXXXX4068
DDA Deposit 5,998.13

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

BANK OF UTAH

ALL ITEMS RECEIVED ARE CREDITED TO YOUR
ACCOUNT SUBJECT TO FINAL PAYMENT

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL

10/20/2016 5:03 PM
BEN LOMOND BRANCH
(801)399-4425
TELLER NUMBER 707 TRANSACTION 60

Account XXXXXX4068
DDA Deposit 4,506.10

PROTECT YOURSELF AGAINST FRAUD
WWW.BANKOFUTAH.COM/SECURITY-SQUAD

THANK YOU FOR BANKING AT BANK OF UTAH
WWW.BANKOFUTAH.COM

# EXHIBIT 2

**ABBEY CARPET OF OGDEN**
**136 36TH ST**
**OGDEN, UT 84405**
**Telephone: 801-393-3355 Fax: 801-392-7440**



CG001541

***INVOICE***

| Sold To | Ship To |
|---|---|
| CASEY AND JULIE HOTCHKISS<br>691 W 3000 N<br>PLEASANT VIEW, UT | CASEY AND JULIE HOTCHKISS<br>691 W 3000 N<br>PLEASANT VIEW, UT |

| Invoice Date | Cell | PO Number | Order Number |
|---|---|---|---|
| 09/16/20 | 801-940-3581 | | CG001541 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| MOSMART | SMART CUSHION | 25 YDS PER ROLL | 271.08 SY | 0.00 | 0.00 |
| LCSTAIRSUP | STAIRS UPHOLSTERED | | 16.00 EA | 5.50 | 88.00 |
| RLN000001484 | SHAGGY LUXE | PEBBLE | 79.57 SY | 70.49 | 5,608.89 |
| CHS | CARPET INSTALL HEAVY SHAG | | 271.08 SY | 0.00 | 0.00 |
| LTINSTALL | INSTALL CERAMIC TILE | | 540.00 SF | 6.50 | 3,510.00 |
| LTWALL | WALL LABOR | | 235.00 SF | 10.00 | 2,350.00 |
| DT | SLATE ATTACHE 12 X 24 | MULTI GREEN | 421.20 SF | 4.09 | 1,722.71 |
| Carton Qty: 27.00 | | | | | |
| DLCOTT12X24 | COTTO CONTEMPO 12 X 24 | PENNSYLVANIA AVE | 347.40 SF | 4.99 | 1,733.53 |
| Carton Qty: 20.00 | | | | | |
| DLCOTT6 | COTTO CONTEMPO 6 X 6 | PENNSYLVANIA AVE | 43.20 SF | 4.99 | 215.57 |
| Carton Qty: 4.00 | | | | | |
| DLCOTTSBN | COTTO CONTEMPO SBN | PENNSYLVANIA AVE | 60.00 EA | 4.99 | 299.40 |
| TTARCTIC | ARCTIC TUNDRA WATERFALL | SHEET | 12.00 EA | 15.99 | 191.88 |
| DALNICHE | NICHE | 14 X 14 | 2.00 EA | 250.00 | 500.00 |
| DLCOTTSBN | COTTO CONTEMPO SBN | PENNSYLVANIA AVE | 10.00 EA | 4.99 | 49.90 |
| DALNICHE | NICHE | 14 X 14 | 1.00 EA | 250.00 | 250.00 |
| DALULTRA | ULTRA COLOR GROUT | BAHAMA BGIEGE | 2.00 EA | 0.00 | 0.00 |
| DALULTRA | ULTRA COLOR GROUT | IVORY | 2.00 EA | 0.00 | 0.00 |
| CTMETRO8 | METRO 8 " SHELF | GRAY | 1.00 EA | 35.00 | 35.00 |
| CTCAULK | CAULK | IVORY | 1.00 EA | 0.00 | 0.00 |
| | SHOWER PAN | | 1.00 EA | 700.00 | 700.00 |
| LTCOVE | TILE COVE | | 16.00 LF | 5.00 | 80.00 |
| | DECO INSTALL | | 18.00 LF | 12.50 | 225.00 |
| RLN000001482 | SHAGGY LUXE | PEBBLE | 94.97 SY | 70.49 | 6,694.44 |
| RLN000001483 | SHAGGY LUXE | PEBBLE | 96.55 SY | 70.49 | 6,805.81 |

— 10/05/20 — 11:37AM —

Sales Representative(s):

DUANE JACKSON

Thank you for your business.
We look forward to serving you again.

**INVOICE TOTAL:** **$31,059.42**

Less Payment(s): 13,000.00

**BALANCE DUE:** **$18,059.42**

*D001CG001541*

**ABBEY CARPET OF OGDEN**
**136 36TH ST**
**OGDEN, UT 84405**
**Telephone: 801-393-3355 Fax: 801-392-7440**



**CG001541**

***INVOICE***

| Sold To | Ship To |
|---|---|
| CASEY AND JULIE HOTCHKISS<br>691 W 3000 N<br>PLEASANT VIEW, UT | CASEY AND JULIE HOTCHKISS<br>691 W 3000 N<br>PLEASANT VIEW, UT |

| Invoice Date | Cell | PO Number | Order Number |
|---|---|---|---|
| 09/16/20 | 801-940-3581 | | CG001541 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|

: Purchaser agrees to make payment in full within 31 days from the date of the invoice. If not paid within 31 days from the date of the invoice date, a late fee of $5.00 and interest of 1.75% per month may be charged to past due balance.

— 10/05/20 — 11:37AM —

Sales Representative(s):

DUANE JACKSON

Thank you for your business.
We look forward to serving you again.

| | |
|---|---|
| **INVOICE TOTAL:** | **$31,059.42** |
| Less Payment(s): | 13,000.00 |
| **BALANCE DUE:** | **$18,059.42** |

THE GREAT SEAL OF THE STATE OF UTAH 1896

**State of Utah**
**Utah State Tax Commission**
210 North 1950 West
Salt Lake City, Utah 84134

**Address Service Requested**

PRESORTED
FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 84116 $ 000.38⁹
02 1W
0001403373 APR 27 2020

CXU-S5B 84404

**Transaction Details:** **Date: 03/30/23**

| | | | |
|---|---|---|---|
| Transaction ID: | 14533101980894 | Amount: | $119,245.59 |
| Account Number: | XXXXX5730 | Total Withdrawal: | $119,245.59 |
| Type of Instrument: | Cashier's Check | Checking 9 Balance: | $27,772.41 |
| Instrument Number: | 137226201 | | |

**Payee Details:**

JENNIFER KENDRICK

**IMPORTANT NOTICE: HANDLE THIS CHECK AS YOU WOULD CASH.**
You cannot place a Stop Payment on this check. There are limited situations in which this check can be replaced if it is lost, stolen, or destroyed.

Memo: CASEY AND JULIE HOTCHKISS

Detach and retain for your records.

# Credit Memo

MOUNTAIN CONTRACTORS SUPPLY GROUP

MOUNTAINLAND SUPPLY COMPANY

MSPV MOUNTAINLAND SUPPLY
3142 N. SR126 (2000 W)
Farr West, UT 84404
801-689-0520
Fax 801-737-3585

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 09/30/2020 | S103775253.001 |

| REMIT TO: | PAGE NO. |
|---|---|
| **MOUNTAINLAND SUPPLY COMPANY**<br>**PO Box 127**<br>**OREM, UT 84059-0127** | 1 of 1 |

BILL TO:

KENDRICK BROTHERS ROOFING
1871 N RULON WHITE BLVD
OGDEN, UT 84404

SHIP TO:

KENDRICK BROTHERS ROOFING
1871 N RULON WHITE BLVD
OGDEN, UT 84404

| CUSTOMER NUMBER | CUSTOMER PO NUMBER | JOB NAME / RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 68937 | RPR 4171 | | JAKE HANNUM |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| SHAWNY MARTINEZ | PK NO PRINT | NET 30TH | 09/30/2020 | 09/30/2020 |

| ORDER QTY | SHIP QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|
| 1ea | 1ea | MOEN S6310BN SHOWER HEAD 1/F<br>7in HEAD - 2.5GPM - 1 FUNCTION<br>RAINSHOWER - EXACTEMP<br>BRUSHED NICKEL | 158.021/ea | 158.02 |
| -1ea | -1ea | MOEN S112BN SHOWER HEAD 1/F<br>10lin HEAD - 2.5GPM - 1 FUNCTION<br>RAINSHOWER - WATERHILL<br>BRUSHED NICKEL<br>** Original Sale : S103661945.002 **<br>** Cus PO: RPR 4171 **<br>Prior Deposit on 10/13/2020 199.54 | 357.562/ea | -357.56 |

**Invoice is due by 10/31/2020**

**Past Due invoices will be subject to 1.50% late charge.**
**PLEASE NOTE OUR ACCOUNTS RECEIVABLE EMAIL FOR ANY**

return

As of July 1, 2013 we will no longer accept returns
of brass faucets and fittings containing lead.
** ASK US ABOUT THE JAN. 2014 "NO LEAD LAW" **

| | |
|---|---|
| Subtotal | -199.54 |
| S&H Charges | 0.00 |
| Tax | 0.00 |
| Payments | 0.00 |
| Amount Due | -199.54 |

Printed By: LHAINLIN on 10/12/2020 1:20:03 PM

MOUNTAIN CONTRACTORS SUPPLY GROUP

MOUNTAINLAND SUPPLY COMPANY

# Ship Ticket

MSPV MOUNTAINLAND SUPPLY
3142 N. SR126 (2000 W)
Farr West, UT 84404
801-689-0520
Fax 801-737-3585

| SHIP DATE | ORDER NUMBER |
|---|---|
| 08/18/2020 | S103661945.003 |

| REMIT TO: | PAGE NO. |
|---|---|
| **MOUNTAINLAND SUPPLY COMPANY**<br>**PO Box 127**<br>**OREM, UT 84059-0127** | 1 of 1 |

SOLD TO:

KENDRICK BROTHERS ROOFING
1871 N RULON WHITE BLVD
OGDEN, UT 84404

SHIP TO:

KENDRICK BROTHERS ROOFING
1871 N RULON WHITE BLVD
OGDEN, UT 84404

| CUSTOMER NUMBER | CUSTOMER PO NUMBER | JOB NAME / RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 68937 | RPR 4171 | | JAKE HANNUM |

| WRITER | SHIP VIA | WAREHOUSE | ORDER DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| SHAWNY MARTINEZ | PK NO PRINT | Ship: MSPV Price: MSPV | 07/17/2020 | No |

| ORDER QTY | SHIP QTY | | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 3ea | 3ea | ___ | GERBER AB-21-828 WHT ELG TLT BWL<br>1.28/1.6gpf AVALANCHE ELITE EH ADA<br>WHITE ELONGATED TOILET BOWL<br>Pn: 679452 | 162.667/ea | 488.00 |
| 3ea | 3ea | ___ | GERBER AL-28-890 12RI WHT TLT TNK<br>1.6gpf AVALANCHE ELITE WHITE<br>12 ROUGH TOILET TANK<br>Pn: 679451 | 64.000/ea | 192.00 |
| 1ea | 1ea | ___ | CENTOCO 900SC WHT ELG SLOW CLOSE<br>WOOD SEAT<br>Pn: 695616 | 25.352/ea | 25.35 |
| 2ea | 2ea | ___ | AS 8012A80GRC-020 BIDET SEAT<br>ADVANCED CLEAN AC 2.0 SPALET SEAT<br>Pn: 701266 | 353.507/ea | 707.01 |
| 3ea | 3ea | ___ | 001109-N #10 NO SEEP W/BOLTS<br>Pn: 238846 | 4.873/ea | 14.62 |
| | | | Prior Deposit on 09/01/2020 -1426.98 | | |

08-20-2020 03:16:22 PM
S103661945.003

** Reprint ** Reprint ** Reprint **

| | |
|---|---|
| Subtotal | 1426.98 |
| S&H Charges | 0.00 |
| Tax | 0.00 |
| Payments | -1426.98 |
| Amount Due | 0.00 |

pd

Printed By: LHAINLIN on 10/12/2020 1:19:01 PM

MOUNTAIN CONTRACTORS SUPPLY GROUP
CONTRACTORS
MOUNTAINLAND SUPPLY COMPANY

MSPV MOUNTAINLAND SUPPLY
3142 N. SR126 (2000 W)
Farr West, UT 84404
801-689-0520
Fax 801-737-3585

# Invoice

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/04/2020 | S103661945.002 |

| REMIT TO: | PAGE NO. |
|---|---|
| **MOUNTAINLAND SUPPLY COMPANY PO Box 127 OREM, UT 84059-0127** | 1 of 1 |

BILL TO:

KENDRICK BROTHERS ROOFING
1871 N RULON WHITE BLVD
OGDEN, UT 84404

SHIP TO:

KENDRICK BROTHERS ROOFING
1871 N RULON WHITE BLVD
OGDEN, UT 84404

| CUSTOMER NUMBER | CUSTOMER PO NUMBER | JOB NAME / RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 68937 | RPR 4171 | | JAKE HANNUM |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| SHAWNY MARTINEZ | PK NO PRINT | NET 30TH | 08/04/2020 | 07/17/2020 |

| ORDER QTY | SHIP QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|
| 2ea | 2ea | MOEN T2151BN VALVE TRIM KIT P/T BRANTFORD - BRUSHED NICKEL POSITEMP Pn: 15540 | 90.111/ea | 180.22 |
| 1ea | 1ea | MOEN S112BN SHOWER HEAD 1/F 10lin HEAD - 2.5GPM - 1 FUNCTION RAINSHOWER - WATERHILL BRUSHED NICKEL Pn: 7841 | 357.562/ea | 357.56 |
| 3ea | 3ea | MOEN TS1320BN BODY SPRAY SQUARE MOSAIC - BRUSHED NICKEL SPECIAL ORDER RETURN POLICY APPLIES Pn: 235461 | 126.946/ea | 380.84 |
| 3ea | 3ea | MOEN S1300 R/I BODY SPRAY FLUSH MOUNT - ROUGH-IN - 12CC-IPS Pn: 126298 | 58.504/ea | 175.51 |
| 1ea | 1ea | MOEN WYNFORD FS TUB FILLER 655BN SPECIAL ORDER RETURN POLICY APPLIES Pn: 743032 | 1339.324/ea | 1339.32 |
| 1ea | 1ea | MOEN TS50100 R/I MOUNTING KIT FLOOR JOIST SINGLE RISER ROUGH-IN Pn: 487091 | 195.123/ea | 195.12 |

**Invoice is due by 09/30/2020**

**Past Due invoices will be subject to 1.50% late charge.**
**PLEASE NOTE OUR ACCOUNTS RECEIVABLE EMAIL FOR ANY**

| | |
|---|---|
| Subtotal | 2628.57 |
| S&H Charges | 0.00 |
| Tax | 0.00 |
| Payments | ~~0.00~~ |
| Amount Due | 2628.57 |

$1,426.98 Toilets
$199.54 Credit

Printed By: DMUHLEST on 8/19/2020 10:42:28 PM

Old Republic Title
2758 West 7800 South
West Jordan, Utah 84088

SALT LAKE CITY UT 840
8 OCT 2020 PM 2 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $001.40⁰
0000760871 OCT 06 2020
MAILED FROM ZIP CODE 84088

Casey and Julie Hotchkiss
691 West 3000 North
Pleasant View, Utah 84414

84414-214891

How doers get more done.

OGDEN, UT 84404 (801)393-0106
STORE MANAGER JOHN PAPENFUSS

4411 00018 31205 09/09/20 02:08 PM
CASHIER KATHRYN
* ORIG REC: 4411 025 78771 08/20/20 TA *

| | | |
|---|---|---|
| 1002-804-053 | KS ZWAVE SMARTCODE | -183.88 |
| 1002-804-053 | KS ZWAVE SMARTCODE | -183.88 |
| 1002-804-053 | KS ZWAVE SMARTCODE | -183.88 |
| 1002-804-058 | KS ZWAVE SMARTCODE | -183.88 |
| | | TA |
| | SUBTOTAL | -735.52 |
| | SALES TAX | -53.32 |
| | TOTAL | -$788.84 |
| | CASH | -788.84 |

REFUND-CUSTOMER COPY

CUSTOMER PRO XTRA ID ###-###-3581
THIS RECEIPT PO/JOB NAME: RPR 4171

--------------- PRO XTRA ---------------
$735.52 will be removed from your total qualifying spend in 2020.

------------ Pro Xtra Perks ------------
$735.52 will be removed from your total qualifying spend in 2020.

Due to COVID-19, we have extended our returns policy for most items. Please see homedepot.com for details.
**************************************

DID WE NAIL IT?

Take a short survey for a chance TO WIN A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: C558 67110 62717
PASSWORD: 20459 62699

Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

THE HOME DEPOT How doers get more done.

OGDEN, UT 84404 (801)393-0106
STORE MANAGER JOHN PAPENFUSS

4411 00025 78771 08/20/20 09:54 AM
SALE CASHIER TRACY

ORDER ID: H4411-130747
RECALL AMOUNT 1094.52

SUBTOTAL 1,094.52
SALES TAX 79.35
TOTAL $1,173.87
CHECK 1,173.87

XXXXX3376
AUTH CODE 007145 TA

PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-3581 SUMMARY
THIS RECEIPT PO/JOB NAME: RPR 4171

2020 PRO XTRA SPEND 08/19: $7,960.77

As of 08/20/2020 your Paint Rewards level is Member: Spend 2000.00 more in qualifying paint purchases to earn Bronze (10.0% off) on select paint items.

This purchase qualifies for FUEL DISCOUNTS and 60 DAYS TO PAY on The Home Depot Commercial Credit Card. Ask an Associate to learn more or go to homedepot.com/financeoptions.

4411 08/20/20 09:54 AM

4411 25 78771 08/20/2020 2638

When you provide a check as payment, you authorize us to use the information from your check to process a one-time Electronic Funds Transfer (EFT) or draft drawn from your account, or process the payment as a check transaction. You also authorize us to process credit adjustments, if applicable. If your payment is returned unpaid, you authorize us to collect your payment and the Return Fee amount below by EFT(s) or draft(s) from your account. If you are presenting a corporate check, you make these representations as an authorized corporate representative.

For inquiries, please call TeleCheck customer service at 1-888-812-9580.

ELECTRONIC CHECK

RETURN FEE AMOUNT $20.00
Merchant ID: 36364411
MERCH TRACE ID 202008200954_4411_25_7877
CHECK NUMBER 004127
TRACE ID 1400310000033501964718
APPROVAL CODE 007145

Due to COVID-19, we have extended our returns policy for most items. Please see homedepot.com for details.

****************************************

DID WE NAIL IT?

Take a short survey for a chance TO WIN A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: 6T9W 162242 157856
PASSWORD: 20420 157831

Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

# SPECIAL SERVICES CUSTOMER INVOICE

 **No. H4411-130747**

Store 4411 OGDEN
984 WALL AVENUE
OGDEN, UT 84404

Phone: (801) 393-0106
Salesperson: TLO94C
Reviewer: TLO94C

**VALIDATION AREA**

4411 00029 78771 08/20/20
71 TLO94C 09:54 AM
SALE
ORDER ID: H4411-130747
RECALL AMOUNT 1094.52
ADDL MDSE SUBTOTAL 0.00
SUBTOTAL 1,094.52
SALES TAX 79.25
TOTAL $1,173.87
CHECK 1,173.87
XXXXX3376
AUTH CODE 007145 TA

**This is only a QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.**

**SOLD TO**

| | | | |
|---|---|---|---|
| Name | **HOTCHKISS CASEY** | Phone 1 | **(801) 940-3581** |
| Address | 1871 N RULON WHITE BLVD | Phone 2 | |
| | | Company Name | CASEY HOTCHKISS |
| City | FARR WEST | Job Description | rpr 4171 |
| State | UT Zip 84404 | County | WEBER |

**QUOTE is valid for this date:08/20/2020**

## CUSTOMER PICKUP #1

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W04 SKU # 0000-515-664 Customer Pickup / Will Call**

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 1002-804-053 | 3.00 | EA | KS ZWAVE SMARTCODE 916 SN / | A | Y | $183.88 | $551.64* |
| R02 | 1002-804-058 | 1.00 | EA | KS ZWAVE SMARTCODE 916 VB / | A | Y | $183.88 | $183.88* |

**S.O. MERCHANDISE TO BE PICKED UP: S/O MAYTAG CO REF # S03 ESTIMATED ARRIVAL DATE: 08/27/2020**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| S0303 | 1002-596-278 | 1.00 | EA | WMH32519HZ / WMH32519HZ WMH32519HZ / microwave | A | Y | $359.00 | $359.00 |

**VENDOR - SPECIAL INSTRUCTIONS:** MICROWAVE WMH32519HZ

**SCHEDULED PICKUP DATE: Will be scheduled upon arrival of all S/O Merchandise**

**MERCHANDISE TOTAL:** $1,094.52

**END OF CUSTOMER PICKUP - REF #W04**

**WILL-CALL MERCHANDISE PICK-UP**
**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

* Indicates item markdown

(9801) 0100585803

No. H4411-130747

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 180 DAYS DEFAULT POLICY;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

| | |
|---|---|
| ORDER TOTAL | $1,094.52 |
| SALES TAX | $79.35 |
| TOTAL | $1,173.87 |
| BALANCE DUE | $1,173.87 |

**END OF ORDER No. H4411-130747**

# Pick Up Confirmation

10/17/2020, 11:41 AM MDT

**Released by** TLJ1487 **Store Phone #** (801) 393-0106
**Store #** 4411 **Location** 984 WALL AVENUE, OGDEN, UT 84404

## Customer Information

CASEY HOTCHKISS
CASEY@KBRROOFING.COM

CASEY HOTCHKISS
1871 N RULON WHITE BLVD
FARR WEST, UT 84404

**Order #** H4411-130747

**Order Date** 08/20/2020

## Will Call

**Pickup Location**
The Home Depot #4411

| Item Description | | SKU # | Qty Remaining | Previously Released | Qty Released |
|---|---|---|---|---|---|
| 01 | WMH32519HZ | 1002596278 | 0 | 0 | 1 |

COSTCO WHOLESALE

South Ogden #770
3656 Wall Ave
South Ogden, UT 84405

C4 Member 111883654640

| | |
|---|---|
| 1413202 QN MF MATT | 499.99 A |
| 0000238991 /1413202 | 100.00-A |
| SUBTOTAL | 399.99 |
| TAX | 29.00 |
| **** TOTAL | 428.99 |

XXXXXXXXXXXX8427 CHIP Read
AID: A0000000031010
Seq# 11506 App#: 004258
Visa Resp: APPROVED
Tran ID#: 024800011506....
Merchant ID: 990770

APPROVED - Purchase
AMOUNT: $428.99
09/04/2020 19:40 770 11 441 151

| | |
|---|---|
| Visa | 428.99 |
| CHANGE | 0.00 |

| | |
|---|---|
| A 7.25% Tax | 29.00 |
| TOTAL TAX | 29.00 |
| TOTAL NUMBER OF ITEMS SOLD = | 1 |
| INSTANT SAVINGS | $ 100.00 |

09/04/2020 19:40 770 11 441 151

21077001104412009041940

OP#: 151 Name: KEVIN T F/E
Thank You!
Please Come Again
Whse:770 Trm:11 Trn:441 OP:151

**Items Sold: 1**
**C4 09/04/2020 19:40**

Sparrow's HOME FURNISHINGS

4456 S. 1900 W.
Roy, UT 84067
801-731-5400

# Sales Order

| Date | S.O. No. |
|---|---|
| 9/1/2020 | 96737 |

| Bill To |
|---|
| JULIE HOTCHKISS<br>691 W. 3000 N<br>PL. VIEW, UT 84414<br><br>801-648-0391 |

| Ship To |
|---|
| |

| Terms | Sold By |
|---|---|
| | Lori |

| Ord... | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | PER13036 | GRAY ASH FULL\QUEEN HEADBOARD | 109.00 | 109.00T |
| 1 | PER13212 | GRAY ASH NIGHT STAND | 79.00 | 79.00T |
| 1 | SPECIAL ORDER | PER15036 F/QUEEN HDBD | 109.00 | 109.00T |
| | | 20% NON-REFUNDABLE DEPOSIT IS REQUIRED. | | |
| 1 | PER15212 | RUSTIC ASPEN NIGHT STAND | 79.00 | 79.00T |

| | |
|---|---|
| **Subtotal** | $376.00 |
| **Sales Tax (7.25%)** | $27.26 |
| **Total** | $403.26 |

Customer Signature ____________

Sparrow's HOME FURNISHINGS

4456 S. 1900 W.
Roy, UT 84067
801-731-5400

# Sales Order

| Date | S.O. No. |
|---|---|
| 9/1/2020 | 96736 |

| Bill To | Ship To |
|---|---|
| JULIE HOTCHKISS<br>691 W. 3000 N<br>PL. VIEW, UT 84414<br><br>801-648-0391 | |

| Terms | Sold By |
|---|---|
| | Lori |

| Ord... | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | WINBP1001F | WHITE FULL BED | 599.00 | 599.00T |
| 1 | WINBP1006Y | YOUTH DRESSER WHITE | 599.00 | 599.00T |
| 1 | WINBP1005 | WHITE NIGHT STAND | 199.00 | 199.00T |
| 1 | WINBP1009Y | WHITE YOUTH MIRROR | 179.00 | 179.00T |

| | |
|---|---|
| **Subtotal** | $1,576.00 |
| **Sales Tax (7.25%)** | $114.26 |
| **Total** | $1,690.26 |

Customer Signature ____________

J.C. ELECTRIC INC.
Your Solar and Wind Specialists
J.C. Electric, Inc.
1957 N 2000 W
Farr West, UT 84404

Tel: +1 (801) 745-2210
www.jcsolarandwind.com
License # 236884-5501

PPR 4171

Hotchkiss, Casey
1190 N 100 E
Harrisville UT 84404

| Please Pay By | Amount | Invoice Date |
|---|---|---|
| 11/12/2020 | $2,142.19 | 10/13/2020 |

**INVOICE NO. 202000477**

**Site Address:** 691 west 3000 north
**Salesperson:** Josh Saunders
**Request No.:**

Installed lights in bathrooms and kitchen. Fixed the gfci outlet in kitchen.
Took down and replaced the 4 bathroom vanity lights. Took down and replaced the entry and dining lights. Took down living room fan. Installed front chandelier and living room fan. Looked into the outlets that are not working and got them working again.
Installed new outlet in laundry closet. Trouble shot outlet by doggy door. surrounding outlets. Ran wire installed new outlets in attic for cameras and put camera cords through soffit. Checked out back porch lights they are just ran off a breaker. Put up new canopy covers for lights

| Item | Quantity | Unit Price | Total |
|---|---|---|---|
| Troubleshooting Fee | 2.00 | $60.00 | $120.00 |
| 4-SQ BLANK COVER | 6.00 | $0.48 | $2.88 |
| TAN WIRENUT W/RED SKIRT IS304946 | 37.00 | $0.13 | $4.81 |
| Machine Screw, Slotted/Phillips Round Head, Size: 6/32 x 2". Zinc Plated Steel. | 2.00 | $0.14 | $0.28 |
| Hubbell-Raco 232 4" Square Box, Welded, Metallic, 2-1/8" Deep | 4.00 | $1.81 | $7.24 |
| 1G WHT MIDWAY BLANK WALLPLT | 1.00 | $1.23 | $1.23 |
| 15A TAMPER GFCI, WHITE | 1.00 | $21.52 | $21.52 |
| 15A WEATH/TAMP RESIST RECEPT WHT | 1.00 | $5.56 | $5.56 |
| 15A WHT DECORA PLUS SWITCH | 4.00 | $9.76 | $39.04 |
| 15A WHT NYLON DUPLEX OUTLET | 1.00 | $0.95 | $0.95 |
| 1G PVC BOX NEW WORK 1G 18CU | 2.00 | $0.45 | $0.90 |
| OLD WORK 1G 14CU | 2.00 | $1.71 | $3.42 |
| 12/2 NM cable | 100.00 | $0.48 | $47.60 |
| STANDARD CUT IN BOX | 3.00 | $2.46 | $7.38 |

J.C. ELECTRIC INC.
Your Solar and Wind Specialists

Tel: +1 (801) 745-2210
www.jcsolarandwind.com
License # 236884-5501

**J.C. Electric, Inc.**
1957 N 2000 W
Farr West, UT 84404

| | | | |
|---|---|---|---|
| 2-Gang, Nail-On, Switch/Outlet Box, Non-Metallic, Depth: 3-9/16". Cubic Inches: 43.5". | 2.00 | $1.89 | $3.78 |
| Drywall Screw, Phillips Bugle Head, Size: #6 x 1-5/8". Coarse Thread, Wood Rockets - Yellow Zinc. | 10.00 | $0.06 | $0.60 |
| Apprentice Labor | 33.50 hrs | $55.00 | $1,842.50 |
| Journeymen Labor | 0.50 hrs | $65.00 | $32.50 |
| | | **Total** | $2,142.19 |

**Amount Applied** $0.00
**Balance Due** $2,142.19

Thank you! Brett Lewis (801) 391-2024

We at J.C. Electric Inc. endeavor to continue in our civic duty to provide you with

**VALLEY GLASS RESIDENTIAL & COMMERCIAL SHOP**
**202 21ST STREET**
**OGDEN, UT 84401-3206**

**PH:(801) 399-5625 FAX:(801) 393-5235**

Contractor License: 244090-5501
Federal Tax ID: 82-0230796

P/O#: RPR4171

Cust State Tax ID: 118829
Cust Fed Tax ID:
Ship Via:

**Workorder: W04242729**
**Date: 10/26/2020**
**Time: 11:19 AM**

Taken By: YvonneA
Installer: Will Call
SalesRep: 04-0294

Adv. Code: GOOGLE

**Bill To: 100494**

Kendrick Bros Roofing
1871 N. Rulon White Blvd
OGDEN, UT 84404

(801) 940-3581

**Sold To: 100494**

CASEY HOTCHKINS
691 W 3000 N
PLEASANT VIEW, UT 84414

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 1 | SHOWER DOORS | SHOWER DOOR INLINE BRUSHED NICKEL CLEAR GLASS | $1,820.00 | 0 | $1,820.00 | $1,820.00 |
| 1 | SHOWER DOORS | BIPASS SHOWER BRUSHED NICKLE CLEAR 59 X 68 | $700.00 | 0 | $700.00 | $700.00 |
| 1 | SHOWER DOORS | BIPASS SHOWER BRUSHED NICKLE CLEAR 59 1/2 X 68 | $700.00 | 0 | $700.00 | $700.00 |
| 1 | Shower Door Labor | Shower Door Labor | $0.00 | 0 | $0.00 | $0.00 |
| 3 | MISC ITEM INVENTORY | 1/4" MIRROR 20 X 68 | $247.00 | 0 | $247.00 | $741.00 |
| 1 | MISC ITEM INVENTORY | 1/4" MIRROR 24 X 68 | $247.00 | 0 | $247.00 | $247.00 |
| 4 | MISC ITEM INVENTORY | WHITE J MOLD | $95.00 | 0 | $95.00 | $380.00 |
| 1 | SHOWER DOORS | Replacement panel | $0.00 | 0 | $0.00 | $0.00 |

CSR: YvonneA

Sales Rep ID: Sonny Thompson

ALL QUOTES ARE GOOD FOR 90 DAYS!

"Thanks for supporting your local Glass Company"

Mobile Install Installer: Will Call

Instructions:
J bar adjusted on workorder

Net 30

| | |
|---|---|
| Total: | |
| Sub Total: | $4,588.00 |
| Tax: | $0.00 |
| Total: | $4,588.00 |
| **Balance:** | **$4,588.00** |

Customer's Signature:______________________

VALLEY GLASS RESIDENTIAL & COMMERCIAL SHOP
202 21ST STREET
OGDEN, UT 84401-3206

PH:(801) 399-5625 FAX:(801) 393-5235

Contractor License: 244090-5501
Federal Tax ID: 82-0230796

P/O#:

Taken By: YvonneA
Installer:
SalesRep: 04-0294

Cust State Tax ID:
Cust Fed Tax ID:
Ship Via:

Adv. Code: GOOGLE

**Quote: Q04131427**
**Date:** 8/3/2020
**Time:** 10:07 AM

**Bill To: Cash Sales**

CASEY HOTCHKINS
691 W. 3000 N.
PLEASANT VIEW, UT 84414

(801) 940-3581

**Sold To: Cash Sales**

CASEY HOTCHKINS
691 W. 3000 N.
PLEASANT VIEW, UT 84414

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 2 | Mircl-1/4" | (24" x 68") 1/4" Mirror Clear | 3 $205.00 | 0 | $205.00 | ~~$410.00~~ 615 |
| 1 | Mircl-1/8" | (20" x 64") 1/8" Mirror Clear | $205.00 | 0 | $205.00 | $205.00 |
| 1 | Shower Doors | SHOWER DOOR INLINE BRUSHED NICKEL CLEAR GLASS | $1,625.00 | 0 | $1,625.00 | $1,625.00 |
| 1 | Shower Doors | (58 5/8 x 68) TUB ENCLOSURE | $700.00 | 0 | $700.00 | $700.00 |
| 1 | Shower Doors | (58 1/4 x 68) TUB ENCLOSURE | $700.00 | 0 | $700.00 | $700.00 |
| 1 | Shower Door Labor | Shower Door Labor | $0.00 | 0 | $0.00 | $0.00 380 |

CSR: YvonneA

Sales Rep ID: Sonny Thompson

ALL QUOTES ARE GOOD FOR 90 DAYS!

"Thanks for supporting your local Glass Company"

Instructions:

Due on receipt Total:

Sub Total: $3,640.00

Tax: $0.00

Total: $3,640.00

4225.00

**VALLEY GLASS RESIDENTIAL & COMMERCIAL SHOP**
**202 21ST STREET**
**OGDEN, UT 84401-3206**

**PH:(801) 399-5625 FAX:(801) 393-5235**

Contractor License: 244090-5501
Federal Tax ID: 82-0230796

P/O#:

Cust State Tax ID:
Cust Fed Tax ID:
Ship Via:

**Quote: Q04131427**
**Date: 8/12/2020**
**Time: 07:58 AM**

Taken By: YvonneA
Installer:
SalesRep: 04-0294

Adv. Code: GOOGLE

**Bill To: Cash Sales**

CASEY HOTCHKINS
691 W. 3000 N.
PLEASANT VIEW, UT 84414

(801) 940-3581

**Sold To: Cash Sales**

CASEY HOTCHKINS
691 W. 3000 N.
PLEASANT VIEW, UT 84414

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 1 | Shower Doors | SHOWER DOOR INLINE BRUSHED NICKEL CLEAR GLASS | $1,820.00 | 0 | $1,820.00 | $1,820.00 |
| 1 | Shower Doors | BIPASS SHOWER BRUSHED NICKLE CLEAR 59 X 68 | $1,033.00 | 0 | $1,033.00 | $1,033.00 |
| 1 | Shower Doors | BIPASS SHOWER BRUSHED NICKLE CLEAR 59 1/2 X 68 | $1,033.00 | 0 | $1,033.00 | $1,033.00 |
| 1 | Shower Door Labor | Shower Door Labor | $0.00 | 0 | $0.00 | $0.00 |
| 3 | Misc Item Inventory | 1/4" MIRROR 20 X 68 | $247.00 | 0 | $247.00 | $741.00 |
| 1 | Misc Item Inventory | 1/4" MIRROR 24 X 68 | $247.00 | 0 | $247.00 | $247.00 |
| 4 | Misc Item Inventory | WHITE J MOLD | $95.00 | 0 | $95.00 | $380.00 |

CSR: YvonneA

Sales Rep ID: Sonny Thompson

ALL QUOTES ARE GOOD FOR 90 DAYS!

"Thanks for supporting your local Glass Company"

Instructions:

Due on receipt Total:

Sub Total: $5,254.00

Tax: $0.00

Total: $5,254.00

Total Owe $ 93,041.76

12/12/20 > 2019 Safety Bonus Julie - 3,000.18
12/12/20 Casey - 3,895.48

Total $ 86,146.10

9:01

Inbox

**RC Willey Home Fur...** 8:59 AM

to me

RCWilley

FURNITURE ELECTRONICS APPLIANCES MATTRESSES FLOORING OUTDOOR FITNESS

## Order 44549639

| Billing Address: | Shipping Address: |
| --- | --- |
| Julie Hotchkiss<br>1871 N Rulon White Blvd<br>Ogden, UT 84404<br>**Phone Number:** 801-648-0391<br>**Email:** juleskay13@gmail.com | Julie Hotchkiss<br>691 W 3000 N<br>Pleasant View, UT 84414<br>**Phone Number:** 801-648-0391<br>**Email:** juleskay13@gmail.com |

| Order Details | |
| --- | --- |
| **Ships direct from Martin Svensson Home**<br>We are sorry for any delay in delivery you may experience. COVID-19 continues to impact the time it takes for packages to be delivered. We appreciate your patience as the shipping companies work through this difficult time. Customers may experience delays up to 2 weeks. You will receive a second e-mail with a tracking number once the product has been shipped. Allow up to two weeks for final delivery.<br>**Instructions:**<br>Will be fullfilled by Martin Svensson Home. Tracking email will be sent when ships | **Order Date:** 9/10/20<br>**RC Willey Account:** ***9759<br>**Store:** www.rcwilley.com<br><br>**Customer Service:** 888-584-5156 |

| Product | Qty | Price | Total |
| --- | --- | --- | --- |
|  **Casual Teal 38 Inch TV Stand - Jules**<br>**Assembly Required<br>SKU #: 111785375 | 1 | $299.99 | $299.99 |

| | |
| --- | --- |
| Sub-Total | $299.99 |
| Sales Tax | $22.35 |
| **Total Invoice** | **$322.34** |
| Payment: VISA | -$322.34 |

How did we do?

12:20 67° 75%

## Order Details

**Livex Lighting** Lawrenceville 3-Light Brushed Nickel Bath Light

Quantity: 3
Unit Price: $277.69
Item Total: $833.07

Payment Details

Number of Items Purchased

6

Subtotal

$1,661.87

Shipping Charges

Free

Sales Tax

$120.49

Total

**$1,782.36**

Used Julies KBR card

Home Shop Account Stores

OGDEN, UT 84404 (801)393-0106
STORE MANAGER JOHN PAPENFUSS

4411 00006 76270 09/09/20 02:39 PM
SALE CASHIER JOSIE

| | |
|---|---|
| 070847012474 MONSTR ULTRA <A> | 2.48 |
| 16OZ MONSTER ZERO ULTRA | |
| 028400108775 SLT PNUT99 <A> | 0.98 |
| FL MUNCHIES SALTED PEANUTS 3.25 OZ | |
| 047034046147 SH CVR 12 <A> | |
| SHOE COVERS 12PK | |
| 2@9.97 | 19.94 |
| 081023007177 NEST SN <A> | |
| NEST X YALE LOCK SN W/ NEST CONNECT | |
| 4@279.00 | 1116.00 |
| SUBTOTAL | 1,139.40 |
| SALES TAX | 82.46 |
| TOTAL | $1,221.86 |
| CASH | 700.00 |
| XXXXXXXXXXXX8427 VISA | USD$ 521.86 TA |

AUTH CODE 009853/5062049
Chip Read
AID A0000000031010 VISA CREDIT

P.O.#/JOB NAME: 0

4411 09/09/20 02:39 PM

4411 06 76270 09/09/2020 9235

RETURN POLICY DEFINITIONS

| | POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|---|
| A | 1 | 180 | 03/08/2021 |

Due to COVID-19, we have extended our returns policy for most items. Please see homedepot.com for details.

****************************************

DID WE NAIL IT?

Take a short survey for a chance TO WIN A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: H8D 157240 152835
PASSWORD: 20459 152829

Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

Rest for House $26,000.00

Abbey Carpet $13,000.00

Abbey Carpet $18,059.42

Best Buy $11,571.17

Home Depot $1,173.87

Home Depot $1,782.36

Home Depot $521.86

Costco $428.99

R.C. Willey $322.34

Scottco Blinds $4,974.00

Sparrow's $2,093.52

Mountainland $3,856.01

Italy Lights $2,528.03

Valley Glass $4,588.00

JC Electric $2,142.19

updated 10-26-2020

**TOTAL $93,041.76**

Rest for House $26,000.00

Abbey Carpet $13,000.00

Abbey Carpet $18,059.42

Best Buy $11,571.17

Home Depot $1,173.87

Home Depot $1,782.36

Home Depot $521.86

Costco $428.99

R.C. Willey $322.34

Scottco Blinds $4,974.00

Sparrow's $2,093.52

Mountainland $ 3,856.01

Italy Lights – $2,528.03

Valley Glass $ Have not got a final invoice (they are finishing up tomorrow) Should be around $4,225.00

JC Electric $ Waiting on final invoice. Casey is thinking around $5,000 (I will let you know the exact amount once we receive this).

**The only outstanding Invoice's are Valley Glass & JC Electric**

**Total $95,536.57**

Rest for House $26,000.00

Abbey Carpet $13,000.00

Abbey Carpet $18,059.42

Best Buy $11,571.17

Home Depot $1,173.87

Home Depot $1,782.36

Home Depot $521.86

Costco $428.99

R.C. Willey $322.34

Scottco Blinds $4,974.00

Sparrow's $2,093.52

Mountainland $ 3,856.01

Italy Lights – $2,528.03

Valley Glass $ Have not got a final invoice (they are finishing up tomorrow) Should be around $4,225.00

JC Electric $ Waiting on final invoice. Casey is thinking around ~~$5,000~~ (I will let you know the exact amount once we receive this). $2,142.19

**The only outstanding Invoice's are Valley Glass & JC Electric**

**Total $95,536.57**

Rest for House $26,000.00

Abbey Carpet $13,000.00

Abbey Carpet $18,059.42

Best Buy $11,571.17

Home Depot $1,173.87

Home Depot $1,782.36

Home Depot $521.86

Costco $428.99

R.C. Willey $322.34

Scottco Blinds $4,974.00

Sparrow's $2,093.52

Mountainland $3,856.01

Italy Lights $2,528.03

Valley Glass $4,588.00

JC Electric $2,142.19

**TOTAL $93,041.76**

Rest for House $26,000.00

Abbey Carpet $13,000.00

Abbey Carpet $18,059.42

Best Buy $11,571.17

Home Depot $1,173.87

Home Depot $1,782.36

Home Depot $521.86

Costco $428.99

R.C. Willey $322.34

Scottco Blinds $4,974.00

Sparrow's $2,093.52

Mountainland $ 3,856.01

Italy Lights – Not sure what the total was for this ?

Valley Glass $ Have not got a final invoice (they are finishing up tomorrow) Should be around $4,225.00

JC Electric $ Waiting on final invoice. Casey is thinking around $5,000 (I will let you know the exact amount once we receive this).

**The only outstanding Invoice's are Valley Glass & JC Electric**

**Total $93,008.54**

# EXHIBIT 3

# RECEIPT

DATE 5-14-21 No. 722333

RECEIVED FROM Casey Hotchkiss $58,948.39

fifty-eight thousand nine hundred forty eight & 39/100 DOLLARS

○ FOR RENT
○ FOR

| | | |
|---|---|---|
| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
☒ CHECK
○ MONEY ORDER
○ CREDIT CARD

D# 396320 CA# 991663

FROM ______ TO ______

BY Mariah

3-11

CHI-001289 ID 9-NORMAL,NB,101289,MC221 2650 120210330 BLEND 1956

| UTC CERT | CERT | CERT | U TRD | R RAMP | ID BUMP | CAMP | BOOK | EXFL |
|---|---|---|---|---|---|---|---|---|

1FM5K8GC5 MGB32436 NB GU13

FORD PERFORMANCE

VEHICLE DESCRIPTION

# EXPLORER

MG B32436

2021 EXPLORER ST 4WD
119" WHEELBASE
3.0L ECOBOOST V6 ENGINE
10-SPEED AUTO TRANSMISSION

EXTERIOR
AGATE BLACK METALLIC
INTERIOR
EBONY LEATHER-TRIMMED SEATS

**STANDARD EQUIPMENT INCLUDED AT NO EXTRA CHARGE**

**EXTERIOR**
- EASY FUEL® CAPLESS FILLER
- FRT/RR SKID PLATE ELEMENTS
- GRILLE - BLACK MESH INSERT
- HEAD/TAILLAMPS - BLACKOUT
- HEADLAMPS - AUTO LED
- LED SIGNATURE LIGHTING
- LIFTGATE - HANDS-FREE
- LWR BODYSIDE CLADDING-BLK
- MIRRORS-PWR/HTD/AUTO-FOLD ST PROJ LAMP/SIG/MEM/DIM
- PRIVACY GLASS - REAR DOORS
- QUAD TIP DUAL EXHAUST
- TAILLAMPS/FOG LAMPS - LED
- TRAILER SWAY CONTROL
- WIPERS - RAIN-SENSING

**INTERIOR**
- 110V/150W AC POWER OUTLET
- 12" LCD DIGITAL IP CLUSTER
- 1ST/2ND RW FLR MATS-CARPET
- 2ND ROW HEATED SEATS
- AMBIENT LIGHT/ILLUM ENTRY
- AUTO-DIM REARVIEW MIRROR
- HTD LTHR WRAPPED STEER WHL W/LOGO, MOUNTED CONTROLS
- HTD/VENTILATED FRT SEATS
- POWERFOLD 3RD ROW SEAT
- PWR TILT/TELE STR COLUMN
- ROTARY GEAR SHIFT DIAL
- SPORT BUCKET FRONT SEATS
- TRI-ZONE ELECTRNC TMP CTRL
- USB A(1)/C(1)-1ST/2ND ROWS

**FUNCTIONAL**
- 360-DEGREE CAMERA
- ACTIVE PARK ASSIST 2.0
- B&O SOUND SYSTEM
- CLASS III TRAILER TOW PKG
- FORD CO-PILOT360™ ASSIST+
- FORDPASS™ CONNECT 4GWi-FI HOTSPOT TELEMATICS MODEM
- REMOTE START SYSTEM
- REVERSE SENSING SYSTEM
- SIDE-WIND STABILIZATION
- SPORT-TUNED SUSPENSION
- SYNC®3 W/TOUCHSCR/APPLINK®
- TERRAIN MANAGEMENT SYSTEM
- VOICE ACTIVATED NAVIGATION
- WIRELESS CHARGING PAD

**SAFETY/SECURITY**
- ADVANCETRAC™ WITH RSC®
- AIRBAG-DRIVER/PASS KNEE
- AIRBAGS - DUAL STAGE FRONT
- AIRBAGS - FRONT SEAT MOUNTED SIDE IMPACT
- AIRBAGS - SAFETY CANOPY®
- INDIV TIRE PRESS MONIT SYS
- LATCH CHILD SAFETY SYSTEM
- PERIMETER ALARM
- PERSONAL SAFETY SYSTEM™
- SOS POST-CRASH ALERT SYS™

**WARRANTY**
- 3YR/36,000 BUMPER / BUMPER
- 5YR/60,000 POWERTRAIN
- 5YR/60,000 ROADSIDE ASSIST

| INCLUDED ON THIS VEHICLE | (MSRP) |
|---|---|
| **EQUIPMENT GROUP 401A** | |
| **OPTIONAL EQUIPMENT/OTHER** | |
| P275/45R21 A/S BSW TIRES | |
| CARGO AREA MANAGEMENT SYSTEM | 165.00 |
| 50 STATE EMISSIONS | NO CHARGE |
| 110V/150W AC POWER OUTLET | NO CHARGE |
| PREMIUM TECHNOLOGY PACKAGE | 1,295.00 |
| .14 SPEAKERS | |
| .10.1" LCD PORTRAIT TOUCHSCRN | |
| .MULTICONTOUR FRONT SEATS | |
| ST STREET PACK | 995.00 |
| .PERFORMANCE BRAKES | |
| .21" ALUMINUM WHEELS | |
| ROOF-RACK SIDE RAILS, BLACK | 250.00 |
| FRONT LICENSE PLATE BRACKET | NO CHARGE |

| PRICE INFORMATION | (MSRP) |
|---|---|
| BASE PRICE | $52,830.00 |
| TOTAL OPTIONS/OTHER | 2,705.00 |
| TOTAL VEHICLE & OPTIONS/OTHER | 55,535.00 |
| DESTINATION & DELIVERY | 1,245.00 |

Included with your ST purchase is an experiential performance driving program.
Included with your ST SUV Experience registration:
- 1-day driving experience
- 1 guest experience
- 1-night hotel stay
- Welcome dinner reception for you and a guest
- Breakfast for you and a guest
- Catered lunch
- Exclusive ST SUV Experience participant gifts
- Memories to last a lifetime

For all program details and to register to attend, visit www.stsuvexperience.com or contact the Ford Performance Racing School at 435-27-SPEED (77333).
The complimentary ST SUV Experience is available only to original owners of the new Explorer ST. Eligible participants who purchased and took delivery of a qualifying Explorer ST will have one calendar year from the date of delivery to register for and attend an ST SUV Experience. *(See the program website for participation qualifications and program terms.)*

ST SUV EXPERIENCE

RAMP ONE: CA26
RAMP TWO:
CONVOY
ITEM #: 56-M066 O/T 2

**TOTAL MSRP $56,780.00**

FORD CREDIT — Whether you decide to lease or finance your vehicle, you'll find the choices that are right for you. See your dealer for details or visit www.ford.com/finance.

This label is affixed pursuant to the Federal Automobile Information Disclosure Act. Gasoline, License, and Title Fees, State and Local taxes are not included. Dealer installed options or accessories are not included unless listed above.

MC221 N RB 2X 130 001289 03 22 21

## EPA DOT Fuel Economy and Environment — Gasoline Vehicle

**Fuel Economy**

**20 MPG** combined city/hwy — 18 city — 24 highway

5.0 gallons per 100 miles

Standard SUVs range from 13 to 101 MPG. The best vehicle rates 141 MPGe.

**You spend $2,500** more in fuel costs over 5 years compared to the average new vehicle.

**Annual fuel cost $2,000**

Fuel Economy & Greenhouse Gas Rating (tailpipe only): 4 (scale 1 – 10 Best)

Smog Rating (tailpipe only): 5 (scale 1 – 10 Best)

This vehicle emits 445 grams $CO_2$ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 27 MPG and costs $7,500 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $2.70 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

## GOVERNMENT 5-STAR SAFETY RATINGS

| | | |
|---|---|---|
| **Overall Vehicle Score** | | ★★★★★ |
| Based on the combined ratings of frontal, side and rollover. Should ONLY be compared to other vehicles of similar size and weight. | | |
| **Frontal Crash** | Driver | ★★★★★ |
| | Passenger | ★★★★★ |
| Based on the risk of injury in a frontal impact. Should ONLY be compared to other vehicles of similar size and weight. | | |
| **Side Crash** | Front seat | ★★★★★ |
| | Rear seat | ★★★★★ |
| Based on the risk of injury in a side impact. | | |
| **Rollover** | | ★★★★ |
| Based on the risk of rollover in a single-vehicle crash. | | |

Star ratings range from 1 to 5 stars (★★★★★), with 5 being the highest. Source: National Highway Traffic Safety Administration (NHTSA). www.safercar.gov or 1-888-327-4236

AMERICA'S ★★★★ ALL TIME BEST-SELLING SUV

The FordPass Connect™ modem is active and sending vehicle data (e.g., diagnostics) to Ford. See In-vehicle Settings for connectivity options.

FordPass Connect™ service and FordPass™ App required for certain remote features (see App Terms for more information). Connected service and related feature functionality is subject to compatible AT&T network availability. Evolving technology / cellular networks may affect functionality and availability, or continued provision of some features, prohibiting them from functioning. Message and data rates may apply. See your local Ford website for our privacy policy.

FORD PROTECT®
Insist on Ford Protect! The only extended service plan fully backed by Ford and honored at every Ford dealership in the U.S., Canada and Mexico. See your Ford dealer or visit www.FordOwner.com.

1FM5K8GC5MGB32436

⚠ WARNING: Operating, servicing and maintaining a passenger vehicle, pickup truck, van, or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

SCAN OR TEXT 1FM5K8GC5MGB32436 TO 48028
Msg & Data rates may apply. Text HELP for help
www.ford.com/help/privacy-terms/

05/10/2021

1202103301956

# EXHIBIT 4

**Scottco Blinds Inc**
866 E 3400 N
North Ogden, UT 84414 US
+1 8017109248
tyler@scottcoblinds.com
www.scottcoblinds.com

SCOTTCO BLINDS

# INVOICE

BILL TO
Julie Hotchkiss
691 W. 3000 N.
Pleasant View, UT 84414
United States

INVOICE 1573
DATE 08/31/2020
TERMS Net 30
DUE DATE 09/30/2020

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 12 Qty-Plantations Shutters With Clearview Option | 3,860.00 |
| | 3 Qty-Plantations Shutters With Clearview Option-Basement Windows | 1,114.00 |

BALANCE DUE **$4,974.00**

4262

Scottco Blinds Inc.
RPR 4171

9-1-2020
4,974.00

KBR
ROOFING. SERVICE. SOLUTIONS.

DELUXE FOR BUSINESS 1-800-888-6327

Ref. No: G 782203013

4127

Home DePot

KBR

ROOFING. SERVICE. SOLUTIONS.

1173.87

RPR 4171

4128

9-1-2020

2,093.52

RPR 4171

KBR

ROOFING. SERVICE. SOLUTIONS.

Valley Glass

10/30/2020

4617

4,588.00

KBR

ROOFING. SERVICE. SOLUTIONS.

KBR Zions Bank

DELUXE FOR BUSINESS 1-800-888-6327

4,588.00

Ref. No: G 782203013

J.C. Electric Inc. 10/13/2020 4575

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 10/13/2020 | Bill | 202000477 | 2,142.19 | 2,142.19 | | 2,142.19 |
| | | | | | Check Amount | 2,142.19 |

KBR

ROOFING. SERVICE. SOLUTIONS.

KBR Zions Bank 2,142.19

DELUXE FOR BUSINESS 1-800-888-6327

Ref. No: G 782203013

Best Buy

RPR 4171

4335

KBR

ROOFING. SERVICE. SOLUTIONS.

9-6-2020

11,571.17

# EXHIBIT 5

State of Utah

Rev. 133ED6A

# PROMISSORY NOTE

**$119,245.59**

**Dated: January 26, 2023**

FOR VALUE RECEIVED, the undersigned, Julie Hotchkiss, Casey Hotchkiss, (collectively "Borrower"), hereby promises to pay to the order of Jennifer Kendrick ("Lender"), the principal sum of $119,245.59 (the "Principal Amount") in accordance with the terms set forth below.

**1. Payment.** The Principal Amount together with all other charges, costs and expenses, is due and payable on March 31, 2023.

**2. Security.** Borrower agrees that until the Principal Amount of this Note is paid in full, this Note will be secured by Boat and Vehicle, and Borrower hereby grants to Lender a security interest in and to such property.

**3. Acceleration.** In the event Borrower is more than fifteen (15) days late with a payment, Lender in its sole discretion may demand that the entire balance of the unpaid principal amount of this Note and any accrued and unpaid interest be immediately due and payable in full.

**4. Prepayment.** Borrower has the right to prepay all or any part of the Principal Amount of this Note at any time without prepayment penalty or premium of any kind.

**5. Costs and Fees.** Upon the occurrence of a default by Borrower, Borrower shall pay to Lender all costs of collection, including reasonable attorney's fees.

**6. Waiver.** Borrower and all sureties, guarantors and endorsers hereof, waive presentment, protest and demand, notice of protest, demand and dishonor and nonpayment of this Note.

**7. Assignment.** Borrower may not assign its rights or delegate its duties under this Note without Lender's prior written consent.

**8. Joint and Several Liability.** The obligation of each Borrower under this Note shall be joint and several.

**9. Amendment.** This Note may be amended or modified only by a written agreement signed by Borrower and Lender.

**10. Notifications.** Any notice or communication under this Note must be in writing and either personally delivered, sent by overnight courier service, certified or registered mail, postage prepaid, return receipt requested or by facsimile or electronic email transmission.

**11. Governing Law.** This Note shall be governed by and construed in accordance with the laws of the State of Utah.

**12. Miscellaneous.** This Note will inure to the benefit of and be binding on the respective successors and permitted assigns of Lender and Borrower. Lender shall not be deemed to have waived any provision of this Note or the exercise of any rights held under this Note unless such waiver is made expressly and in writing. Waiver by Lender of a breach or violation of any provision of this Note shall not constitute a waiver of any other subsequent breach or violation.In the event that any of the provisions of this Note are held to be invalid or unenforceable in whole or in part, the remaining provisions shall not be affected and shall continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Note.

IN WITNESS WHEREOF, the undersigned has executed this Note as of the date first stated above.

**SIGNATURES**

DocuSigned by: Julie Hotchkiss
85B2D246F6C14F5...
**Borrower** Signature / **Borrower Representative** Signature

Julie Hotchkiss
**Borrower** Full Name

DocuSigned by: [signature]
AF7553F778DB4B5...
**Borrower** Signature / **Borrower Representative** Signature

Casey Hotchkiss
**Borrower** Full Name

DocuSigned by: Jennifer Kendrick
F2C305DB3B284CE...
**Lender** Signature / **Lender Representative** Signature

Jennifer Kendrick
**Lender** Full Name

Paid April 11, 2023 with cashiers check AFCU

No. 137226201 - $119,245.59

[signature]

# EXHIBIT 6


AMERICA FIRST CREDIT UNION
America First Federal Credit Union
P.O. Box 9199 • Ogden, Utah 84409

THIS DOCUMENT HAS A TRUE WATERMARK AND HOLOGRAM.
ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**Official Check**
Cashier's Check

49-55 / 1031

No. 137226201

Date: 03/30/23
Void After 90 Days

PAY One Hundred Nineteen Thousand Two Hundred Forty-Five Dollars And 59/100 Cents

***$119,245.59***

TO THE ORDER OF JENNIFER KENDRICK

Payable through BOKF, NA EUFAULA, OK

MEMO: CASEY AND JULIE HOTCHKISS

146387 / M 7507952-D

⑈137226201⑈ ⑆103100551⑆01400128476 46⑈

# EXHIBIT 7


7:56
16
Today
7:11 PM
Edit
New iMessage
Cancel
To: Greg, Jenn
Chris from Zions is here. He needs this signed. Am I ok to have Brad sign it?
+1 (801) 430-4600
Just a sec
+1 (801) 430-6060
No On Brad.
Ok 👍
Sorry it hung up
+1 (801) 430-4600
Put it in a folder in Greg's safe please along with his contact info and keep it quiet please
Definitely. I'll put it in there right now.

# EXHIBIT 8

11:06 5G 84

New iMessage Cancel

To: Jenn

Dec 22, 2021 at 9:28 AM

Hi Julie, we are going to have Kylie go deposit the ASD check into Zions this morning please.

Hi Jenn. Ok sounds good. I'll get it ready for her.

Dec 22, 2021 at 11:52 AM

I'm with Reese getting her wisdom teeth out. I can't leave but can Kylie bring me the check in Greg's safe written to Brad and Jeni? Put it in an envelope please. I'm at oral and maxillofacial surgery of Utah. It's in the same parking lot as the Ogden clinic mt view where Dr Eggleston is

I'll run it over. Kylie headed to get lunch and then Harmons.

iMessage

Cash