# Exhibit A

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Request for Immediate Access to KBR Systems and Accounts

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 20, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# Eighth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 10, 2025 at 7:49 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Eleventh Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 1, 2025 at 8:26 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

# Fifteenth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 29, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Fifth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 20, 2025 at 8:10 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

*Thank you,*

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# Formal Notice Regarding Joe Nicholas Marriott Termination

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Tue, Jul 8, 2025 at 9:40 AM
To: Greg Kendrick <greg@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Greg,

As you are aware, Joe Nicholas Marriott was formally notified his termination from Kendrick Bros. Roofing (KBR). You also received notice by certified mail. Effective immediately, Brad Kendrick, as President and 50% owner of KBR, does not recognize Mr. Marriott as an employee of the company.

Brad does not authorize any further payment of salary, wages, bonuses, or commissions to Mr. Marriott. He does not approve the continued use of any company vehicle, credit card, fuel card, phone, insurance coverage, or any other KBR-funded benefit.

Brad does not authorize Mr. Marriott to represent KBR in any capacity, conduct any business on behalf of the company, or engage with clients, vendors, or employees as a company representative.

Brad expects that Mr. Marriott immediately return all company property—both tangible and intangible—including but not limited to vehicles, phones, laptops, devices, credit cards, login credentials, digital access, and administrative control over any KBR-related accounts or platforms.

Brad also expects a full accounting of all KBR funds extended to Mr. Marriott, and repayment in the same time frame that Mr. Marriott previously required of Casey Hotchkiss.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Formal Request for KBR Info

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Tue, Jul 8, 2025 at 9:27 AM
To: Greg Kendrick <greg@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

This is a formal request made on behalf of both Brad Kendrick, President and 50% owner of Kendrick Bros. Roofing (KBR), and me in my capacity as his Executive Assistant.

In order to ensure that company records are accurate, up-to-date, and lawfully accessible, Brad and I are requesting full access to KBR's operational, financial, and internal communication systems. As the only other 50% owner who also acts in an officer capacity, you are in the position to ensure that this information is preserved and provided without delay.

Brad's role as President—and his responsibilities as an equal owner—cannot be carried out without complete access to these materials. The company's ability to maintain lawful financial records, accurate job costing, and proper oversight depends on transparent and timely access. To the extent Brad has been removed from or excluded from key platforms or denied critical information, that exclusion is not consistent with co-ownership, nor with basic standards of corporate governance.

The information requested below is not only necessary for internal operations—it is legally required to ensure fiduciary duties can be met and proper corporate recordkeeping is maintained.

We are requesting the following, to be compiled and sent as soon as possible:

**1. Financial Records and Reports**
All current and historical financial statements (balance sheets, income statements, cash flow statements)
Payroll records for all employees, including salary/wage information and processing history
Company credit card statements, payment records, and all supporting documentation
Detailed expense reports with receipts
Business and payroll tax filings (federal, state, local)
Full banking records for all KBR accounts, including monthly statements and transaction histories
Receivables and payables reports
All current and past loan agreements and payment schedules
Any internal or external audit reports
Business insurance policies (liability, workers' compensation, auto, etc.)
Any other documents relevant to the financial operations of KBR

**2. Employee Records**
A current employee roster with full names, job titles/descriptions, employment status, compensation, and hire dates
Contact information for all employees
Employment history and benefit details
PTO, FMLA, or other scheduled absences
Any disciplinary actions or performance records
Copies of all signed employment contracts or agreements
Drug testing records (where applicable)

**3. Systems and Credentials**
A complete inventory of all platforms, software, and systems used by KBR
Administrative login credentials and permissions for those systems used by KBR (see: Immediate Reinstatement and Administrative Access to KBR Accounts email)

Accounting and payroll platforms
Timesheet platforms
Email and cloud storage platforms
Website and hosting access
All online KBR bank accounts
Office and jobsite security systems

**4. Vehicles, Equipment, and Inventory**
Complete list of all KBR-owned vehicles, including make, model, year, registration, title, current location, and assigned user
Service and maintenance records for each vehicle
Full transaction records for any vehicles no longer owned, including:
Sale or transfer documentation
Titles, bills of sale, receipts, and buyer or recipient details
Dates and method of transfer/payment (cash, check, Venmo, etc.)
Equipment list with serial numbers, locations, assigned users, and maintenance records
Material inventory and current status
Full inventory of KBR-purchased Conex boxes, with contents, current locations, and lock codes/combinations

**5. Communications and Internal Access**
Brad must be fully reinstated into all internal and external communications related to current operations, projects, and clients
This includes email threads, internal group messages, team updates, and all client-facing communications—especially involving The Home Depot, Public Storage, Alpine School District, and any other active or prospective accounts
I must also be included on all such communications in my role as Executive Assistant

**6. Miscellaneous**
All access codes and combinations for KBR-owned property and equipment (excluding your (Greg Kendrick's) personal office)
A copy of the KBR office mail key
Copies of all files or records digitized by you, Bylb, Cori, or any other KBR employee

Please confirm receipt of this request and provide a timeline for when the full documentation and access credentials will be delivered. This request is made in accordance with Brad's legal rights as a 50% owner and officer of the company, and in support of his role as President of KBR.

Hilary Kendrick

--

Thank you,


**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

## Fourteenth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 22, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

**Fourth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)**

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Sat, Oct 18, 2025 at 7:35 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

*Thank you,*

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Immediate Reinstatement and Administrative Access to KBR Accounts

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Tue, Jul 8, 2025 at 9:13 AM
To: Greg Kendrick <greg@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

This is a formal request made on behalf of Brad Kendrick, President and 50% owner of Kendrick Bros. Roofing (KBR), and me as his executive assistant.

Brad must be immediately reinstated with full administrative access to **all** KBR digital and financial platforms, including but not limited to Zions Bank, QuickBooks, Google Workspace and other, CompanyCam, ServiceChannel, Starlink, Dataforma, and AT&T. I must also be granted active, working access to all systems necessary to carry out my job duties under his direction.

It has come to our attention that you have made yourself or Jennifer Kendrick (your wife) the administrator on several of these accounts, and that Brad has been removed or blocked—either directly by you or under your direction. That is not consistent with a 50/50 ownership structure, nor is it appropriate from a legal or operational standpoint.

There is no valid basis for withholding administrative access. Brad's ability to oversee financial activity, project billing, and company communications is necessary for accurate reporting, lawful operations, and company accountability. Your recent concerns about misuse of funds, inaccurate billing, or credit card activity can all be resolved with equal and open access.

Please confirm who will be facilitating this reinstatement and when credentials will be delivered.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

## Ninth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 17, 2025 at 8:34 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## Request for Immediate Access to KBR Systems and Accounts (10/27/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 27, 2025 at 8:08 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# Request for Immediate Access to KBR Systems and Accounts (11/03/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 3, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Request for Immediate Access to KBR Systems and Accounts (11/10/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 10, 2025 at 8:05 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

## Request for Immediate Access to KBR Systems and Accounts (11/17/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 17, 2025 at 9:46 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## Request for Immediate Access to KBR Systems and Accounts (11/24/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 24, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Request for Immediate Access to KBR Systems and Accounts (12/01/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 1, 2025 at 9:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

**Request for Immediate Access to KBR Systems and Accounts (12/08/2025)**

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 8, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# Request for Immediate Access to KBR Systems and Accounts (12/15/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 15, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## Request for Immediate Access to KBR Systems and Accounts (12/22/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 22, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## Request for Immediate Access to KBR Systems and Accounts (12/28/2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 29, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer Kendrick,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Request for Immediate Access to KBR Systems and Accounts

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 13, 2025 at 9:56 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory and Jennifer,

**I am once again requesting immediate reinstatement and/or access to all KBR accounts, systems, records, and platforms. I also request to be reinstated and involved in all KBR-related communications.**

As Executive Assistant to the President, it is difficult to perform my responsibilities or support company operations without full access to KBR information and systems. The ongoing exclusion is unreasonable and continues to prevent me from doing my job effectively.
Please confirm once full access has been restored.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Second Demand for Immediate Disclosure of KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 6, 2025 at 7:55 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR, and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of KBR bank accounts.**

This email serves as a formal record of demand.

Hilary Kendrick

--

*Thank you,*

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## Sixth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 27, 2025 at 8:05 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Tenth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 24, 2025 at 6:52 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

*Thank you,*

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

---

## Third Demand for Immediate Disclosure of KBR Bank Account(s)

1 message

---

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 13, 2025 at 7:02 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR, and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of KBR bank accounts.**

This email serves as a formal record of demand.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Thirteenth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 15, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--
Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Twelfth Demand for Immediate Disclosure of and Access to KBR Bank Account(s)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 8, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am once again demanding **immediate disclosure of all KBR bank accounts and Brad Kendrick's full access.**

This email serves as a formal record of demand.

Hilary Kendrick

--

*Thank you,*

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT DEMAND: Immediate Disclosure of KBR Bank Accounts

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Sep 29, 2025 at 7:43 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

On behalf of Brad Kendrick, President of KBR, and 50% shareholder of the company, and in my own capacity as his Executive Assistant, I am demanding **immediate disclosure of KBR bank accounts.**

It has come to my attention that you have opened new bank account(s) for KBR and have excluded Brad Kendrick, 50% owner and the company's president, from all access and information regarding these accounts. Please provide Brad with a full disclosure of all KBR accounts immediately, including account numbers, financial institutions, authorized signatories, current balances, and access to, as well as equal control of, the accounts.

Unilateral control of corporate funds, without inclusion of the president and equal shareholder, is inconsistent with fiduciary obligations and is materially harmful to the company and its employees.

This email serves as a formal record of demand.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# Formal Notice of Unpaid Wages and Delinquent KBR Credit Card

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Jul 7, 2025 at 9:13 AM
To: Greg Kendrick <greg@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

As of July 7, 2025, I have not been paid for 49 consecutive days of work. This now includes three full missed pay periods—with paydays that should have occurred on May 29, 2025; June 12, 2025; and June 26, 2025. This totals **$17,280.00** in unpaid wages.

My KBR business credit card has still not been paid, resulting in more declined charges and continued disruption of my ability to perform basic work duties. As a result, I have been forced to use my own personal funds to cover KBR-related costs, which is entirely unreasonable, especially given that I am not being paid. By the way, I expect full reimbursement for these expenses.

I’ve continued working in good faith while paychecks and operational tools have been withheld, with no communication, no updates, and no resolution.

I've raised these issues with Jennifer Kendrick (your wife), someone who apparently works under your direction and has inserted herself deep into KBR finances, and received no response or resolution. Since you seem to be directing KBR's finances at this time, I expect an immediate resolution of all outstanding wages and full reinstatement of my KBR credit card.

P.S. For the record, please refrain from filming me while I’m working or doing anything on our property, erratically driving and stopping your truck in close proximity, or making unsettling gestures through windows. In fact, I do not consent to being filmed or photographed in any way by you or any of your associates, including by phone, camera, security systems, trail cams, etc. This harassing behavior is inappropriate, disturbing, and concerning in any context—especially given our family and professional relationship—and I’m documenting it here so there’s no misunderstanding moving forward.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## HR Contact Info Request

1 message

**Hilary Kendrick** <hilary.kbrroofing@gmail.com> Wed, Feb 4, 2026 at 1:04 PM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: "Bradshaw, Lyndon" <lyndon.bradshaw@dentons.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

Please provide the name and contact information for KBR's hired HR representative immediately. I need to address several ongoing and unresolved issues regarding my employment at KBR that require prompt attention.

Hilary Kendrick

--
*Thank you,*


***HILARY KENDRICK***

*hilary@kbrroofing.com*

KBR
ROOFING. SERVICE. SOLUTIONS.

*1871 N. Rulon White Blvd.*
*Ogden, UT 84404*

*801.618.7500* *801.731.2000* *kbrroofing.com*

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# Ongoing Unresolved Employment Issues 2

1 message

**Hilary Kendrick** <hilary.kbrroofing@gmail.com> Mon, Feb 2, 2026 at 9:16 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>, Cori Holma <cori@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of the date of this message, I remain unpaid for months of work performed for KBR. Despite repeated written requests, these wages have not been issued, and the matter remains unresolved.

I also continue to lack a functioning company-issued credit card and have been required to personally cover KBR-related expenses. I am requesting reimbursement of those business expenses and confirmation regarding the process for submitting my accounting records.
In addition, my health insurance and related benefits through KBR have lapsed, despite my authorization for coverage. I am requesting immediate reinstatement of coverage, confirmation once completed, and reimbursement for medical expenses incurred during the lapse.

I further note that I do not have access to key KBR accounts, systems, records, or platforms, nor am I included in KBR-related communications. As Executive Assistant to the President, this ongoing exclusion prevents me from performing my responsibilities and supporting company operations. I am requesting full access to company systems and inclusion in all relevant communications on behalf of myself and Brad Kendrick.

**As reflected by this message, I am currently communicating from a new email address because my KBR email account is unavailable. My KBR email account was disabled by the Google Workspace administrator on January 28, 2026. From an operational standpoint, this interferes with my ability to communicate with employees, clients, third parties, etc., and disrupts required business and safety communications. From an evidentiary standpoint, the loss of access to a company email account raises serious concerns regarding preservation of business records and communications maintained in the ordinary course and in the context of the ongoing lawsuit. I am requesting immediate restoration of my KBR email account/access and confirmation that all contents, metadata, and logs associated with that account have been preserved.**

Finally, on behalf of Brad Kendrick, President and 50% shareholder of KBR, I continue to request disclosure of all KBR bank accounts and confirmation of Brad Kendrick's full access to those accounts.

I continue to perform my duties to the best of my ability considering the restraints and remain available to resolve these matters promptly. Please confirm receipt of this email. And please confirm when these issues have been addressed.

This email also serves as a record of the ongoing status of these matters.
Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# Ongoing Unresolved Employment Issues

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Jan 5, 2026 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>, Cori Holma <cori@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of the date of this message, I remain unpaid for months of work performed for KBR. Despite repeated written requests, these wages have not been issued, and the matter remains unresolved.

I also continue to lack a functioning company-issued credit card and have been required to personally cover KBR-related expenses. I am requesting reimbursement of those business expenses and confirmation regarding the process for submitting my accounting records.

In addition, my health insurance and related benefits through KBR have lapsed, despite my authorization for coverage. I am requesting immediate reinstatement of coverage, confirmation once completed, and reimbursement for medical expenses incurred during the lapse.

I further note that I do not have access to key KBR accounts, systems, records, or platforms, nor am I included in KBR-related communications. As Executive Assistant to the President, this ongoing exclusion prevents me from performing my responsibilities and supporting company operations. I am requesting full access to company systems and inclusion in all relevant communications on behalf of myself and Brad Kendrick.

Finally, on behalf of Brad Kendrick, President and 50% shareholder of KBR, I continue to request disclosure of all KBR bank accounts and confirmation of Brad Kendrick’s full access to those accounts.

I continue to perform my duties and remain available to resolve these matters promptly. Please confirm when these issues have been addressed.

This email also serves as a record of the ongoing status of these matters.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

---

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## Second Formal Notice of Unpaid Wages (56 days) and Unpaid KBR Credit Card

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Jul 14, 2025 at 9:17 AM
To: Greg Kendrick <greg@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick,

As of July 14, 2025, I have not been paid for 56 consecutive days of work. This now includes four full missed pay periods—with paydays that should have occurred on May 29, June 12, June 26, and July 10, 2025. This totals $23,040.00 in unpaid wages.

My KBR credit card still hasn't been paid, and I've had to cover job expenses out of pocket. That's unacceptable—especially given I'm not being paid at all. I expect full reimbursement.

I've received no communication from you or Jennifer Kendrick (your wife). You two continue to control access to KBR funds. If you are in charge of finances, you need to resolve this now.

I expect immediate payment of all wages owed and full reinstatement of my KBR credit card.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT 2: Continued Noncompliance

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Tue, Jun 24, 2025 at 1:29 PM
To: Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Bcc: hilarykendrick745@gmail.com

Jennifer Kendrick,

I've received no response to my previous email, nor have any of the issues I raised been corrected.

Your continued silence and inaction are indefensible. You have inserted yourself into KBR's financial operations, yet failed to fulfill basic payroll obligations. I've made it explicitly clear what is owed to me and what is required to perform my job. Instead of resolution, I've received nothing.

My wages remain unlawfully withheld, and your interference continues to harm both me and the company.

**I expect immediate payment for the two missing payroll periods and full reinstatement of my credit card without further delay.**

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: 3 Full Months Unpaid Wages + Unpaid KBR Credit Card (August 4, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Aug 11, 2025 at 9:20 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of August 11, 2025, I have not been paid for three full months of work performed for KBR. This now includes six consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, and August 7, 2025.

Based on my annual salary of $149,760.00, this amounts to $34,560 in unpaid wages to date.

In addition, my company-issued KBR credit card remains unpaid. As a result, I have been forced to cover business-related expenses personally throughout this same period. I am now demanding full reimbursement of those out-of-pocket costs. Please let me know when you are ready to receive my accounting records.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages and business reimbursements.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

---

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: 6 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (November 10, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 10, 2025 at 7:38 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of November 10, 2025, I have not been paid for over six months of work performed for KBR. This now includes **12 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, October 2, October 16, and October 30, 2025.

Based on my annual salary of $149,760.00, this amounts to **$69,120.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: 70 Days Unpaid Wages + Unpaid KBR Credit Card (July 28, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Jul 28, 2025 at 9:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>, "hwjr71@gmail.com" <hwjr71@gmail.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of July 28, 2025, I have not been paid for 70 consecutive days of work performed for KBR. This now includes five full missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, and July 24, 2025. Based on my annual salary of $149,760.00, this amounts to $33,600.00 in unpaid wages to date.

Additionally, my company-issued KBR credit card remains unpaid. I have continued covering business-related expenses personally during this time. I am again demanding full reimbursement of those out-of-pocket costs. Please let me know when you are ready to receive my accounting records.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all wages owed to me, settlement of my KBR credit card, and full reimbursement of any business expenses incurred due to the failure to maintain that account. Continued nonpayment places you in violation of both state and federal labor laws.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Nearly 3 Months Unpaid Wages + Unpaid KBR Credit Card (August 4, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Aug 4, 2025 at 10:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of August 4, 2025, I have not been paid for nearly 3 consecutive months of work performed for KBR. This now includes five full missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, and July 24, 2025. Based on my annual salary of $149,760.00, this amounts to $33,600.00 in unpaid wages to date.

Additionally, my company-issued KBR credit card remains unpaid. As a result, I have been forced to cover business-related expenses personally during this same period. I am now demanding full reimbursement of those out-of-pocket costs. Please let me know when you are ready to receive my accounting records.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages and business reimbursements.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 3 Full Months Unpaid Wages + No KBR Credit Card + No Insurance (September 1, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Sep 1, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of September 1, 2025, Labor Day, fittingly enough, I have not been paid for over three months of work performed for KBR. This now includes six consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, and August 21*, 2025.

Based on my annual salary of $149,760.00, this amounts to **$40,320.00** in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that I no longer have health insurance coverage through the company. Brad Kendrick, President of KBR, has authorized me to receive coverage. Given that I am his daughter, an employee of the company, and expressly entitled to coverage under his authorization, there is no reasonable explanation for this lapse in coverage. I have also discovered that one or both of you are the contacts for KBR's insurance plan(s). So this matter is directed to you. I expect this policy to be reinstated immediately, both for business reasons and for my personal protection. Please let me know when this urgent matter has been sorted out.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, a functioning company credit card, and reinstated insurance under the KBR plan.

It should not be lost on either of you that this demand comes on Labor Day, a holiday meant to honor fair wages and the dignity of work. The irony speaks for itself. The treatment I have received from the company my father built, and where I have worked most of my life, is outrageous and indefensible. You will be held accountable, as you currently claim to exercise control over all KBR funds and accounts.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

---

# URGENT: Over 3 Full Months Unpaid Wages + No KBR Credit Card + No Insurance (September 8, 2025)

1 message

---

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Sep 8, 2025 at 9:16 AM
To: Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>, Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of September 8, 2025, I have not been paid for over three months of work performed for KBR. This now includes eight consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, and September 4, 2025.

Based on my annual salary of $149,760.00, this amounts to **$46,080.00** in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

---

# URGENT: Over 3 Full Months Unpaid Wages + Unpaid KBR Credit Card (August 18, 2025)

1 message

---

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Aug 18, 2025 at 9:15 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of August 18, 2025, I have not been paid for over three months of work performed for KBR. This now includes six consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, and August 7, 2025.

Based on my annual salary of $149,760.00, this amounts to $34,560 in unpaid wages to date.

In addition, my company-issued KBR credit card remains unpaid. As a result, I have been forced to cover business-related expenses personally throughout this same period. I am now demanding full reimbursement of those out-of-pocket costs. Please let me know when you are ready to receive my accounting records.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages and business reimbursements.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 3 Full Months Unpaid Wages + Unpaid KBR Credit Card (August 25, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Aug 25, 2025 at 9:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of August 18, 2025, I have not been paid for over three months of work performed for KBR. This now includes six consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, and August 24, 2025.

Based on my annual salary of $149,760.00, this amounts to **$40,320.00**in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Please let me know when you are ready to receive my accounting records.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, and a functioning company credit card.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

---

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

---

**URGENT: Over 4 Full Months Unpaid Wages + No KBR Credit Card + No Insurance (October 6, 2025)**

1 message

---

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 6, 2025 at 7:48 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of October 6, 2025, I have not been paid for over four months of work performed for KBR. This now includes **10 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, and October 2, 2025.

Based on my annual salary of $149,760.00, this amounts to **$57,600.00** in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, a functioning company credit card, and reinstated insurance.

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

## URGENT: Over 4 Full Months Unpaid Wages + No KBR Credit Card + No Insurance (September 15, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Sep 15, 2025 at 9:12 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of September 8, 2025, I have not been paid for over three months of work performed for KBR. This now includes eight consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, and September 4, 2025.

Based on my annual salary of $149,760.00, this amounts to $46,080.00 in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

---

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

# URGENT: Over 4 Full Months Unpaid Wages + No KBR Credit Card + No Insurance (September 22, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Sep 22, 2025 at 9:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of September 22, 2025, I have not been paid for over three months of work performed for KBR. This now includes nine consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, and September 18, 2025.

Based on my annual salary of $149,760.00, this amounts to **$51,840.00** in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

## URGENT: Over 4 Full Months Unpaid Wages + No KBR Credit Card + No Insurance (September 29, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Sep 29, 2025 at 7:58 AM
To: Greg Kendrick <greg@kbrroofing.com>, Jenn Kendrick <jenn@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of September 29, 2025, I have not been paid for over three months of work performed for KBR. This now includes nine consecutive missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, and September 18, 2025.

Based on my annual salary of $149,760.00, this amounts to **$51,840.00** in unpaid wages to date.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a full reimbursement of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you both maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as yet another formal demand for the immediate payment of all outstanding wages, business reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 5 Full Months Unpaid Wages + Backpay owed + No KBR Credit Card + No Insurance (October 13, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 13, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, Jenn Kendrick <jenn@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of October 13, 2025, I have not been paid for over five months of work performed for KBR. This now includes **10 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, and October 2, 2025.

Based on my annual salary of $149,760.00, this amounts to $57,600.00 in unpaid wages to date. In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed, including **$57,600.00** in unpaid salary and **$34,560.00** in additional backpay owed under Utah law for your continued failure to issue payment after repeated written demands, for a total of **$92,160.00** currently due.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, backpay, business and medical reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 5 Full Months Unpaid Wages + Backpay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (November 3, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 3, 2025 at 7:56 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of November 3, 2025, I have not been paid for over five months of work performed for KBR. This now includes **12 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, October 2, October 16, and October 30, 2025.

Based on my annual salary of $149,760.00, this amounts to $63,360.00 in unpaid wages to date. In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed, including **$69,120.00** in unpaid salary and **$34,560.00** in additional backpay owed under Utah law for your continued failure to issue payment after repeated written demands, for a total of **$103,680.00** currently due.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, backpay, business and medical reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

---

**URGENT: Over 5 Full Months Unpaid Wages + Backpay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (October 20, 2025)**

1 message

---

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 20, 2025 at 8:05 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of October 20, 2025, I have not been paid for over five months of work performed for KBR. This now includes **11 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, October 2, and October 16, 2025.

Based on my annual salary of $149,760.00, this amounts to $63,360.00 in unpaid wages to date. In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed, including **$63,360.00** in unpaid salary and **$34,560.00** in additional backpay owed under Utah law for your continued failure to issue payment after repeated written demands, for a total of **$97,920.00** currently due.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, backpay, business and medical reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 5 Full Months Unpaid Wages + Backpay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (October 27, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Oct 27, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of October 27, 2025, I have not been paid for over five months of work performed for KBR. This now includes **11 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, October 2, and October 16, 2025.

Based on my annual salary of $149,760.00, this amounts to $63,360.00 in unpaid wages to date. In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed, including **$63,360.00** in unpaid salary and **$34,560.00** in additional backpay owed under Utah law for your continued failure to issue payment after repeated written demands, for a total of **$97,920.00** currently due.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. Since you are the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, backpay, business and medical reimbursements, a functioning company credit card, and reinstated insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

**URGENT: Over 6 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (December 1, 2025)**

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 1, 2025 at 7:40 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of December 1, 2025, I have not been paid for over six months of work performed for KBR. This now includes **14 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, October 2, October 16, October 30, November 13, and November 27, 2025.

Based on my annual salary of $149,760.00, this amounts to **$80,640.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

**URGENT: Over 6 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (December 8, 2025)**

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 8, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of December 8, 2025, I have not been paid for over six months of work performed for KBR. This now includes **14 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, October 2, October 16, October 30, November 13, and November 27, 2025.

Based on my annual salary of $149,760.00, this amounts to **$80,640.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect **full payment of all back wages** owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 6 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (November 17, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 17, 2025 at 7:43 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of November 17, 2025, I have not been paid for over six months of work performed for KBR. This now includes **13 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, October 2, October 16, October 30, and November 13, 2025.

Based on my annual salary of $149,760.00, this amounts to **$74,880.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 6 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (November 24, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Nov 24, 2025 at 7:44 AM
To: Greg Kendrick <greg@kbrroofing.com>, Bylbee <bylbee@gmail.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of November 24, 2025, I have not been paid for over six months of work performed for KBR. This now includes **13 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, 2025, October 2, October 16, October 30, and November 13, 2025.

Based on my annual salary of $149,760.00, this amounts to **$74,880.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect full payment of all back wages owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

---

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

**URGENT: Over 7 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (December 15, 2025)**

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 15, 2025 at 7:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of December 15, 2025, I have not been paid for over six months of work performed for KBR. This now includes **15 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, October 2, October 16, October 30, November 13, November 27, and December 11, 2025.

Based on my annual salary of $149,760.00, this amounts to **$86,400.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect **full payment of all back wages** owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

**URGENT: Over 7 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (December 22, 2025)**

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 22, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of December 22, 2025, I have not been paid for over six months of work performed for KBR. This now includes **15 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, October 2, October 16, October 30, November 13, November 27, and December 11, 2025.

Based on my annual salary of $149,760.00, this amounts to **$86,400.00** in unpaid wages to date.

In light of the prolonged nonpayment and the hardship this has caused, I now expect **full payment of all back wages** owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

**HILARY KENDRICK**

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

# URGENT: Over 7 Full Months Unpaid Wages + Back pay Owed + Reimbursements Owed + No KBR Credit Card + No Insurance (December 28, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Dec 29, 2025 at 8:00 AM
To: Greg Kendrick <greg@kbrroofing.com>, hwjr71@gmail.com, Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Cc: Brad Kendrick <brad@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of December 28, 2025, I have not been paid for over six months of work performed for KBR. This now includes **16 consecutive missed pay periods**, with paydays that should have occurred on May 29, June 12, June 26, July 10, July 24, August 7, August 21, September 4, September 18, October 2, October 16, October 30, November 13, November 27, December 11, and December 25, 2025.

Based on my annual salary of $149,760.00, this amounts to at least **$92,160.00** in unpaid wages to date (not including bonuses).

In light of the prolonged nonpayment and the hardship this has caused, I now expect **full payment of all back wages** owed under Utah law, as your continued failure to issue payment despite repeated written demands.

In addition, I expect a current, functioning company-issued credit card to cover KBR-related expenses. I have been forced to cover business-related expenses personally throughout this same period. I demand a **full reimbursement** of those out-of-pocket costs. Confirm when you are ready to receive my accounting records and reimburse me.

It has also come to my attention that my health insurance and other coverage through KBR have lapsed. As an employee authorized for coverage by Brad Kendrick, President of KBR, this lapse is unjustified. As the apparent contacts for the company's plan(s), I am directing this to you. I expect coverage to be reinstated immediately and confirmation provided without delay. I expect a **full reimbursement** for the medical costs I have incurred during this time. Confirm when you are ready to receive my accounting records and reimburse me.

To date, I have received no communication, no explanation, and no resolution from either of you. **As you maintain exclusive control over KBR's financial accounts and payroll, I am holding you directly responsible for these ongoing violations. Your refusal to use that control to pay employees is causing personal hardship, disrupting company operations, and harming those who rely on their wages and benefits, myself included.**

This message serves as a formal demand for the immediate payment of all outstanding wages, back pay, business and medical reimbursements, a functioning company credit card, and reinstatement of insurance.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail Hilary Kendrick <hilarykendrick745@gmail.com>

## URGENT: Payroll and Credit Card Interference – Immediate Correction Required

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Jun 23, 2025 at 9:05 AM
To: Bylbee <bylbee@gmail.com>, Jenn Kendrick <jenn@kbrroofing.com>
Bcc: hilarykendrick745@gmail.com

Jennifer Kendrick,

I've just been informed of Cori's recent personal tragic circumstance, and out of respect for that, I'll now be directing payroll matters to you.

That said, I will state plainly: to my understanding, you are not an owner of KBR, and you hold no formal title. Yet I now understand that you have inserted yourself deeply into the company's finances, frequently withdrawing funds, meddling in transactions, and exerting control over an account for which you have no legitimate authority to manage. Since you've represented yourself a decision-maker when it comes to KBR's money, you can be held accountable for what follows.

I have not been paid for the pay periods of May 12–25 or May 26–June 8. That's two full payroll cycles—**$11,520.00** gross—now overdue. My salary adjustment to $149,760 annually was formally authorized by the President. There's been no communication, no correction, and no attempt to pay me. I continue to perform my job while you and Greg, with full access to the company account, refuse to release the pay I've already earned, as if my work and time are somehow optional expenses.

Additionally, my KBR-issued credit card is still being declined for business-related subscriptions, fuel, flights, hotels, rentals, and materials—critical expenses necessary to do my job. This is not only inefficient but actively obstructive to operations. Cori's last communication offered no real resolution: after canceling autopay and being asked to settle the balance fully, she made a token $250 payment, only to let the card default again. My card continues to be declined, and I cannot effectively perform my responsibilities while these issues are ignored.

The fact that I remain unpaid while others are not, especially in light of Greg's prior statements, raises serious concerns. If this conduct is influenced by gender or family association, it crosses the line into unlawful discrimination. I understand members of my family are in litigation with you and Greg. I am not. I am an employee. That you and Greg—who appear to be jointly controlling the KBR Zions account—have withheld my wages and frozen essential business tools is completely unacceptable and appears to be retaliatory in nature.

I expect payment in full, and my credit card to be brought current immediately.

Sincerely,

Hilary Kendrick

--

Thank you,


HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

Gmail

Hilary Kendrick <hilarykendrick745@gmail.com>

## URGENT: Unpaid Wages (63 days) + Unpaid KBR Credit Card (July 21, 2025)

1 message

**Hilary Kendrick** <hilary@kbrroofing.com> Mon, Jul 21, 2025 at 9:11 AM
To: Greg Kendrick <greg@kbrroofing.com>, Jenn Kendrick <jenn@kbrroofing.com>, Bylbee <bylbee@gmail.com>, "hwjr71@gmail.com" <hwjr71@gmail.com>
Bcc: hilarykendrick745@gmail.com

Gregory Kendrick and Jennifer Kendrick,

As of July 21, 2025, I have not been paid for 63 consecutive days of work performed for KBR. This includes four full missed pay periods, with paydays that should have occurred on May 29, June 12, June 26, and July 10, 2025. Based on my annual salary of $149,760.00, this amounts to $28,800.00 in unpaid wages to date.

Additionally, my company-issued KBR credit card has not been paid. As a result, I have been forced to cover business-related expenses personally during this same period. I am now demanding full reimbursement of those out-of-pocket costs. Please let me know when you are ready to receive my accounting records.

To date, I have received no communication, no explanation, and no resolution from either of you. As you both currently claim to exercise control over access to KBR's financial accounts and payroll, I am holding you responsible for these ongoing violations.

This message serves as yet another formal demand for the immediate payment of all wages owed to me, settlement of my KBR credit card, and full reimbursement of any business expenses incurred due to the failure to maintain my company credit card. Continued nonpayment places you in violation of both state and federal labor laws.

Hilary Kendrick

--

Thank you,

HILARY KENDRICK

hilary@kbrroofing.com

KBR
ROOFING. SERVICE. SOLUTIONS.

1871 N. Rulon White Blvd.
Ogden, UT 84404

801.618.7500 801.731.2000 kbrroofing.com

# Exhibit B

Ethan Kendrick

| | |
|---|---|
| 8/21/25 | 6992.88 |
| 9/4/25 | 5516.91 |
| 9/4/25 | 4506.25 |
| 9/10/25 | 25738 |
| 9/18/25 | 7685.6 |
| 9/25/25 | 8342.19 |
| 10/2/25 | 7339.51 |
| 10/16/25 | 7836.84 |
| 10/30/25 | 7538.26 |
| 10/30/25 | 557.45 NOT PAYROLL |
| 11/13/25 | 9613.65 |
| 11/20/25 | 14832.02 |
| 11/25/25 | 11482.87 |
| 12/4/25 | 15094.4 |
| 12/11/25 | 9666.83 |
| 12/16/25 | 976.5 |
| 12/18/25 | 13358.34 |
| 12/23/25 | 15158.94 |
| 12/24/25 | 922.06 |
| 1/8/26 | 12349.51 |
| 1/15/26 | 27079.45 |
| 1/22/26 | 9927.29 |
| 1/27/26 | 23087.5 |
| 2/5/26 | 12,176.57 |
| 2/5/26 | 9,656.54 |
| | 267436.36 |

123 285.66
payroll

144,150.70
BONUS

751.707%
INCREASED

ZACH HANSEN

| | |
|---|---|
| 7/18/25 | 2283.25 |
| 8/14/25 | 6495.31 |
| 8/21/25 | 4553.66 |
| 8/21/25 | 4034.99 |
| 8/28/25 | 9223.72 |
| 9/4/25 | 5052.5 |
| 9/4/25 | 954.67 |
| 9/12/25 | 2558.1 |
| 9/18/25 | 4766.42 |
| 9/18/25 | 7599.01 |
| 9/25/25 | 1298.16 |
| 10/2/25 | 5099.52 |
| 10/2/25 | 4405.64 |
| 10/9/25 | 4755.21 |
| 10/16/25 | 5622.6 |
| 10/26/25 | 1151.67 |
| 10/23/25 | 2111.89 |
| 10/30/25 | 5522.24 |
| 10/30/25 | 1978.54 |
| 11/6/25 | 7840.54 |
| 11/7/25 | 10266 |
| 11/13/25 | 5094.98 |
| 11/13/25 | 315 |
| 11/20/25 | 2035.38 |
| 11/25/25 | 4749.26 |
| 12/2/25 | 10826.09 |
| 12/4/25 | 13996.33 |
| 12/11/25 | 4859.49 |
| 12/11/25 | 5515.2 |
| 12/16/25 | 591.3 |
| 12/18/25 | 7899.13 |
| 12/23/25 | 7149.83 |
| 12/24/25 | 224.67 |
| 12/31/25 | 1236.14 |
| 1/8/26 | 3637.12 |
| 1/8/26 | 5113 |
| 1/22/26 | 6388.53 |
| 1/22/26 | 5295.19 |
| 1/27/26 | 15932.5 |
| 1/29/26 | 637.67 |
| 2/5/26 | 8097.55 |
| 2/5/26 | 1750.76 |
| 2/12/26 | 31.67 |
| | 208950.43 |

70,075.03 - payroll
138875.40 - BONUS

497. % INCREASE

Corina Holma

| | |
|---|---|
| 8/21/25 | 5937.71 |
| 9/4/25 | 7342.25 |
| 9/18/25 | 7180.28 |
| 10/2/25 | 7324.35 |
| 10/26/25 | 7219.65 |
| 10/30/25 | 7605.24 |
| 11/13/25 | 6642.74 |
| 11/25/25 | 6664.78 |
| 12/11/25 | 6072.54 |
| 12/16/26 | 1472.66 |
| 12/23/25 | 10536.72 |
| 1/8/26 | 7002.62 |
| 1/22/26 | 6575.02 |
| | 87576.56 |

136.75% INCREASE

Zach Clawson

| | |
|---|---|
| 8/21/25 | 3824.08 |
| 9/4/25 | 4337.39 |
| 9/18/25 | 4004.2 |
| 10/2/25 | 4312.38 |
| 10/16/25 | 4526.37 |
| 10/30/25 | 5219.87 |
| 11/13/25 | 4964.34 |
| 11/25/25 | 5283.48 |
| 12/11/25 | 3123.06 |
| 12/16/25 | 646.45 |
| 12/23/25 | 4766.14 |
| 1/8/26 | 3616.56 |
| 1/22/26 | 6043.05 |
| 1/27/26 | 15932.5 |
| 2/5/26 | 6411.95 |
| | 77011.82 |

100.029%

Increase

JC

LEVI WINGER

| | |
|---|---|
| 8/21/25 | 5105.64 |
| 8/21/25 | 186.06 |
| 9/4/25 | 4885.54 |
| 9/18/25 | 4757.45 |
| 9/25/25 | 82.51 |
| 10/2/25 | 6322.4 |
| 10/16/25 | 4496.64 |
| 10/30/25 | 5081.25 |
| 11/4/25 | 1026.43 |
| 11/10/25 | 589.28 |
| 11/13/25 | 8155.25 |
| 11/13/25 | 1853.16 |
| 11/25/25 | 4847.49 |
| 12/11/25 | 3422.45 |
| 12/16/25 | 1342.25 |
| 12/23/25 | 9408.54 |
| 1/8/26 | 2489.09 |
| 1/8/26 | 134.6 |
| 1/22/26 | 4279.56 |
| 1/27/26 | 16221.5 |
| 2/5/26 | 8397.8 |
| 2/12/26 | 22730.45 |
| | 115815.34 |

93.035%

Increase

JOE NICK MARRIOTT

| | |
|---|---|
| 8/14/25 | 4581.99 |
| 8/21/25 | 7656.42 |
| 9/4/25 | 7656.42 |
| 9/18/25 | 7656.41 |
| 10/2/25 | 7656.42 |
| 10/16/25 | 7656.42 |
| 10/30/25 | 7656.41 |
| 11/13/25 | 7656.43 |
| 11/25/25 | 7656.42 |
| 12/11/25 | 7656.41 |
| 12/16/25 | 1145.8 |
| 12/19/25 | 929.69 |
| 12/23/25 | 7656.42 |
| 1/8/26 | 7180.81 |
| 1/22/26 | 7180.79 |
| 2/5/26 | 7180.81 |
| 2/5/25 | 469.5 |
| | 105233.57 |

7.93% INcrease

Robert C Hill and Chad Hill Reimbursments

| | |
|---|---|
| * 7/18/25 | 409.08 |
| * 8/14/25 | 336.96 |
| * 8/15/25 | 282.15 |
| 8/21/25 | 4534.66 |
| * 8/21/25 | 489.76 |
| 9/4/25 | 4623.86 |
| 9/18/25 | 4956.75 |
| * 9/18/25 | 2317.14 |
| * 9/25/25 | 106.18 |
| 10/2/25 | 4956.75 |
| 10/16/25 | 4956.75 |
| 10/30/25 | 5063.83 |
| 11/13/25 | 4895.48 |
| 11/25/25 | 4895.47 |
| * 11/26/25 | 200 |
| 12/11/25 | 4945.48 |
| * 12/16/25 | 1815.3 |
| * 12/18/25 | 9724 |
| * 12/18/25 | 407.99 |
| 12/23/25 | 5487.77 |
| * 12/31/25 | 1712.28 |
| 1/8/26 | 5100.08 |
| 1/22/26 | 5940.07 |
| 2/5/26 | 5810.08 |
| 1-22-26 R | 3205.16 |
| 1-27-26 R | 3205.16 |
| 1-29-26 R | 1554.54 |
| | 91932.73 |

5.06 %

crease

Robert C Hill and Chad Hill Reimbursments

| | |
|---|---|
| * 7/18/25 | 409.08 |
| * 8/14/25 | 336.96 |
| * 8/15/25 | 282.15 |
| 8/21/25 | 4534.66 |
| * 8/21/25 | 489.76 |
| 9/4/25 | 4623.86 |
| 9/18/25 | 4956.75 |
| * 9/18/25 | 2317.14 |
| * 9/25/25 | 106.18 |
| 10/2/25 | 4956.75 |
| 10/16/25 | 4956.75 |
| 10/30/25 | 5063.83 |
| 11/13/25 | 4895.48 |
| 11/25/25 | 4895.47 |
| * 11/26/25 | 200 |
| 12/11/25 | 4945.48 |
| * 12/16/25 | 1815.3 |
| * 12/18/25 | 9724 |
| * 12/18/25 | 407.99 |
| 12/23/25 | 5487.77 |
| * 12/31/25 | 1712.28 |
| 1/8/26 | 5100.08 |
| 1/22/26 | 5940.07 |
| 2/5/26 | 5810.08 |
| 1-22-26 R | 3205.16 |
| 1-27-26 R | 3205.16 |
| 1-29-26 R | 1554.54 |
| | 91932.73 |

5.06 %

Increase

BYLB-JENNIFER L KENDRICK

| | |
|---|---|
| 7/18/25 | 151.96 |
| 8/14/25 | 406.31 |
| 8/21/25 | 6744.81 |
| 8/22/25 | 689.8 |
| 9/15/25 | 6744.81 |
| 9/15/25 | 3112.69 |
| 9/18/25 | 7153.51 |
| 9/18/25 | 714.49 |
| 9/25/25 | 100 |
| 10/2/25 | 7340.96 |
| 10/3/25 | 745.32 |
| 10/17/25 | 7323.65 |
| 10/17/25 | 200 |
| 10/24/25 | 256.39 |
| 10/31/25 | 7254.41 |
| 10/31/25 | 2815.63 |
| 11/13/25 | 7254.43 |
| 11/14/25 | 24.55 |
| 11/21/25 | 9315.08 |
| 11/26/25 | 7254.42 |
| 11/28/25 | 114.28 |
| 12/4/25 | 253 |
| 12/12/25 | 20810.16 |
| 12/12/25 | 967.58 |
| 12/17/25 | 1972.65 |
| 12/19/25 | 100.01 |
| 12/24/25 | 7254.41 |
| 1/2/26 | 428.6 |
| 1/6/26 | 9950 |
| 1/9/26 | 6780.81 |
| 1/9/26 | 22485.53 |
| 1/16/26 | 12392.86 |
| 1/23/26 | 6780.79 |
| 1/29/26 | 5052.43 |
| 2/5/26 | 6780.81 |
| | 177727.14 |

BYLB-JENNIFER L KENDRICK

| | |
|---|---|
| 7/18/25 | 151.96 |
| 8/14/25 | 406.31 |
| 8/21/25 | 6744.81 |
| 8/22/25 | 689.8 |
| 9/15/25 | 6744.81 |
| 9/15/25 | 3112.69 |
| 9/18/25 | 7153.51 |
| 9/18/25 | 714.49 |
| 9/25/25 | 100 |
| 10/2/25 | 7340.96 |
| 10/3/25 | 745.32 |
| 10/17/25 | 7323.65 |
| 10/17/25 | 200 |
| 10/24/25 | 256.39 |
| 10/31/25 | 7254.41 |
| 10/31/25 | 2815.63 |
| 11/13/25 | 7254.43 |
| 11/14/25 | 24.55 |
| 11/21/25 | 9315.08 |
| 11/26/25 | 7254.42 |
| 11/28/25 | 114.28 |
| 12/4/25 | 253 |
| 12/12/25 | 20810.16 |
| 12/12/25 | 967.58 |
| 12/17/25 | 1972.65 |
| 12/19/25 | 100.01 |
| 12/24/25 | 7254.41 |
| 1/2/26 | 428.6 |
| 1/6/26 | 9950 |
| 1/9/26 | 6780.81 |
| 1/9/26 | 22485.53 |
| 1/16/26 | 12392.86 |
| 1/23/26 | 6780.79 |
| 1/29/26 | 5052.43 |
| 2/5/26 | 6780.81 |
| | 177727.14 |

# Exhibit C

[redacted]

---------- Forwarded message ---------
From: **Pearl Kendrick** <pearl@kbrroofing.com>
Date: Wed, Feb 18, 2026 at 3:48 PM
Subject: Fwd: 2nd REQUEST; KBR Tax Documents needed
To: mdawson@deisslaw.com <mdawson@deisslaw.com>

Thank you,

Pearl (Jeni) Kendrick
801-430-6300

---------- Forwarded message ---------
From: **Pearl Kendrick** <pearl@kbrroofing.com>
Date: Tue, Oct 14, 2025 at 10:50 AM
Subject: 2nd REQUEST; KBR Tax Documents needed
To: <jayna@expectacuity.com>
CC: Brad Kendrick <brad@kbrroofing.com>

Hi Jayna,

This is Brad's second request for the KBR 2023 and 2024 tax returns. Please provide these items as soon as possible.

Thank you,
Pearl (Jeni) Kendrick

Thank you,

Pearl (Jeni) Kendrick
801-430-6300

---------- Forwarded message ---------
From: **Pearl Kendrick** <pearl@kbrroofing.com>
Date: Thu, Oct 9, 2025 at 5:41 PM
Subject: KBR Tax Documents needed
To: <jayna@expectacuity.com>
CC: Brad Kendrick <brad@kbrroofing.com>

Hi Jayna,

My accountant needs the following documents to complete our 2023 and 2024 taxes:

* KBR full tax return
* KBR Balance sheet
* KBR Profit and loss statement
* K1's for both partners

Additionally, for the year to date in 2025, they require:

* KBR Balance sheet
* KBR Profit and loss statement

Please provide the listed items as soon as possible.

Thank you,

Pearl (Jeni) Kendrick
801-430-6300

[redacted]

[redacted]

---------- Forwarded message ---------
From: **Pearl Kendrick** <pearl@kbrroofing.com>
Date: Wed, Feb 18, 2026 at 3:48 PM
Subject: Fwd: KBR Tax Documents needed
To: mdawson@deisslaw.com <mdawson@deisslaw.com>

Thank you,

Pearl (Jeni) Kendrick
801-430-6300

---------- Forwarded message ---------
From: **Pearl Kendrick** <pearl@kbrroofing.com>
Date: Thu, Oct 9, 2025 at 5:41 PM
Subject: KBR Tax Documents needed
To: <jayna@expectacuity.com>
CC: Brad Kendrick <brad@kbrroofing.com>

Hi Jayna,

My accountant needs the following documents to complete our 2023 and 2024 taxes:

* KBR full tax return
* KBR Balance sheet
* KBR Profit and loss statement
* K1's for both partners

Additionally, for the year to date in 2025, they require:

* KBR Balance sheet
* KBR Profit and loss statement

Please provide the listed items as soon as possible.

Thank you,

Pearl (Jeni) Kendrick

801-430-6300

[redacted]

# Exhibit D

State of Utah
Department of Commerce
Division of Corporations and Commercial Code

I Hereby certify that the foregoing has been filed and approved on the 15 day of May 1997 in the office of this Division and hereby issue this Certificate thereof.

Examiner ________ Date 5/15/97

KORLA T. WOODS
Division Director

RECEIVED
MAY 15 1997
Utah Div. of Corp. & Comm. Code

ARTICLES

OF INCORPORATION

KENDRICK BROS. ROOFING, INC.

THE UNDERSIGNED NATURAL PERSONS, EACH MORE THAN EIGHTEEN YEARS OF AGE, HEREBY ESTABLISH A CORPORATION PURSUANT TO THE STATUTES OF UTAH, ADOPT THE FOLLOWING ARTICLES OF INCORPORATION:

FIRST: NAME. THE NAME OF THE CORPORATION IS KENDRICK BROS. ROOFING, INC.

SECOND: DURATION. THE CORPORATION SHALL HAVE PERPETUAL EXISTENCE.

THIRD: (A) PURPOSES. THE NATURE, OBJECTS AND PURPOSES OF THE BUSINESS TO BE TRANSACTED SHALL BE TO ENGAGE IN, PROMOTE, OR CARRY ON ANY LAWFUL ACT OR ACTIVITIES FOR WHICH CORPORATIONS MAY BE ORGANIZED UNDER THE REVISED UTAH BUSINESS CORPORATIONS ACT, INCLUDING BY WAY OF ILLUSTRATION AND NOT LIMITATION, TO OPERATE A ROOFING CONSTRUCTION BUSINESS. IN GENERAL TO CARRY ON ANY OTHER BUSINESS WHETHER RELATED OR UNRELATED TO ANY OF THE FOREGOING.

(B) POWERS. IN FURTHERANCE OF THE FOREGOING PURPOSES, THE CORPORATION SHALL HAVE AND MAY EXERCISE ALL OF THE RIGHTS, POWERS AND PRIVILEGES NOW OR HEREAFTER CONFERRED UPON CORPORATIONS ORGANIZED UNDER THE LAWS OF UTAH. IN ADDITION, IT MAY DO EVERYTHING NECESSARY, SUITABLE OR PROPER FOR THE ACCOMPLISHMENT OF ANY OF ITS CORPORATE PURPOSES.

THE CORPORATION MAY CONDUCT PART OR ALL OR ITS BUSINESS IN ANY PART OF UTAH, OF THE UNITED STATES, OR OF THE WORLD. IT MAY HOLD, PURCHASE, MORTGAGE, LEASE OR CONVEY REAL AND PERSONAL PROPERTY IN ANY SUCH PLACE.

FOURTH: (A) CAPITAL SHARES. THE AGGREGATE NUMBER OF SHARES WHICH THE CORPORATION SHALL HAVE AUTHORITY TO ISSUE IS FIFTY THOUSAND (50,000) SHARES OF COMMON STOCK, EACH HAVING A PAR VALUE OF ONE DOLLAR ($1.00).

713500017

Case 1:24-cv-00139-DBB-CMR Document 22-8 Filed 08/20/24 PageID.2011 Page 3 of 4

(B) VOTING. EACH SHAREHOLDER OF RECORD SHOULD HAVE ONE VOTE FOR EACH SHARE OF STOCK STANDING IN HIS NAME ON THE BOOKS OF THE CORPORATION AND ENTITLED TO VOTE, THAT IN THE ELECTION OF DIRECTORS HE SHALL HAVE THE RIGHT TO VOTE SUCH NUMBERS OF SHARES FOR AS MANY PERSONS AS THERE ARE DIRECTORS TO BE ELECTED. CUMULATIVE VOTING SHALL NOT BE ALLOWED IN THE ELECTION OF DIRECTORS OR FOR ANY OTHER PURPOSE.

(C) AT ALL MEETINGS OF SHAREHOLDERS, FIFTY-ONE PERCENT (51%) OF THE SHARES ENTITLED TO VOTE AT SUCH MEETING, REPRESENTED IN PERSON OR BY PROXY, SHALL CONSTITUTE A QUORUM.

(D) PRE-EMPTIVE RIGHTS. THE SHAREHOLDERS OF THE CORPORATION SHALL HAVE PRE-EMPTIVE RIGHTS OR OTHER RIGHTS TO SUBSCRIBE FOR ANY ADDITIONAL SHARES OF STOCK, OR FOR OTHER SECURITIES OF ANY CLASS, OR FOR RIGHTS, WARRANTS OR OPTIONS TO PURCHASE STOCK FOR SCRIPT, OR FOR SECURITIES OF ANY KIND CONVERTIBLE INTO STOCK OR CARRYING STOCK PURCHASE WARRANTS OR PRIVILEGES.

(E) THE CORPORATION IS DEEMED TO HAVE ONLY ONE CLASS OF STOCK WITH ALL SHARES HAVING THE SAME RIGHTS AS TO DISTRIBUTION OR LIQUIDATION OF PROCEEDS.

FIFTH: REGISTERED OFFICE AND AGENT. THE ADDRESS OF THE INITIAL REGISTERED OFFICE OF THE CORPORATION IS 905 E 1700 N OGDEN, UT 84414. THE NAME OF ITS INITIAL REGISTERED AGENT AT SUCH IS BRAD L. KENDRICK.

ACCEPTANCE OF APPOINTMENT AS REGISTERED AGENT: THE UNDERSIGNED, BRAD L KENDRICK, HEREBY ACCEPTS APPOINTMENT AS INITIAL REGISTERED AGENT OF THE ABOVE NAMED CORPORATION. DATED THIS 9 DAY OF MAY, 1997.

Brad L. Kendrick

BRAD L. KENDRICK

SIXTH: DIRECTOR. THE DIRECTORS AND INCORPORATORS SHALL CONSTITUTE THE INITIAL BOARD, NAMES AND ADDRESS BEING AS FOLLOWS:

BRAD L. KENDRICK 420 E 1700 N OGDEN UT 84414

GREGORY W. KENDRICK 905 E 1700 N OGDEN UT 84414

SEVENTH: MANAGEMENT. THE FOLLOWING PROVISIONS ARE FOR THE MANAGEMENT OF THE BUSINESS AND FOR THE CONDUCT OF THE AFFAIRS OF THE CORPORATION, AND THE SAME ARE IN FURTHERANCE OF AND NOT IN LIMITATION OR EXCLUSION OF THE POWERS CONFERRED BY LAW.

(A) CONTRACTS WITH DIRECTORS, ETC. NO CONTRACTS OR OTHER TRANSACTION OF THE CORPORATION WITH ANY OTHER PERSON, FIRM, OR CORPORATION, OR IN WHICH THIS CORPORATION IS INTERESTED, SHALL BE AFFECTED OR INVALIDATED BY (I) THE FACT THAT ONE OR MORE OF THE DIRECTORS OR OFFICERS OF ANOTHER CORPORATION; (II) OF THE FACT THAT ANY DIRECTOR OR OFFICER, INDIVIDUALLY OR JOINTLY WITH OTHERS MAY BE A PARTY TO OR MAY BE INTERESTED IN ANY SUCH CONTRACT OR TRANSACTION. EACH PERSON WHO MAY BECOME A DIRECTOR OR OFFICER MIGHT OTHERWISE ARISE BY REASON OR HIS CONTRACTING WITH THE CORPORATION FOR THE BENEFIT OF HIMSELF OR ANY FIRM OR CORPORATION IN WHICH HE MAY BE IN ANY WAY INTERESTED.

EIGHTH: INCORPORATOR. THE NAMES AND ADDRESS OF THE INCORPORATORS IS THE SAME AS LISTED IN ARTICLE 6 ABOVE.

NINTH: NO SHAREHOLDER SHALL BE PERSONALLY LIABLE FOR THE DEBT AND OBLIGATIONS OF THE CORPORATION. EACH DIRECTOR SHALL BE FULLY INDEMNIFIED BY THE CORPORATION FOR DEBTS, OBLIGATIONS AND LIABILITIES OF THE CORPORATION EXCEPT AS PROVIDED BY THE UTAH REVISED CORPORATION ACT.

DATED: MAY 9, 1997.

I HEREBY DECLARE AND VERIFY THAT THE PERSONS SIGNED BELOW IS THE INCORPORATORS AND THAT THE STATEMENTS THEREIN ARE TRUE AND CORRECT.

Brad L. Kendrick
BRAD L. KENDRICK

Greg W. Kendrick
GREGORY W. KENDRICK

# Exhibit E

Andrew G. Deiss (Utah Bar # 7184)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com

*Attorney for Plaintiffs*

**IN THE THIRD JUDICIAL DISTRICT COURT**
**SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| KENDRICK BROS. ROOFING,INC.; BRAD KENDRICK INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HWJR, LLC, AND JENIFER H. KENDRICK INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF HWJR, LLC;<br><br>*Plaintiffs*,<br>v.<br><br>GREGORY W. KENDRICK;JENNIFER L. KENDRICK; ETHAN B. KENDRICK; JENNIFER HIGASHIYAMA; JOE NICHOLAS MARRIOTT; ORCHARD ELMS, LLC; BOBCAT INVESTMENTS IRREVOCABLE TRUST; BYLB LIVING TRUST; DOCW35 TRUST, MDAA LIVING TRUST; SJK TRUST; GJK LIVING TRUST; LINQSHIP LLC; AND KBR CONSTRUCTION SERVICES LLC;<br><br>*Defendants*,<br><br>*And*<br><br>HWJR, LLC;<br>*Nominal Defendant* | **FEBRUARY 18, 2026 BRAD'S DECLARATION**<br><br>Case No. 1:24-CV-00139-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia Romero |

*I, Brad Kendrick, make the following declaration:*

1. I am over eighteen (18) years of age and I am competent to testify as to the matters set forth herein.
2. Greg and I have held signatory authority on KBR's operating accounts.
3. Prior to litigation, KBR paid vendors, material suppliers, and job-related expenses primarily through checks issued directly to third-party vendors.
4. Payroll was processed separately and historically did not exceed approximately $250,000 per pay period.
5. Prior to litigation, transfers labeled as "payroll" were not used to distribute funds between shareholders.
6. In 2025, a dispute arose between Greg and I concerning KBR's Zions Bank account.
7. During the Zion's Bank dispute, Greg made changes to KBR's Zion's Bank account without consulting or obtaining consent or authorization from myself, KBR's President, co-Director, and 50% shareholder.
8. At the time Zions closed the account, approximately $2.3 million remained in the account.
9. I requested $1 million for myself and proposed that Greg withdraw $1 million and that would leave approximately $300,000 to remain available for payroll obligations.
10. Prior to that request, my available credit card limit had been reduced to $1 by Greg, or possibly by Bylb at Greg's direction, without my knowledge, consent, or authorization.
11. The account was frozen due to our disagreement.

12. Between May 8, 2025 and May 9, 2025, Bylb, at the direction of Greg, withdrew approximately $1 million from the Zions Bank after I was told it was frozen.
13. The Zions account was ultimately closed by the bank.
14. No court has entered findings that I engaged in criminal or fraudulent conduct with respect to the Zions account.
15. Greg and I later entered into stipulations governing banking activity pending litigation.
16. Following issues with Zions Bank, KBR began utilizing more regularly an existing company account at Cache Valley Bank ("CVB").
17. I have been a signatory on the CVB account since its inception.
18. My authority as a signer was not newly created and was not obtained through misrepresentation.
19. Although I am a signatory, I cannot complete unilateral transfers.
20. Any transfer initiated by me requires approval by Greg, Bylb, or Cori.
21. Transfer requests initiated by me are routinely denied.
22. I do not have real-time access to CVB credit card statements.
23. I cannot print credit card statements myself, I have to go to a branch to access these statements.
24. I cannot independently request checks from CVB.
25. In January 2026, I contacted CVB to clarify account status and signatory authority as owner, president, and a signer.
26. CVB declined to make unilateral changes to the account.
27. CVB did not authorize any unilateral withdrawals by me.
28. CVB did not freeze the account.

29. CVB has not closed the account.

30. Greg has stated that he will not open another account jointly with me.

31. I have not received written notice of imminent closure of the CVB account.

32. If CVB has communicated concerns to Greg regarding the account, I have not received such notice.

33. I am not attempting to make withdrawals for personal use. If I attempt to withdraw from a KBR account, it is to pay a business expense.

34. I have repeatedly requested financials regarding KBR to maintain my business and to carry out my duties as President and 50% owner.

35. I have been repeatedly denied access to the financials for KBR by Greg and others at his direction.

*I declare under criminal penalty under the laws of Utah that the foregoing is true and correct to the best of my knowledge, information, and belief.*

DATED this February 18, 2026.

*/s/Brad Kendrick**
**Signed with permission*

# Exhibit F

# Analyzed Business Checking

Account number: **731005880** ■ January 1, 2026 - January 31, 2026 ■ Page 1 of 2

WELLS FARGO

KENDRICK BROS ROOFING
1871 N 1500 W
OGDEN UT 84404-3417

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Analyzed Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| 731005880 | $4,189.72 | $0.00 | -$69.13 | $4,120.59 |

## Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 01/12 | 34.43 | Client Analysis Srvc Chrg 260109 Svc Chge 1225 000000731005880 |
| | 01/12 | 34.70 | ZBA Funding Account Transfer to 7782040203 |
| | | **$69.13** | **Total electronic debits/bank debits** |
| | | **$69.13** | **Total debits** |

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|
| 12/31 | 4,189.72 | 01/12 | 4,120.59 |

**Average daily ledger balance** **$4,145.12**

**Provision of Emergency Services to Wells Fargo Visa Debit Card Holders**

We provide certain emergency services to our Wells Fargo Visa Debit Card holders, including a cardholder inquiry service, emergency card replacement, and lost/stolen card reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Exhibit G


2:38
5G 68
1
Curtis
iMessage
Wed, Jan 14 at 10:23 AM
Brad, tried to call back. Chelsey and Kristy are working on those statements. They weren't ready yet but they are working on it. How long will you be in Logan.
As long as it takes is fine
Wed, Jan 14 at 11:36 AM
I'll head over there and see how close they are to being done
Wed, Jan 14 at 4:59 PM
OK Curt I just picked up the rest of those
about getting the online
iMessage


2:38
5G 68
Curtis
being done
Wed, Jan 14 at 4:59 PM
OK Curt I just picked up the rest of those statements in Logan. What do I need to do about getting the online access and the other items we discussed do we need to come in tomorrow and see you?
You are set up with online banking. Give me 10 minutes and I'll call you with the temporary password
Sounds good
Fri, Jan 16 at 10:33 AM
iMessage
How do we access the


2:38
5G 68
Curtis
Sounds good
Fri, Jan 16 at 10:33 AM
Good morning
How do we access the online credit card purchases?
Fri, Jan 16 at 1:14 PM
Hi Brad, credit card information is through ezBusiness online portal. We are working on completing that set up. I did mention that should be available by Monday.
Mon, Feb 2 at 10:55 AM
Hi Curt following up on you on the Ezbusiness online porta credit cards do you have my login
iMessage


2:38
5G 68
Curtis
Mon, Feb 2 at 10:55 AM
Hi Curt following up on you on the Ezbusiness online porta credit cards do you have my login credentials ?
How do I go about ordering KBR checks?
Tue, Feb 3 at 4:53 PM
Curt checking in to see if you have any updates or timeline on the above requested items.
Thank you
Delivered
Hi Brad. Been out of the office. Will be back in
iMessage
ezBusiness is setup, but I


2:38
5G 68
Curtis
credentials ?
How do I go about ordering KBR checks?
Tue, Feb 3 at 4:53 PM
Curt checking in to see if you have any updates or timeline on the above requested items.
Thank you
Delivered
Hi Brad. Been out of the office. Will be back in tomorrow morning. I will check. I do believe the ezBusiness is setup, but I will verify and let you know. I also check on ordering checks. Thanks.
iMessage

# Exhibit H

Good Morning, BRAD KENDRICK

## Online Activity ⓘ

| Created date | Status | Approvals | Transaction Type | Account | Amount |
|---|---|---|---|---|---|
| 2/5/2026 9:38 PM | Drafted | 0 of 1 | ACH Send Funds Tracking ID: 3104589 | CHECKING ACCOUNT XXXXXX0512 | $7,150.37 |
| 2/3/2026 5:08 PM | Drafted | 0 of 1 | ACH Send Funds Tracking ID: 3100172 | CHECKING ACCOUNT XXXXXX0512 | $54,239.80 |
| 1/30/2026 9:19 AM | Drafted | 0 of 1 | ACH Send Funds Tracking ID: 3091227 | CHECKING ACCOUNT XXXXXX0512 | $9,799.44 |
| 1/28/2026 11:08 AM | Drafted | 0 of 1 | ACH Send Funds Tracking ID: 3087533 | CHECKING ACCOUNT XXXXXX0512 | $4,901.94 |
| 1/28/2026 11:02 AM | Drafted | 0 of 1 | ACH Send Funds Tracking ID: 3087518 | CHECKING ACCOUNT XXXXXX0512 | $59,580.59 |
| 1/21/2026 9:58 AM | Drafted | 0 of 1 | ACH Send Funds Tracking ID: 3075951 | CHECKING ACCOUNT XXXXXX0512 | $111,751.13 |

BRAD'S
DUPLICATE DRAFTS
matching greg's
withdrawals

BRAD'S UNAPPROVED DRAFTS MATCH [illegible] GREG'S

| | |
|---|---|
| 8/7/25 | 264474.12 |
| 8/21/25 | 35511.94 |
| 8/28/25 | 3023.7 |
| 9/4/25 | 35511.94 |
| 9/4/25 | 188.02 |
| 9/9/25 | 65453 |
| 9/12/25 | 78704.56 |
| 9/30/25 | 10000 |
| 10/2/25 | 78705.54 |
| 10/7/25 | 41293.02 |
| 10/16/25 | 78704.55 |
| 10/21/25 | 64892.78 |
| 10/27/25 | 26164.02 |
| 10/30/25 | 78704.54 |
| 11/6/25 | 347.65 |
| 11/13/25 | 13672.7 |
| 11/13/25 | 279.52 |
| 11/20/25 | 511.35 |
| 11/25/25 | 13672.79 |
| 11/26/25 | 975.33 |
| 12/4/25 | 109.71 |
| 12/11/25 | 13672.7 |
| 12/11/25 | 16770 |
| 12/16/25 | 3055.75 |
| 12/18/15 | 24356.62 |
| 12/23/25 | 14114.9 |
| 1/8/26 | 12727.46 |
| 1/15/26 | 2508.69 |
| 1/20/26 | 111751.13 |
| 1/22/26 | 12727.47 |
| 1/28/26 | 59580.59 |
| 1/28/26 | 4901.94 |
| 1/30/26 | 9799.44 |
| 2/3/26 | 54239.8 |
| 2/5/26 | 12727.47 |
| 2/5/26 | 7150.37 |
| | 1250985.11 |

Brad L Kendrick

| | |
|---|---|
| 8/8/25 | 1,146.30 |
| 8/22/25 | 1,146.30 |
| 9/5/25 | 1,146.30 |
| 9/19/25 | 1,146.31 |
| 10/2/25 | 10,000.00 |
| 10/3/25 | 1,146.30 |
| 10/17/25 | 1,146.30 |
| 10/31/25 | 1,146.30 |
| 11/14/25 | 1,146.31 |
| 11/26/25 | 1,146.30 |
| 12/12/25 | 1,146.30 |
| 12/24/25 | 1,146.30 |
| 1/9/26 | 1,146.30 |
| 1/23/26 | 1,146.30 |
| 2/6/26 | 1,146.31 |
| | 26,048.23 |

BRAD'S PAYROLL
SINCE 8.8.25

ORCHARD ELMS PAYMENTS

| | |
|---|---|
| 8/8/25 | 198,512.13 |
| 8/11/25 | 59,523.00 |
| 8/18/25 | 56,680.00 |
| 8/20/25 | 297,618.00 |
| 8/28/25 | 159,715.00 |
| 9/2/25 | 57,850.00 |
| 9/3/25 | 197,392.00 |
| 9/8/25 | 48,691.00 |
| 9/9/25 | 13,935.00 |
| 9/15/25 | 58,912.00 |
| 9/22/25 | 57,518.00 |
| 10/1/25 | 13,395.00 |
| 10/6/25 | 63,512.00 |
| 10/20/25 | 67,914.00 |
| 10/27/25 | 73,927.00 |
| 11/4/25 | 58,542.00 |
| 11/10/25 | 13,935.00 |
| 11/21/25 | 167,180.00 |
| 11/24/25 | 119,478.54 |
| 11/24/25 | 13,935.00 |
| 12/11/25 | 119,806.00 |
| 12/15/25 | 29,854.00 |
| 12/26/25 | 73,580.00 |
| 1/9/26 | 14,383.95 |
| | 2,035,788.62 |

1/16/26 232,103.53 attempted but canceled by Brad

ORCHARD ELMS
plus Brads
cancellation
of last payment

# Exhibit J

**Statement of Accounts**

# ZIONS BANK®

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

This Statement: May 30, 2025
Last Statement: April 30, 2025

Primary Account: 979073376

0126527 1509-06-0000-ZFN-PG0030-00009

KENDRICK BROS ROOFING INC
1871 N 1500 W
OGDEN, UT 84404-3417

**Direct Inquiries to:**
800-789-2265
WWW.ZIONSBANK.COM

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

Effective July 1, 2025, the Deposit Account Agreement will be amended. You can access the current version of the Deposit Account Agreement and a list of upcoming changes by visiting the Agreement Center at www.zionsbank.com.

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Account Ending Balance* |
|---|---|---|
| BUSINESS GROWTH CHECKING | 0979073376 | $214,856.46 |

## BUSINESS GROWTH CHECKING 0979073376

0152

| | *Previous Balance* | *Deposits/Credits* | *Withdrawals/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|---|
| Count: | | 28 | 302 | 6 | |
| Amount: | 112,880.70 | 3,055,603.87 | 2,921,643.48- | 31,984.63- | 214,856.46 |

### DEPOSITS/CREDITS

| *Posting Date* | *Effective Date* | *Amount* | *Description* |
|---|---|---|---|
| 05/01 | 05/01 | 451,071.68 | HOME DEPOT 5113 EDI PAYMNT REF # 02512 0000972836 HOME DEPOT |
| 05/01 | 05/01 | 614.86 | WIRE/IN-2025050100000996;ORG 1 ROOFERS INSURANCE, LTD 000661 |
| 05/06 | 05/06 | 3,547.29 | INTUIT 73915663 DEPOSIT REF # 02512 6007732940 INTUIT 739156 |
| 05/07 | 05/07 | 30,405.26 | DEPOSIT |
| 05/08 | 05/08 | 825.44 | Public Storage AP ACHPMTS REF # 02512 7009856190 Public Stor |
| 05/08 | 05/08 | 16,214.98 | Public Storage AP ACHPMTS REF # 02512 7009856241 Public Stor |
| 05/08 | 05/08 | 920.68 | Public Storage AP ACHPMTS REF # 02512 7009856259 Public Stor |
| 05/08 | 05/08 | 1,215.33 | Public Storage AP ACHPMTS REF # 02512 7009858706 Public Stor |
| 05/08 | 05/08 | 1,821.11 | Public Storage AP ACHPMTS REF # 02512 7009858707 Public Stor |
| 05/08 | 05/08 | 2,472.24 | Public Storage AP ACHPMTS REF # 02512 7009858708 Public Stor |
| 05/08 | 05/08 | 2,222,270.94 | DEPOSIT |
| 05/14 | 05/14 | 5,626.70 | Public Storage AP ACHPMTS REF # 02513 3004813284 Public Stor |
| 05/19 | 05/19 | 72,767.43 | HOME DEPOT 5113 EDI PAYMNT REF # 02513 6008215518 HOME DEPOT |
| 05/21 | 05/21 | 5,994.06 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 0000704767 HOME DEPOT |
| 05/21 | 05/21 | 873.61 | Public Storage AP ACHPMTS REF # 02514 0001080398 Public Stor |
| 05/21 | 05/21 | 19,108.25 | Public Storage AP ACHPMTS REF # 02514 0001092675 Public Stor |
| 05/22 | 05/22 | 13,816.18 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 1001782250 HOME DEPOT |
| 05/22 | 05/22 | 1,000.00 | DEPOSIT |
| 05/23 | 05/23 | 25,000.00 | RTN 0000979073376 REFER TO MAKE RETURN - 20250522 7676097669 |
| 05/27 | 05/27 | 51,007.26 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 3004427910 HOME DEPOT |
| 05/27 | 05/27 | 6,814.14 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 7005335581 HOME DEPOT |
| 05/28 | 05/28 | 10,586.94 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 7006045046 HOME DEPOT |
| 05/28 | 05/28 | 1,005.62 | Public Storage AP ACHPMTS REF # 02514 7006597481 Public Stor |
| 05/28 | 05/28 | 4,844.41 | Public Storage AP ACHPMTS REF # 02514 7006597865 Public Stor |
| 05/28 | 05/28 | 27,928.48 | Public Storage AP ACHPMTS REF # 02514 7006598156 Public Stor |
| 05/29 | 05/29 | 37,646.37 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 8007467872 HOME DEPOT |

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

## Sweep Account Reconciliation Form

The following form is designed to assist in your Sweep Account reconciliation efforts. Please use the following documents:

**For Loan Sweeps:** Checking Account Statement(s)
Loan Sweep Account Statement
Monthly Interest Statement
Checking Account Ledger

**For Sweeps:** Checking Account Statement(s)
Investment Sweep Account Statement
Checking Account Ledger

1. Using ***either*** your Investment Sweep Account Statement ***or*** Loan Sweep Statement, check your Sweep Account transfers against the corresponding debits and credits on your checking account statement(s).
2. Mark each entry in your checking account ledger that has been charged to your checking account (checks, deposits, etc.).
3. List the checks that have been written, but not yet charged to your checking account on the lines below:

| OUTSTANDING CHECKS | | | | | |
|---|---|---|---|---|---|
| Check Number | Check Amount | Check Number | Check Amount | Check Number | Check Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total Amount** ***(Enter this amount on line 6 below)*** **:** ____________

| | | | |
|---|---|---|---|
| 4. Enter the ending balance from the Sweep Account statement. | SWEEPSTATEMENT BALANCE | | ____________ |
| 5. Add the ending balance from the Checking Account statement. (if there is more than one checking account, add the balances together and enter the total on this line. If the checking account has a peg balance of $0.00, enter $0.00.) | CHECKING STATEMENTBALANCE | + | ____________ |
| 6. Subtract the Outstanding Checks Total shown above. | OUTSTANDING CHECKS | – | ____________ |
| 7. Add any outstanding deposits. | OUTSTANDING DEPOSITS | + | ____________ |
| 8. Calculate the Adjusted Bank Balance. | **ADJUSTED BANK BALANCE** | = | ____________ |
| 9. Enter the ending balance from your checking account register. (if there is more than one checking account, add the account balances together and enter the total on this line.) | CHECKING REGISTER BALANCE | + | ____________ |

***NOTE: If reconciling an Investment Sweep account, go to step 11. For Loan Sweep accounts, go to step 10.***

| | | | |
|---|---|---|---|
| 10. Use the **Sweep Account statement** and **Monthly Investment statement** to reconcile transfers between the line of credit and sweep account to determine the net draw or net payment to the line. Add the draw or subtract the payment from the book balance. | NET CHANGE IN LINE | + or – | ____________ |
| 11. Subtract any bank charges from the account statements. | BANK CHARGES | – | ____________ |
| 12. Add interest/dividends received from the account statement. | INTERESTEARNED | + | ____________ |
| 13. Calculate the Adjusted Register Balance. This should match the Adjusted Bank Balance (line 8). | **ADJUSTED REGISTER BALANCE** | = | ____________ |

**SWEEP ACCOUNT ACTIVITY REPORT BALANCE DEFINITIONS:**

- ***Accrued Interest M-T-D:*** The amount of interest accrued by the sweep that month to date.
- ***Current Balance:*** Apositive balance denotes the total amount of funds in the sweep (collected funds, plus funds in float).
- ***Available Balance:*** A positive balance denotes the amount in one day float to the sweep available for the next business day. A negative balance denotes the amount drawn from uncollected funds.
- ***Collected Balance:*** A positive balance denotes the amount of funds collected from float or same day deposits or credits. Accrued interest is calculated with this amount multiplied by the interest rate.
- ***Principal Loan Balance owned Online:*** The amount currently owed to the Bank through the line of credit or loan.

ZIONS BANK®

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Continued ...

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 05/30 | 05/30 | 40,112.26 | HOME DEPOT 5113 EDI PAYMNT REF # 02514 9009390112 HOME DEPOT |
| 05/30 | 05/30 | 92.35 | *GENERATED_FROM_TRACE:025149009103044 IND._ID:HK KENDRICK BR |

**CHARGES/DEBITS**

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 05/01 | 05/01 | 188.76- | STATE OF WA-ESD ESD ACH 6 REF # 02512 1002219960 STATE OF WA |
| 05/01 | 05/01 | 2,061.11- | CO UI EMP SVCS PREM PYMT REF # 02512 1002098762 CO UI EMP SV |
| 05/01 | 05/01 | 577.16- | STATE OF AZ UIT SWEB PYMNT REF # 02512 0001705469 STATE OF A |
| 05/01 | 05/01 | 872.10- | MYFAMLI CDLE FAMLI REF # 02512 0001807968 MYFAMLI 4840802678 |
| 05/01 | 05/01 | 2,275.73- | MYFAMLI CDLE FAMLI REF # 02512 0001807969 MYFAMLI 4840802678 |
| 05/01 | 05/01 | 18,935.00- | UTAH801/297-7703 TAX PAYMNT REF # 02512 1002103657 UTAH801/2 |
| 05/01 | 05/01 | 1,827.25- | WORKFORCE SERVIC UTAH UITAX REF # 02512 0001641554 WORKFORCE |
| 05/01 | 05/01 | 18.00- | INTL WIRE IN FEE |
| 05/01 | 05/01 | 252,756.20- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02512 1002545681 K |
| 05/01 | 05/01 | 4,155.00- | ONLINE PYMT TO VSA ***5044 ID: 000003517 |
| 05/01 | 05/01 | 1,313.00- | ONLINE PYMT TO VSA ***7537 ID: 000001741 |
| 05/01 | 05/01 | 440.00- | ONLINE PYMT TO VSA ***0365 ID: 000007617 |
| 05/01 | 05/01 | 1,026.00- | ONLINE PYMT TO VSA ***1967 ID: 000008598 |
| 05/01 | 05/01 | 3,853.00- | ONLINE PYMT TO VSA ***8450 ID: 000006375 |
| 05/01 | 05/01 | 1,010.00- | ONLINE PYMT TO VSA ***8930 ID: 000001592 |
| 05/01 | 05/01 | 486.00- | ONLINE PYMT TO VSA ***7334 ID: 000007407 |
| 05/01 | 05/01 | 668.00- | ONLINE PYMT TO VSA ***6955 ID: 000001745 |
| 05/01 | 05/01 | 1,691.00- | ONLINE PYMT TO VSA ***0379 ID: 000003762 |
| 05/01 | 05/01 | 9,587.00- | ONLINE PYMT TO VSA ***4884 ID: 000000008 |
| 05/01 | 05/01 | 1,339.00- | ONLINE PYMT TO VSA ***5493 ID: 000005569 |
| 05/01 | 05/01 | 375.00- | ONLINE PYMT TO VSA ***6459 ID: 000006603 |
| 05/01 | 05/01 | 1,918.72- | ONLINE PYMT TO VSA ***7143 ID: 000006487 |
| 05/01 | 05/01 | 1,522.00- | ONLINE PYMT TO VSA ***7465 ID: 000000194 |
| 05/01 | 05/01 | 498.00- | ONLINE PYMT TO VSA ***7580 ID: 000009548 |
| 05/01 | 05/01 | 542.00- | ONLINE PYMT TO VSA ***0717 ID: 000007221 |
| 05/01 | 05/01 | 2,266.00- | ONLINE PYMT TO VSA ***1400 ID: 000009669 |
| 05/01 | 05/01 | 826.00- | ONLINE PYMT TO VSA ***1418 ID: 000008876 |
| 05/01 | 05/01 | 506.00- | ONLINE PYMT TO VSA ***0923 ID: 000003126 |
| 05/01 | 05/01 | 994.00- | ONLINE PYMT TO VSA ***2846 ID: 000001842 |
| 05/01 | 05/01 | 942.00- | ONLINE PYMT TO VSA ***1608 ID: 000003133 |
| 05/01 | 05/01 | 798.00- | ONLINE PYMT TO VSA ***1830 ID: 000000408 |
| 05/01 | 05/01 | 734.00- | ONLINE PYMT TO VSA ***6672 ID: 000004850 |
| 05/01 | 05/01 | 795.00- | ONLINE PYMT TO VSA ***6797 ID: 000009631 |
| 05/01 | 05/01 | 314.60- | ONLINE PYMT TO VSA ***4446 ID: 000003607 |
| 05/01 | 05/01 | 1,852.00- | ONLINE PYMT TO VSA ***4594 ID: 000004639 |
| 05/01 | 05/01 | 1,131.00- | ONLINE PYMT TO VSA ***4800 ID: 000005184 |
| 05/01 | 05/01 | 19,008.90- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 1002579524 |
| 05/01 | 05/01 | 13,935.00- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 1002756335 |
| 05/01 | 05/01 | 16.30- | 24492163T2X4QQX91 7062 MAPALIST.COM BLARGHLABS.CO CO 1238 |
| 05/02 | 05/02 | 3,167.75- | CO DEPT REVENUE TAXPAYMENT REF # 02512 1002389129 CO DEPT RE |
| 05/02 | 05/02 | 128.01- | BONA VISTA WATER UTILITY REF # 02512 1002366100 BONA VISTA W |
| 05/02 | 05/02 | 2,795.66- | IRS USATAXPYMT REF # 02512 1002388272 IRS 3387702000USATAXPY |
| 05/02 | 05/02 | 1,754.01- | AZ DEPT OF REV CCDDIR.DBT REF # 02512 1002582996 AZ DEPT OF |
| 05/02 | 05/02 | 832.61- | PREMIERCRAFT, IN SALE REF # 02512 2004262067 PREMIERCRAFT, I |
| 05/02 | 05/02 | 711.00- | ONLINE PYMT TO VSA ***5244 ID: 000002648 |
| 05/02 | 05/02 | 422.00- | ONLINE PYMT TO VSA ***7537 ID: 000004599 |
| 05/02 | 05/02 | 489.00- | ONLINE PYMT TO VSA ***7160 ID: 000002267 |
| 05/02 | 05/02 | 816.00- | ONLINE PYMT TO VSA ***7334 ID: 000004482 |
| 05/02 | 05/02 | 280.00- | ONLINE PYMT TO VSA ***0379 ID: 000005661 |
| 05/02 | 05/02 | 1,293.00- | ONLINE PYMT TO VSA ***4884 ID: 000006175 |
| 05/02 | 05/02 | 172.00- | ONLINE PYMT TO VSA ***5493 ID: 000000159 |
| 05/02 | 05/02 | 118.00- | ONLINE PYMT TO VSA ***7465 ID: 000007869 |
| 05/02 | 05/02 | 240.00- | ONLINE PYMT TO VSA ***0717 ID: 000009989 |
| 05/02 | 05/02 | 171.00- | ONLINE PYMT TO VSA ***1400 ID: 000008916 |
| 05/02 | 05/02 | 1,769.00- | ONLINE PYMT TO VSA ***0923 ID: 000006702 |
| 05/02 | 05/02 | 536.00- | ONLINE PYMT TO VSA ***1608 ID: 000002778 |
| 05/02 | 05/02 | 533.00- | ONLINE PYMT TO VSA ***6672 ID: 000005114 |
| 05/02 | 05/02 | 128.00- | ONLINE PYMT TO VSA ***6797 ID: 000007062 |
| 05/02 | 05/02 | 423.47- | ONLINE PYMT TO VSA ***4446 ID: 000009174 |
| 05/02 | 05/02 | 240.00- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02512 2004726006 K |

ZIONS BANK.

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Continued ...

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 05/05 | 05/05 | 194.04- | Snowy Storage 9075866464 REF # 02512 2004768648 Snowy Storag |
| 05/05 | 05/05 | 2,404.07- | Servicechannel.c PAYMENT REF # 02512 5006178272 Servicechann |
| 05/05 | 05/05 | 992.17- | FORD MOTOR CR FORDCREDIT REF # 02512 2004535284 FORD MOTOR C |
| 05/05 | 05/05 | 870.50- | FORD MOTOR CR FORDCREDIT REF # 02512 2004535293 FORD MOTOR C |
| 05/05 | 05/05 | 1,982.67- | FORD MOTOR CR FORDCREDIT REF # 02512 2004535338 FORD MOTOR C |
| 05/05 | 05/05 | 227.00- | Public Storage I RENTAL REF # 02512 5005822104 Public Storag |
| 05/05 | 05/05 | 251.00- | Public Storage I RENTAL REF # 02512 5005822106 Public Storag |
| 05/05 | 05/05 | 1,342.00- | ONLINE PYMT TO VSA ***7537 ID: 000007399 |
| 05/05 | 05/05 | 2,743.00- | ONLINE PYMT TO VSA ***7160 ID: 000003273 |
| 05/05 | 05/05 | 348.00- | ONLINE PYMT TO VSA ***6955 ID: 000004602 |
| 05/05 | 05/05 | 1,124.00- | ONLINE PYMT TO VSA ***0379 ID: 000004958 |
| 05/05 | 05/05 | 1,605.00- | ONLINE PYMT TO VSA ***4884 ID: 000002601 |
| 05/05 | 05/05 | 595.00- | ONLINE PYMT TO VSA ***5493 ID: 000000276 |
| 05/05 | 05/05 | 1,586.00- | ONLINE PYMT TO VSA ***6459 ID: 000006043 |
| 05/05 | 05/05 | 15.30- | ONLINE PYMT TO VSA ***7143 ID: 000008827 |
| 05/05 | 05/05 | 522.00- | ONLINE PYMT TO VSA ***7465 ID: 000008201 |
| 05/05 | 05/05 | 625.00- | ONLINE PYMT TO VSA ***0717 ID: 000006113 |
| 05/05 | 05/05 | 740.00- | ONLINE PYMT TO VSA ***1400 ID: 000001942 |
| 05/05 | 05/05 | 139.00- | ONLINE PYMT TO VSA ***1418 ID: 000000739 |
| 05/05 | 05/05 | 851.00- | ONLINE PYMT TO VSA ***1764 ID: 000004697 |
| 05/05 | 05/05 | 684.00- | ONLINE PYMT TO VSA ***2846 ID: 000000961 |
| 05/05 | 05/05 | 700.00- | ONLINE PYMT TO VSA ***1608 ID: 000001694 |
| 05/05 | 05/05 | 1,341.00- | ONLINE PYMT TO VSA ***1830 ID: 000003974 |
| 05/05 | 05/05 | 2,821.00- | ONLINE PYMT TO VSA ***6672 ID: 000007646 |
| 05/05 | 05/05 | 873.00- | ONLINE PYMT TO VSA ***6797 ID: 000003349 |
| 05/05 | 05/05 | 1,582.00- | ONLINE PYMT TO VSA ***4594 ID: 000004480 |
| 05/05 | 05/05 | 212.31- | ACH OFFSET KENDRICK BROS RO Utah ORS REF # 02512 5006480973 |
| 05/06 | 05/06 | 1,138.80- | KUBOTA CREDIT PAYMENT REF # 02512 5007425984 KUBOTA CREDIT O |
| 05/06 | 05/06 | 1,573.36- | IRS USATAXPYMT REF # 02512 5006275629 IRS 3387702000USATAXPY |
| 05/06 | 05/06 | 1,634.42- | FORD MOTOR CR FORDCREDIT REF # 02512 5006256758 FORD MOTOR C |
| 05/06 | 05/06 | 124.75- | INTUIT 89751583 TRAN FEE REF # 02512 6007736044 INTUIT 89751 |
| 05/06 | 05/06 | 7,997.00- | InstaMed SELECT HEA REF # 02512 6007758537 InstaMed 92218832 |
| 05/06 | 05/06 | 1,665.00- | ONLINE PYMT TO VSA ***8435 ID: 000000129 |
| 05/06 | 05/06 | 139.00- | ONLINE PYMT TO VSA ***0379 ID: 000004697 |
| 05/06 | 05/06 | 390.00- | ONLINE PYMT TO VSA ***5493 ID: 000003213 |
| 05/06 | 05/06 | 519.00- | ONLINE PYMT TO VSA ***1608 ID: 000007135 |
| 05/07 | 05/07 | 327.72- | ROCKYMTN/PACIFIC POWER BILL REF # 02512 7008892759 ROCKYMTN/ |
| 05/07 | 05/07 | 707.00- | ONLINE PYMT TO VSA ***7160 ID: 000008874 |
| 05/07 | 05/07 | 744.00- | ONLINE PYMT TO VSA ***0379 ID: 000006767 |
| 05/07 | 05/07 | 443.00- | ONLINE PYMT TO VSA ***5493 ID: 000005720 |
| 05/07 | 05/07 | 747.00- | ONLINE PYMT TO VSA ***1426 ID: 000001625 |
| 05/07 | 05/07 | 206.00- | ONLINE PYMT TO VSA ***1608 ID: 000006319 |
| 05/07 | 05/07 | 392.00- | ONLINE PYMT TO VSA ***4800 ID: 000004824 |
| 05/07 | 05/07 | 2,000.00- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 7009190460 |
| 05/07 | 05/07 | 30.00- | BANKCARD CENTER PAYMENT REF # 02512 7009186804 BANKCARD CENT |
| 05/07 | 05/07 | 30.00- | BANKCARD CENTER PAYMENT REF # 02512 7009186805 BANKCARD CENT |
| 05/07 | 05/07 | 30.00- | BANKCARD CENTER PAYMENT REF # 02512 7009186806 BANKCARD CENT |
| 05/07 | 05/07 | 30.00- | BANKCARD CENTER PAYMENT REF # 02512 7009186807 BANKCARD CENT |
| 05/07 | 05/07 | 30.00- | BANKCARD CENTER PAYMENT REF # 02512 7009186808 BANKCARD CENT |
| 05/07 | 05/07 | 30.00- | BANKCARD CENTER PAYMENT REF # 02512 7009186809 BANKCARD CENT |
| 05/08 | 05/08 | 4,662.75- | INTUIT PAYROLL S QUICKBOOKS REF # 02512 8000398125 INTUIT PA |
| 05/08 | 05/08 | 307.00- | ONLINE PYMT TO VSA ***1363 ID: 000004080 |
| 05/08 | 05/08 | 106.00- | ONLINE PYMT TO VSA ***7160 ID: 000002087 |
| 05/08 | 05/08 | 15,500.00- | ONLINE PYMT TO VSA ***8435 ID: 000000194 |
| 05/08 | 05/08 | 3,082.00- | ONLINE PYMT TO VSA ***8930 ID: 000007415 |
| 05/08 | 05/08 | 652.00- | ONLINE PYMT TO VSA ***5162 ID: 000003299 |
| 05/08 | 05/08 | 388.00- | ONLINE PYMT TO VSA ***5493 ID: 000000490 |
| 05/08 | 05/08 | 11.00- | ONLINE PYMT TO VSA ***6970 ID: 000002055 |
| 05/08 | 05/08 | 748.36- | ONLINE PYMT TO VSA ***7143 ID: 000009000 |
| 05/08 | 05/08 | 754.00- | ONLINE PYMT TO VSA ***7382 ID: 000003231 |
| 05/08 | 05/08 | 913.00- | ONLINE PYMT TO VSA ***7390 ID: 000009773 |
| 05/08 | 05/08 | 739.00- | ONLINE PYMT TO VSA ***1293 ID: 000005860 |
| 05/08 | 05/08 | 163.00- | ONLINE PYMT TO VSA ***1400 ID: 000006624 |
| 05/08 | 05/08 | 167.00- | ONLINE PYMT TO VSA ***1608 ID: 000006665 |
| 05/08 | 05/08 | 493.00- | ONLINE PYMT TO VSA ***3000 ID: 000004891 |
| 05/08 | 05/08 | 235.00- | ONLINE PYMT TO VSA ***3158 ID: 000009886 |
| 05/08 | 05/08 | 414.00- | ONLINE PYMT TO VSA ***3729 ID: 000003646 |
| 05/08 | 05/08 | 171.00- | ONLINE PYMT TO VSA ***6672 ID: 000007709 |

ZIONS BANK®

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Continued ...

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 05/08 | 05/08 | 105.00- | ONLINE PYMT TO VSA ***4800 ID: 000007676 |
| 05/08 | 05/08 | 70,203.75- | WIRE/OUT-2025050800009198;BNF SAAT CORPORATION 001629208 |
| 05/08 | 05/08 | 27.00- | DOMESTIC WIRE OUT FEE |
| 05/08 | 05/08 | 741.52- | Check No: 000000008546 |
| 05/09 | 05/09 | 1,421.74- | KUBOTA CREDIT PAYMENT REF # 02512 8000526874 KUBOTA CREDIT O |
| 05/09 | 05/09 | 74,955.24- | IRS USATAXPYMT REF # 02512 8000494751 IRS 3387702000USATAXPY |
| 05/09 | 05/09 | 1,278.79- | FORD MOTOR CR FORDCREDIT REF # 02512 8000469358 FORD MOTOR C |
| 05/09 | 05/09 | 1,359.50- | FORD MOTOR CR FORDCREDIT REF # 02512 8000469359 FORD MOTOR C |
| 05/09 | 05/09 | 477.59- | FORD MOTOR CR FORDCREDIT REF # 02512 8000469360 FORD MOTOR C |
| 05/09 | 05/09 | 1,154.95- | FORD MOTOR CR FORDCREDIT REF # 02512 8000469361 FORD MOTOR C |
| 05/09 | 05/09 | 1,058.74- | FORD MOTOR CR FORDCREDIT REF # 02512 8000469362 FORD MOTOR C |
| 05/09 | 05/09 | 1,700.63- | FORD MOTOR CR FORDCREDIT REF # 02512 8000466174 FORD MOTOR C |
| 05/09 | 05/09 | 534.00- | ONLINE PYMT TO VSA ***7537 ID: 000003203 |
| 05/09 | 05/09 | 623.00- | ONLINE PYMT TO VSA ***7160 ID: 000004474 |
| 05/09 | 05/09 | 657.00- | ONLINE PYMT TO VSA ***8930 ID: 000002940 |
| 05/09 | 05/09 | 652.00- | ONLINE PYMT TO VSA ***0379 ID: 000009185 |
| 05/09 | 05/09 | 457.00- | ONLINE PYMT TO VSA ***6459 ID: 000001966 |
| 05/09 | 05/09 | 775.00- | ONLINE PYMT TO VSA ***1400 ID: 000008560 |
| 05/09 | 05/09 | 343.00- | ONLINE PYMT TO VSA ***1426 ID: 000003165 |
| 05/09 | 05/09 | 549.00- | ONLINE PYMT TO VSA ***2846 ID: 000004093 |
| 05/09 | 05/09 | 162.00- | ONLINE PYMT TO VSA ***1608 ID: 000005377 |
| 05/09 | 05/09 | 1,395.00- | ONLINE PYMT TO VSA ***3729 ID: 000003392 |
| 05/09 | 05/09 | 272.00- | ONLINE PYMT TO VSA ***4594 ID: 000000494 |
| 05/09 | 05/09 | 209.00- | ONLINE PYMT TO VSA ***4800 ID: 000003749 |
| 05/09 | 05/09 | 205,464.86- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 9002016431 |
| 05/09 | 05/09 | 872.83- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02512 9002016459 K |
| 05/09 | 05/09 | 400,000.00- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02512 9002016460 K |
| 05/09 | 05/09 | 14,544.34- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 9002016528 |
| 05/09 | 05/09 | 187,306.89- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 9002016529 |
| 05/09 | 05/09 | 45,106.55- | ACH OFFSET KENDRICK BROS RO Payments REF # 02512 9002016530 |
| 05/12 | 05/12 | 1,962.72- | 2475542423S956MDG 7062 ED KENLEY FORD OFFICELAYTON UT 1221 |
| 05/19 | 05/19 | 689.70- | ONLINE PYMT TO VSA ***6797 ID: 000000568 |
| 05/19 | 05/19 | 6,273.20- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02513 9009969196 K |
| 05/19 | 05/19 | 481.20- | Check No: 000000008283 |
| 05/20 | 05/20 | 1,130.66- | FORD MOTOR CR FORDCREDIT REF # 02513 9009219852 FORD MOTOR C |
| 05/20 | 05/20 | 386.73- | HAWAII DEPT TAX DOTAX PMT REF # 02513 9009813218 HAWAII DEPT |
| 05/20 | 05/20 | 459.00- | ONLINE PYMT TO VSA ***5244 ID: 000004349 |
| 05/20 | 05/20 | 945.00- | ONLINE PYMT TO VSA ***6349 ID: 000006885 |
| 05/20 | 05/20 | 1,797.00- | ONLINE PYMT TO VSA ***7537 ID: 000009714 |
| 05/20 | 05/20 | 1,044.00- | ONLINE PYMT TO VSA ***0365 ID: 000005537 |
| 05/20 | 05/20 | 11,454.00- | ONLINE PYMT TO VSA ***1363 ID: 000006867 |
| 05/20 | 05/20 | 856.00- | ONLINE PYMT TO VSA ***1967 ID: 000007644 |
| 05/20 | 05/20 | 1,118.00- | ONLINE PYMT TO VSA ***7160 ID: 000009134 |
| 05/20 | 05/20 | 1,457.00- | ONLINE PYMT TO VSA ***3770 ID: 000001766 |
| 05/20 | 05/20 | 865.00- | ONLINE PYMT TO VSA ***8930 ID: 000002089 |
| 05/20 | 05/20 | 1,567.00- | ONLINE PYMT TO VSA ***7334 ID: 000002752 |
| 05/20 | 05/20 | 3,370.00- | ONLINE PYMT TO VSA ***4173 ID: 000004887 |
| 05/20 | 05/20 | 2,230.00- | ONLINE PYMT TO VSA ***0379 ID: 000004695 |
| 05/20 | 05/20 | 11,467.00- | ONLINE PYMT TO VSA ***4884 ID: 000006445 |
| 05/20 | 05/20 | 4,418.00- | ONLINE PYMT TO VSA ***5493 ID: 000006391 |
| 05/20 | 05/20 | 3,209.00- | ONLINE PYMT TO VSA ***6459 ID: 000002532 |
| 05/20 | 05/20 | 1,383.00- | ONLINE PYMT TO VSA ***7465 ID: 000007622 |
| 05/20 | 05/20 | 461.00- | ONLINE PYMT TO VSA ***0717 ID: 000002240 |
| 05/20 | 05/20 | 4,580.00- | ONLINE PYMT TO VSA ***1400 ID: 000008846 |
| 05/20 | 05/20 | 109.29- | ONLINE PYMT TO VSA ***1418 ID: 000008926 |
| 05/20 | 05/20 | 1,862.00- | ONLINE PYMT TO VSA ***1426 ID: 000009078 |
| 05/20 | 05/20 | 273.00- | ONLINE PYMT TO VSA ***0923 ID: 000009716 |
| 05/20 | 05/20 | 4,874.00- | ONLINE PYMT TO VSA ***2846 ID: 000004645 |
| 05/20 | 05/20 | 1,955.00- | ONLINE PYMT TO VSA ***1608 ID: 000003506 |
| 05/20 | 05/20 | 1,388.00- | ONLINE PYMT TO VSA ***3729 ID: 000001255 |
| 05/20 | 05/20 | 2,929.00- | ONLINE PYMT TO VSA ***6672 ID: 000000525 |
| 05/20 | 05/20 | 4,007.00- | ONLINE PYMT TO VSA ***4594 ID: 000009860 |
| 05/20 | 05/20 | 889.00- | ONLINE PYMT TO VSA ***7290 ID: 000001251 |
| 05/20 | 05/20 | 2,143.00- | ONLINE PYMT TO VSA ***4800 ID: 000007131 |
| 05/20 | 05/20 | 2,183.68- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 000627738 K |
| 05/20 | 05/20 | 212.31- | ACH OFFSET KENDRICK BROS RO Utah ORS REF # 02514 000649307 |
| 05/20 | 05/20 | 37,571.00- | WIRE/OUT-2025052000009388;BNF ROOFERS INSURANCE LTD 00194080 |
| 05/20 | 05/20 | 45.00- | INTL WIRE OUT FEE |

ZIONS BANK

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Continued ...

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 05/20 | 05/20 | 500,000.00- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 0001018362 K |
| 05/21 | 05/21 | 626.71- | ANALYSIS SERVICE FEE |
| 05/21 | 05/21 | 967.00- | THE CINCINNATI I BILLPAY REF # 02514 1001336917 THE CINCINNA |
| 05/21 | 05/21 | 2,659.76- | BEACON BUILDING BT0520 REF # 02514 0001138151 BEACON BUILDIN |
| 05/21 | 05/21 | 200.54- | BEACON BUILDING BT0520 REF # 02514 0001138152 BEACON BUILDIN |
| 05/21 | 05/21 | 36,136.29- | ABC SUPPLY BT0520 REF # 02514 0001136731 ABC SUPPLY 33914137 |
| 05/21 | 05/21 | 1,444.06- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405373 FORD MOTOR C |
| 05/21 | 05/21 | 992.17- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405374 FORD MOTOR C |
| 05/21 | 05/21 | 992.17- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405375 FORD MOTOR C |
| 05/21 | 05/21 | 992.17- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405376 FORD MOTOR C |
| 05/21 | 05/21 | 1,708.96- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405377 FORD MOTOR C |
| 05/21 | 05/21 | 992.17- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405378 FORD MOTOR C |
| 05/21 | 05/21 | 992.17- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405379 FORD MOTOR C |
| 05/21 | 05/21 | 1,370.72- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405380 FORD MOTOR C |
| 05/21 | 05/21 | 1,370.78- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405381 FORD MOTOR C |
| 05/21 | 05/21 | 1,836.74- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405382 FORD MOTOR C |
| 05/21 | 05/21 | 1,370.78- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405383 FORD MOTOR C |
| 05/21 | 05/21 | 1,370.78- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405384 FORD MOTOR C |
| 05/21 | 05/21 | 1,444.06- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405385 FORD MOTOR C |
| 05/21 | 05/21 | 1,443.94- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405386 FORD MOTOR C |
| 05/21 | 05/21 | 800.10- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405387 FORD MOTOR C |
| 05/21 | 05/21 | 1,444.06- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405388 FORD MOTOR C |
| 05/21 | 05/21 | 1,444.06- | FORD MOTOR CR FORDCREDIT REF # 02514 1001405389 FORD MOTOR C |
| 05/21 | 05/21 | 5,940.47- | WA DEPT REVENUE TAX PYMT REF # 02514 0000701328 WA DEPT REVE |
| 05/21 | 05/21 | 1,658.00- | ONLINE PYMT TO VSA ***1363 ID: 000006120 |
| 05/21 | 05/21 | 596.00- | ONLINE PYMT TO VSA ***6459 ID: 000005489 |
| 05/21 | 05/21 | 130.00- | ONLINE PYMT TO VSA ***0923 ID: 000001165 |
| 05/21 | 05/21 | 895.00- | ONLINE PYMT TO VSA ***3729 ID: 000001978 |
| 05/21 | 05/21 | 903.00- | ONLINE PYMT TO VSA ***6524 ID: 000003056 |
| 05/21 | 05/21 | 211,048.71- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 1001699753 K |
| 05/21 | 05/21 | 73.62- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 1001699754 K |
| 05/21 | 05/21 | 122.44- | 24493984D33W68NGH 7062 STERICYCLE, INC SHREDITCOM TX 0940 |
| 05/22 | 05/22 | 1,167.26- | COMCAST-XFINITY CABLE SVCS REF # 02514 1001518424 COMCAST-XF |
| 05/22 | 05/22 | 1,203.60- | KUBOTA CREDIT PAYMENT REF # 02514 1001559167 KUBOTA CREDIT 0 |
| 05/22 | 05/22 | 23,693.23- | UNITED RENTALS, CORP PMT REF # 02514 1001552529 UNITED RENTA |
| 05/22 | 05/22 | 810.00- | CHECKING - 1961 DATAFORMA REF # 02514 1001783406 CHECKING - |
| 05/22 | 05/22 | 153.50- | LEASEDIRECT 12763_1 REF # 02514 1002554082 LEASEDIRECT 13819 |
| 05/22 | 05/22 | 334.88- | TAX_REV_GRT_ECKS TRD PMNT REF # 02514 1001540322 TAX_REV_GRT |
| 05/22 | 05/22 | 134,824.21- | PCFINSURANCESERV WEBPAYMENT REF # 02514 1002587247 PCFINSURA |
| 05/22 | 05/22 | 1,359.33- | FORD MOTOR CR FORDCREDIT REF # 02514 2002840597 FORD MOTOR C |
| 05/22 | 05/22 | 2.00- | ACHWEBPAYMENTFEE WEBPAYMENT REF # 02514 2002827193 ACHWEBPAY |
| 05/22 | 05/22 | 1,774.00- | ONLINE PYMT TO VSA ***1363 ID: 000003228 |
| 05/22 | 05/22 | 190.00- | ONLINE PYMT TO VSA ***8930 ID: 000003482 |
| 05/22 | 05/22 | 314.00- | ONLINE PYMT TO VSA ***4173 ID: 000007087 |
| 05/22 | 05/22 | 635.00- | ONLINE PYMT TO VSA ***5493 ID: 000007378 |
| 05/22 | 05/22 | 132.00- | ONLINE PYMT TO VSA ***1426 ID: 000002817 |
| 05/22 | 05/22 | 487.00- | ONLINE PYMT TO VSA ***6672 ID: 000003906 |
| 05/22 | 05/22 | 25,000.00- | Check No: 000000007561 |
| 05/23 | 05/23 | 78,190.01- | IRS USATAXPYMT REF # 02514 2002981211 IRS 3387702000USATAXPY |
| 05/23 | 05/23 | 1,300.00- | ONLINE PYMT TO VSA ***3770 ID: 000005553 |
| 05/23 | 05/23 | 1,695.48- | Check No: 000000008550 |
| 05/23 | 05/23 | 2,794.43- | 24055234FA3Z70JGM 7062 ATT* BILL PAYMENT 800-331-0500 TX 060 |
| 05/27 | 05/27 | 1,260.72- | FORD MOTOR CR FORDCREDIT REF # 02514 3004149051 FORD MOTOR C |
| 05/27 | 05/27 | 1,260.72- | FORD MOTOR CR FORDCREDIT REF # 02514 3004149052 FORD MOTOR C |
| 05/27 | 05/27 | 1,260.42- | FORD MOTOR CR FORDCREDIT REF # 02514 3004149053 FORD MOTOR C |
| 05/27 | 05/27 | 1,260.42- | FORD MOTOR CR FORDCREDIT REF # 02514 3004149054 FORD MOTOR C |
| 05/27 | 05/27 | 1,260.72- | FORD MOTOR CR FORDCREDIT REF # 02514 3004149055 FORD MOTOR C |
| 05/27 | 05/27 | 865.00- | ONLINE PYMT TO VSA ***6349 ID: 000003571 |
| 05/27 | 05/27 | 985.00- | ONLINE PYMT TO VSA ***7537 ID: 000003043 |
| 05/27 | 05/27 | 3,604.00- | ONLINE PYMT TO VSA ***1363 ID: 000001068 |
| 05/27 | 05/27 | 937.00- | ONLINE PYMT TO VSA ***7160 ID: 000003512 |
| 05/27 | 05/27 | 1,101.00- | ONLINE PYMT TO VSA ***8930 ID: 000000342 |
| 05/27 | 05/27 | 873.00- | ONLINE PYMT TO VSA ***4173 ID: 000001288 |
| 05/27 | 05/27 | 1,064.00- | ONLINE PYMT TO VSA ***4884 ID: 000003236 |
| 05/27 | 05/27 | 1,963.00- | ONLINE PYMT TO VSA ***5493 ID: 000001871 |
| 05/27 | 05/27 | 1,579.00- | ONLINE PYMT TO VSA ***6459 ID: 000000620 |
| 05/27 | 05/27 | 1,197.00- | ONLINE PYMT TO VSA ***7390 ID: 000004417 |
| 05/27 | 05/27 | 3,103.00- | ONLINE PYMT TO VSA ***1426 ID: 000006233 |

ZIONS BANK®

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Continued ...

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 05/27 | 05/27 | 6,057.00- | ONLINE PYMT TO VSA ***0923 ID: 000002463 |
| 05/27 | 05/27 | 1,094.00- | ONLINE PYMT TO VSA ***2846 ID: 000004450 |
| 05/27 | 05/27 | 1,421.00- | ONLINE PYMT TO VSA ***1608 ID: 000006407 |
| 05/27 | 05/27 | 1,050.00- | ONLINE PYMT TO VSA ***6672 ID: 000007443 |
| 05/27 | 05/27 | 2,830.00- | ONLINE PYMT TO VSA ***4594 ID: 000007152 |
| 05/27 | 05/27 | 1,327.00- | ONLINE PYMT TO VSA ***4602 ID: 000001718 |
| 05/27 | 05/27 | 594.00- | ONLINE PYMT TO VSA ***7290 ID: 000000354 |
| 05/27 | 05/27 | 5,377.14- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 7005875379 K |
| 05/28 | 05/28 | 207.06- | PROVO CITY BILLPAY REF # 02514 8006903969 PROVO CITY 0000000 |
| 05/28 | 05/28 | 564.50- | IRS USATAXPYMT REF # 02514 8007065758 IRS 3387702000USATAXPY |
| 05/28 | 05/28 | 963.00- | ONLINE PYMT TO VSA ***3770 ID: 000002123 |
| 05/28 | 05/28 | 825.00- | ONLINE PYMT TO VSA ***4800 ID: 000009686 |
| 05/28 | 05/28 | 655.00- | ONLINE PYMT TO VSA ***4982 ID: 000002842 |
| 05/28 | 05/28 | 831.43- | Check No: 000000008551 |
| 05/29 | 05/29 | 103.41- | Dominion Energy QGC REF # 02514 8007175869 Dominion Energy 1 |
| 05/29 | 05/29 | 6,250.73- | EMPLOYMENT DEVEL EDD EFTPMT REF # 02514 9008712223 EMPLOYMEN |
| 05/29 | 05/29 | 1,444.54- | FORD MOTOR CR FORDCREDIT REF # 02514 8007126524 FORD MOTOR C |
| 05/29 | 05/29 | 1,444.54- | FORD MOTOR CR FORDCREDIT REF # 02514 8007126525 FORD MOTOR C |
| 05/29 | 05/29 | 1,444.54- | FORD MOTOR CR FORDCREDIT REF # 02514 8007126526 FORD MOTOR C |
| 05/29 | 05/29 | 1,444.54- | FORD MOTOR CR FORDCREDIT REF # 02514 8007126527 FORD MOTOR C |
| 05/29 | 05/29 | 572.00- | ONLINE PYMT TO VSA ***7537 ID: 000000844 |
| 05/29 | 05/29 | 1,015.00- | ONLINE PYMT TO VSA ***7160 ID: 000001175 |
| 05/29 | 05/29 | 294.00- | ONLINE PYMT TO VSA ***0717 ID: 000009163 |
| 05/29 | 05/29 | 218.00- | ONLINE PYMT TO VSA ***1426 ID: 000008736 |
| 05/29 | 05/29 | 784.37- | ONLINE PYMT TO VSA ***7580 ID: 000009081 |
| 05/29 | 05/29 | 210,959.69- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 9009115761 K |
| 05/29 | 05/29 | 7,747.10- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02514 9009607046 K |
| 05/29 | 05/29 | 3,235.00- | Check No: 000000008554 |
| 05/30 | 05/30 | 178.27- | Dominion Energy QGC REF # 02514 9008884167 Dominion Energy 1 |
| 05/30 | 05/30 | 919.45- | EMPLOYMENT DEVEL EDD EFTPMT REF # 02515 0000206439 EMPLOYMEN |
| 05/30 | 05/30 | 1,054.12- | IRS USATAXPYMT REF # 02514 9008872648 IRS 3387702000USATAXPY |
| 05/30 | 05/30 | 1,277.82- | FORD MOTOR CR FORDCREDIT REF # 02514 9008847816 FORD MOTOR C |
| 05/30 | 05/30 | 1,124.00- | ONLINE PYMT TO VSA ***5044 ID: 000005195 |
| 05/30 | 05/30 | 623.00- | ONLINE PYMT TO VSA ***7537 ID: 000000286 |
| 05/30 | 05/30 | 2,329.00- | ONLINE PYMT TO VSA ***8450 ID: 000005483 |
| 05/30 | 05/30 | 477.00- | ONLINE PYMT TO VSA ***8930 ID: 000003743 |
| 05/30 | 05/30 | 399.00- | ONLINE PYMT TO VSA ***4884 ID: 000006536 |
| 05/30 | 05/30 | 172.00- | ONLINE PYMT TO VSA ***0717 ID: 000002987 |
| 05/30 | 05/30 | 1,166.00- | ONLINE PYMT TO VSA ***1426 ID: 000008431 |
| 05/30 | 05/30 | 2,018.00- | ONLINE PYMT TO VSA ***7290 ID: 000003630 |
| 05/30 | 05/30 | 654.00- | ONLINE PYMT TO VSA ***4982 ID: 000008858 |
| 05/30 | 05/30 | 9,402.03- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02515 0000456968 K |
| 05/30 | 05/30 | 117.35- | ACH OFFSET KENDRICK BROS RO Payroll REF # 02515 0000875645 K |
| 05/30 | 05/30 | 31.15- | TRANSACTION FEE |

## CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 7561 | 05/22 | $25,000.00 | 8546* | 05/08 | $741.52 | 8551 | 05/28 | $831.43 |
| 8283* | 05/19 | $481.20 | 8550* | 05/23 | $1,695.48 | 8554* | 05/29 | $3,235.00 |

*Not in check sequence.

## ACTIVITY COUNT

| | During this period |
|---|---|
| Total Items | 344 |

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

ZIONS BANK®

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

May 30, 2025
KENDRICK BROS ROOFING INC
979073376

**DAILY BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | $210,513.41 | 05/09 | $1,380,975.03 | 05/22 | $400,068.33 |
| 05/02 | $193,493.90 | 05/12 | $1,379,012.31 | 05/23 | $341,088.41 |
| 05/05 | $166,123.84 | 05/14 | $1,384,639.01 | 05/27 | $355,585.67 |
| 05/06 | $154,489.80 | 05/19 | $1,449,962.34 | 05/28 | $395,905.13 |
| 05/07 | $179,148.34 | 05/20 | $835,323.67 | 05/29 | $196,594.04 |
| 05/08 | $2,324,305.68 | 05/21 | $577,332.16 | 05/30 | $214,856.46 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 30 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |

Current interest rate is 0.0000% with no rate change this statement period

Checking Deposit
Branch: 07419 09:06:41 AM
Teller: 1047671
Cost Center : 00553
5
Primary Customer Name: KENDRICK BROS ROOFING INC
Date: 05/07/2025
Account: 979073376
Amount: 30,405.26
Trace #: 578112
54540001 0979073376 352 3040526

Processed 05/07/25 $30405.26

Checking Deposit
Branch: 07419 02:12:57 PM
Teller: 1047671
Cost Center : 00553
2
Primary Customer Name: KENDRICK BROS ROOFING INC
Date: 05/08/2025
Account: 0979073376
Amount: 2,222,270.94
Trace #: 1406695
54540001 0979073376 352 222227094

Processed 05/08/25 $2222270.94

Checking Deposit
Branch: 07419 02:47:27 PM
Teller: 1087057
Cost Center : 00553
1
Primary Customer Name: KENDRICK BROS ROOFING INC
Date: 05/22/2025
Account: 979073376
Amount: 1,000.00
Trace #: 1522656
54540001 0979073376 352 100000

Processed 05/22/25 $1000.00

KBR ROOFING. SERVICE. SOLUTIONS. 1871 N. RULON WHITE BLVD. OGDEN, UT 84404 801.731.2000
ZIONS BANK. 31-5/1240 7561
PAY TO THE ORDER OF Currant Creek Ranch $ 25,000.
twenty five thousand dollars & 00/100 DOLLARS
MEMO Final Payment 2025 Hunt
AUTHORIZED SIGNATURE
⑈007561⑈ ⑆124000054⑆ 979073376⑈

Processed 05/22/25 $25000.00 CH# 7561

ROOFING. SERVICE. SOLUTIONS. 1871 N. RULON WHITE BLVD. OGDEN, UT 84404 801.731.2000
ZIONS BANK. 31-5/1240 8283
5-5-25
PAY TO THE ORDER OF Delaware Funds by MacQuarie $ 481.20/100
Four Hundred Eighty One Dollars & 20/100 DOLLARS
MEMO 35697879 Brent Marriott
AUTHORIZED SIGNATURE
⑈008283⑈ ⑆124000054⑆ 979073376⑈

Processed 05/19/25 $481.20 CH# 8283

ROOFING. SERVICE. SOLUTIONS. 1871 N. RULON WHITE BLVD. OGDEN, UT 84404 801.731.2000
ZIONS BANK. 31-5/1240 8546
5-05-25
PAY TO THE ORDER OF NFS $741.52
Seven Hundred Fourty one Dollars & 52/100 DOLLARS
MEMO 005379 Zac Hansen 370.76 ER 370.76 EE
AUTHORIZED SIGNATURE
⑈008546⑈ ⑆124000054⑆ 979073376⑈

Processed 05/08/25 $741.52 CH# 8546

KBR ROOFING. SERVICE. SOLUTIONS. 1871 N. RULON WHITE BLVD. OGDEN, UT 84404 801.731.2000
ZIONS BANK. 31-5/1240 8550
5-09-25
PAY TO THE ORDER OF North Point Solid Waste $ 1695.48/100
One Thousand Six Hundred Ninety Five Dollars & 48/100 DOLLARS
MEMO Acct # 111235
AUTHORIZED SIGNATURE
⑈008550⑈ ⑆124000054⑆ 979073376⑈

Processed 05/23/25 $1695.48 CH# 8550

KBR ROOFING. SERVICE. SOLUTIONS. 1871 N. RULON WHITE BLVD. OGDEN, UT 84404 801.731.2000
ZIONS BANK. 31-5/1240 8551
5-09-25
PAY TO THE ORDER OF MBCI $ 831.43/100
Eight Hundred Thirty One Dollars & 43/100 DOLLARS
MEMO 6447945
AUTHORIZED SIGNATURE
⑈008551⑈ ⑆124000054⑆ 979073376⑈

Processed 05/28/25 $831.43 CH# 8551

ROOFING. SERVICE. SOLUTIONS. 1871 N. RULON WHITE BLVD. OGDEN, UT 84404 801.731.2000
ZIONS BANK. 31-5/1240 8554
22 May 25
PAY TO THE ORDER OF Acuity Business & Tax Advisors $3235. 00/100
Three Thousand Two Hundred Thirty Five Dollars and no/100 DOLLARS
MEMO Invoice 71826
AUTHORIZED SIGNATURE
⑈008554⑈ ⑆124000054⑆ 979073376⑈

Processed 05/29/25 $3235.00 CH# 8554